UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRITZ EMMANUEL LESLY MIOT, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP,<br>　President of the United States, et al.,<br><br>　　　　Defendants. | Civil Action No. 25-2471 (ACR) |

## RESPONSE TO COURT'S ORDER

By and through undersigned counsel, Defendants respectfully respond to the Court's August 25, 2025, Minute Order, requiring "Defendants to inform the Court by 9:30 a.m. on August 26, 2025, whether they agree with Plaintiffs assertion in [26] MOTION to Stay (at p. 2 n.3) that Haiti's TPS designation will not expire until February 3, 2026."

As explained in the government's July 18, 2025, letter filed in a similar matter in the Eastern District of New York, Defendants agree that, unless the government elects to appeal the judgment in that matter and is successful on that appeal, Haiti's temporary protected status (or "TPS") designation will expire no earlier than February 3, 2026. *See* Letter, *Haitian Evangelical Clergy Ass'n v. Trump*, Civ. A. No. 25-1464 (E.D.N.Y. July 18, 2025), ECF No. 67 (enclosed herewith as Ex. 1). Similarly, U.S. Citizenship and Immigration Services on its website has indicated:

> Haiti's TPS designation and related benefits were slated to terminate on Sept. 2, 2025. However, on July 15, 2025, a single judge in the U.S. District Court for the Eastern District of New York issued a final judgement in *Haitian Evangelical Clergy Ass'n v. Trump*, No. 25-cv-1464 (E.D.N.Y.), that makes the effective date of any termination no earlier than Feb. 3, 2026. The judge did so even though the Department of Homeland Security recently prevailed in the U.S. Supreme Court,

8-1, in a similar case. The Department of Homeland Security vehemently disagrees with this ruling and is working to determine next steps.

USCIS, Temporary Protected Status Designated Country: Haiti, https://perma.cc/D6Q7-WS74 (pinned Aug. 25, 2025).

These representations prompted the New York court to reject the plaintiffs' request to amend its judgment to make additional holdings and conclude:

> Because the Government has made clear, both on its website and in its representations to this Court (and of course subject to its rights on appeal), that it understands and will comply with the facts that the Federal Register notice purporting to terminate Haiti's TPS designation effective September 2, 2025 is ineffective; that Haiti's TPS designation does not expire until February 3, 2026; and that Haitian TPS holders' employment authorization documents are valid through February 3, 2026, even if they bear an August 3, 2025 expiration date, the Court denies as unnecessary plaintiffs' motion to amend the judgment

Mem. Dec. & Order at 4, *Haitian Evangelical*, *supra*, ECF No. 70 (enclosed herewith as Ex. 2).

While the United States reserves its rights to seek review of the New York court's decision, the United States agrees that unless that decision is disturbed, Haiti's temporary protected status designation will terminate no earlier than February 3, 2026.

Dated: August 26, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

BRIAN P. HUDAK, D.C. Bar #90034769
Chief, Civil Division

By:   */s/ Kaitlin K. Eckrote*
KAITLIN K. ECKROTE, D.C. Bar #1670899
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2500 (main)

*Attorneys for the United States of America*