IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

No. 1: 25-cv-2471

**FRITZ EMMANUEL LESLY MIOT; RUDOLPH CIVIL; MARLENE GAIL NOBLE; MARICA MERLINE LAGUERRE; and VILBRUN DORSAINVIL,**

*Plaintiffs,*

v.

**DONALD J. TRUMP, President of the United States of America; UNITED STATES OF AMERICA; THE DEPARTMENT OF HOMELAND SECURITY; and KRISTI NOEM, Secretary of Homeland Security,**

*Defendants.*

### [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF *AMICUS CURIAE* IN SUPPORT OF PLAINTIFFS' MOTION FOR STAY

Upon consideration of the Motion for Leave to File Brief *Amicus Curiae* in Support of Plaintiff's Motion for Stay filed by the American Federation of Labor and Congress of Industrial Organizations ("AFL-CIO") and affiliated unions (collectively, "Labor *Amici*"), it is hereby ordered that the motion is **GRANTED**. The Clerk of Court is directed to file the *amicus curiae* brief on the docket.

**SO ORDERED** on _____, 2025.

_____

Hon. Ana C. Reyes

United States District Judge