IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


FRITZ EMMANUEL LESLY MIOT, ET AL., )
                                   )
          Plaintiffs,              )
                                   )    CV No. 25-2471
                                   )    Washington, D.C.
      vs.                          )    August 29, 2025
                                   )    2:01 p.m.
DONALD J. TRUMP, ET AL.,           )
                                   )
          Defendants.              )
_____)


TRANSCRIPT OF STATUS CONFERENCE VIA ZOOM PROCEEDINGS
BEFORE THE HONORABLE ANA C. REYES
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiffs:          Geoffrey Pipoly
                             BRYAN CAVE
                             LEIGHTON PAISNER, LLP
                             161 N. Clark Street
                             Suite 4300
                             Chicago, IL 60601
                             (312) 602-5078
                             Email:
                             geoff.pipoly@bclplaw.com

                             Andrew Tauber
                             BRYAN CAVE
                             LEIGHTON PAISNER, LLP
                             1155 F Street, NW
                             Washington, D.C. 20004
                             (202) 508-6111
                             Email:
                             andrew.tauber@bclplaw.com

                             Matthew James Stanford
                             BRYAN CAVE
                             LEIGHTON PAISNER, LLP
                             Two N. Central Ave.
                             Suite 2100
                             Phoenix, AZ 85004
                             (602) 364-7068
                             Email:
                             matt.stanford@bclplaw.com

APPEARANCES CONTINUED:

For the Defendant:          Peter C. Pfaffenroth
                            DOJ-USAO
                            Civil Division
                            601 D Street NW
                            Room 7.1525
                            Washington, D.C. 20530
                            (202) 252-2485

Court Reporter:             William P. Zaremba
                            Registered Merit Reporter
                            Certified Realtime Reporter
                            Official Court Reporter
                            E. Barrett Prettyman CH
                            333 Constitution Avenue, NW
                            Washington, D.C. 20001
                            (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

```
 1                    P R O C E E D I N G S
 2            COURTROOM DEPUTY:  Your Honor, this is Civil
 3   Action 25-2471, Fritz Emmanuel Lesly Miot, et al., versus
 4   Donald J. Trump, et al.
 5            Would the parties please identify themselves for
 6   the record, beginning with plaintiffs' counsel.
 7            MR. PIPOLY:  Geoffrey Pipoly for plaintiffs.
 8            MR. TAUBER:  Andrew Tauber for plaintiffs.
 9            MR. STANFORD:  Matthew Stanford for plaintiffs.
10            MR. PFAFFENROTH:  Assistant U.S. Attorney
11   Peter Pfaffenroth for the defense.
12            THE COURT:  All right.
13            Mr. Pfaffenroth?  How do I say that?  I'm sorry.
14            MR. PFAFFENROTH:  Pfaffenroth.
15            THE COURT:  Okay.
16            I will try.  I'm sorry.
17            MR. PFAFFENROTH:  No worries.
18            THE COURT:  Ms. Eckrote is the individual whose
19   brother passed away?
20            MR. PFAFFENROTH:  Very unfortunately, yes.
21            THE COURT:  Will you please communicate to her my
22   sympathies.
23            My brother unexpectedly -- my younger brother
24   unexpectedly passed away in 2021.  So I have a pretty good
25   sense of what she's feeling and what she's dealing with.
```

```
1    So please pass along my sympathies.

2              MR. PFAFFENROTH:  I'll be sure to do so,

3    Your Honor.

4              THE COURT:  All right.

5              So I want to just, like, figure out where we are.

6    I'm not quite sure I understand what's going on right now,

7    and obviously I want to.

8              My understanding, and you guys, someone pop in and

9    tell me where I'm going wrong, is that, there was an

10   announcement that the government was going to revoke the

11   temporary status for those from Haiti, I think it was six

12   months early.

13             And then there was litigation in the Eastern

14   District of New York.

15             And the Eastern District of New York judge asked

16   the government what's going on, it seems like that's

17   contrary to the statute.

18             And the government said -- I don't know if you

19   agreed it was contrary to the statute, but you confirmed for

20   the Eastern District and you confirmed to me that no

21   decision -- that nothing would be revoked before February of

22   2026, which is when I think was -- the 18 months expired for

23   re-upping the temporary status.

24             And that plaintiffs were concerned that the --

25   do I have that right so far?  Just a "yes" or a "no."
```

1        MR. PIPOLY:  Yes, Your Honor.

2        THE COURT:  Okay.

3        And then plaintiffs were concerned that the

4  government, when it made its initial assessment or statement

5  that it was going to suspend these temporary status visas,

6  had not done an analysis as to whether or not things in

7  Haiti had improved; is that correct?

8        MR. PIPOLY:  At a very high level, that's fair,

9  Your Honor.

10        There's a two-step process, we would argue, that

11  the government has undertaken for ending Haiti's TPS.

12        The first is the action that was challenged in the

13  Eastern District of New York.  That was what the government

14  styled as a partial vacatur of Haiti's TPS.

15        That partial vacatur, which lopped six months off

16  the end of the preset designation period, but did not

17  purport to terminate the status altogether, was challenged

18  in the Eastern District of New York.

19        Judge Cogan in the Eastern District of New York

20  ruled that that partial vacatur was ultra vires and contrary

21  to the statutory authority.

22        THE COURT:  Okay.  No, I know what he did.

23        Got it.  I read all that.

24        So then that case got dismissed, right, because

25  there was nothing else to do?

1          MR. PIPOLY:  That case reached final resolution on

2     the merits.

3          The time to appeal that decision has not yet run,

4     and the government has not said that they won't appeal that

5     decision.

6          THE COURT:  All right.

7          But what are you asking me to do?

8          I'm not quite sure I understand what you're asking

9     me to do.

10          MR. PIPOLY:  Our motion is to set a concurrent

11     briefing schedule on the government's motion --

12          THE COURT:  No, no, I know what you want me to do

13     today.

14          MR. PIPOLY:  Oh, I'm sorry.

15          THE COURT:  I mean, if the government has said,

16     we're not going to lop off six months, and they still

17     haven't revoked the status, what am I doing?

18          MR. PIPOLY:  They have revoked the status,

19     Your Honor.

20          THE COURT:  They have revoked the status.

21          MR. PIPOLY:  Yes.

22          That was the July 1st action, and that was the

23     termination of TPS.

24          THE COURT:  Okay.  That was my question.

25          So they have said, we're not going to revoke it

1  until February, but we are going to revoke it.

2         And your contention --

3         MR. PIPOLY:  According --

4         THE COURT:  Go ahead.

5         MR. PIPOLY:  Our contention is that the decision

6  to terminate TPS is unlawful for the reason we've stated in

7  our complaint.

8         The current -- our lawsuit right now challenges

9  the July 1st termination decision, which, as a subsidiary

10  point, we argue could not have been achieved on the timing

11  that it purports to have been achieved --

12         THE COURT:  Got it.

13         MR. PIPOLY:  -- were it not for that earlier

14  action.

15         But ultimately, we are challenging --

16  Secretary Noem on July 1st set out her purported reasons for

17  terminating TPS.  That is what we're challenging now.

18         THE COURT:  And that was that things in Haiti are

19  now hunky-dory?

20         MR. PIPOLY:  That's what the press release said.

21         That's not exactly what the termination notice in

22  the Federal Register says.

23         The termination --

24         THE COURT:  What is the -- give me the elevator

25  speech as to what the Federal Register says is the reason.

1          MR. PIPOLY:  The Federal Register notice in a

2    nutshell, Your Honor, says, things are very bad in Haiti.

3    And because they are so bad in Haiti, that's why we can't

4    have Haitians continue to remain lawfully in the United

5    States.

6          THE COURT:  Isn't the point of the temporary

7    status visa to let people stay in the United States when

8    things are bad in their home countries?

9          MR. PIPOLY:  Yes, Your Honor.

10          THE COURT:  All right.

11          MR. PIPOLY:  The argument that was advanced by the

12    government in the termination notice is that it is contrary

13    to the national interests of the United States to allow

14    people from Haiti, Haitian TPS holders, to remain in the

15    United States.

16          Our argument is that that rationale in and of

17    itself is contrary to what -- congressional intent, and,

18    therefore, violates the APA.

19          And in addition, obviously, we have the equal

20    protection claim that lingers in the background of all of

21    this.

22          THE COURT:  Okay.

23          All right.  So, government, what's the -- I

24    mean -- I mean, I posted the thing -- my understanding of

25    what the temporary visa statute is for is, you get it for

1   groups of people who are fleeing major problems in their

2   country, right?  Like I think for Haiti, it was sort of the

3   earthquake and the whatnot.

4           And then I see yesterday -- and I had my --

5   I didn't see it, one of my clerks saw it and brought it to

6   my attention, that the U.S. ambassador to the U.N. went to

7   the U.N. yesterday and basically said, there's a

8   humanitarian crisis, there's lawless gangs; that it's so, so

9   bad that U.S. is going to have to sort of send troops down

10  there potentially, because it's all basically, totally an

11  unmitigated war zone/humanitarian crisis.

12          And I'm not obviously asking you to address the

13  merits of your -- of the government's position right now,

14  but I'm just a little bit confused, because I thought that

15  was precisely the situation into which the government is

16  supposed to assess that you don't stop these temporary

17  visas.

18          I'm not trying to put you on the spot, but I am,

19  like, genuinely confused right now.

20          MR. PFAFFENROTH:  And, Your Honor, I don't --

21  to be honest, I saw the Court's notice about the speech, and

22  I haven't had an opportunity to look into it any more beyond

23  what you posted.  So I really can't speak to it.

24          Obviously --

25          THE COURT:  Well, let me --

1          Hold on.

2          I mean, just -- because I want you to, when you go

3    back to your client, to make sure you have sort of what the

4    U.N. individual...

5          So this was our Ambassador.  This was the U.S. --

6    acting U.S. representative at the U.N. speaking for the

7    Security Council.

8          "The United States remains concerned about

9    escalating levels of violence in Haiti.  The territorial

10   expansion of the gangs threaten to undermine gains made by

11   both the Haitian National Police and the Multinational

12   Security Support mission.

13         "We continue to condemn the recruitment of

14   children in armed gangs and the disproportionate impact of

15   gang violence on children.  In 2024, Haiti was reported as

16   one of the countries with the most violations and abuses

17   against children," et cetera.

18         "Due to the violence, over 1.3 million people -

19   half of them children - have been displaced.  Children face

20   constant risk of being killed or injured during gang

21   attacks, police operations, or acts of mob justice.  Forced

22   recruitment by gangs and recurring incidents of sexual

23   violence rob children of the peaceful lives they deserve.

24         "Corruption and indiscriminate violence remain

25   major issues," et cetera.

1        "The U.S. recently announced a $5 million award

2    for information leading to the arrest of gang leader Jimmy

3    Cherizier, also known as Barbecue.  We remain committed to

4    the removal and prosecution of criminals and enablers hiding

5    in the United States who contribute to the violence and

6    destruction in Haiti.

7        "Mr. President, food insecurity also remains a

8    pressing concern.  Active humanitarian and lifesaving

9    assistance awards continuing in Haiti include U.S.-grown

10   emergency food aid, nutrition support, logistics, shelter,

11   clean water, and medical services for crisis-affected

12   Haitians.

13       "As we look to combat the threat of terrorist

14   gangs looking to topple the State, we must ensure an even

15   greater share of the international community is invested in

16   the fight.

17       "To address this, today, the U.S. and Panama are

18   sharing a draft U.N. Security Council resolution to help

19   address the growing violence by establishing a Gang

20   Suppression Force and creating a U.N. Support Office to

21   provide logistical support to troops on the ground.  We urge

22   council members to join us in responding to the call from

23   the Haitian government, as we forge a path towards peace and

24   security," et cetera.

25       "We note the next international force must be

1    resourced to hold territory, secure infrastructure, and

2    complement the Haitian National Police.  In parallel,

3    a comprehensive approach is required to disrupt gang

4    financing, arms trafficking, and other illicit flows fueling

5    instability," et cetera.

6            So I mean, not exactly a secure country and one

7    I would think that the U.S. would be wanting to send

8    children to based, again, not on anything I have said or

9    anything plaintiffs have said, but based on the words of

10   this administration's acting ambassador to the U.N.

11           And I have to say that my understanding, again,

12   is that this is precisely what Congress intended the

13   temporary protection visas to be addressed to.

14           Now, I don't know -- let me just ask you this:

15           Do you know, and you might not know yet, whether

16   the government is taking the position that these will

17   terminate in February, that it's not going to do any

18   additional assessment; or is the government assessing

19   whether or not it is going to continue these or not?

20           MR. PFAFFENROTH:  I do not know, Your Honor.

21           I think that sort of reinforces why, given the

22   order out of the Eastern District of New York and the fact

23   that there's been no appeal to date of that order, that,

24   as the Eastern District court recognized, until February,

25   unless there's an appeal, nothing is going to change.

1    And as you can probably glean, I just jumped onto

2  this because, unfortunately, AUSA Eckrote is going through a

3  lot.

4    THE COURT:  Yeah.

5    MR. PFAFFENROTH:  And so I don't have -- I really

6  don't have a lot of information to offer beyond what we've

7  already said in our papers, Your Honor.

8    But I don't see -- obviously, the statement that

9  you just read is something that we'll be sure -- if our

10  clients aren't already aware of it, we'll be sure to bring

11  it to their attention.

12    But the reality is that there's quite a bit of

13  time between August and February.  And so I think that

14  allowing the government the time, particularly in light of

15  AUSA Eckrote's circumstances, to -- you know, she said that

16  she can get the response to the stay motion done according

17  to the extensive schedule you've already ordered.  And that

18  may resolve a lot of the issues, or may not definitively

19  resolve them, but at least move the case forward.

20    But in terms of a deadline for the responsive

21  motion -- or the deadline for a motion to dismiss, I mean,

22  we've -- she needs some time, because, frankly, it's not

23  just this case that's on her docket and she's got a lot

24  going on and I'm very mindful of that.

25    MR. PIPOLY:  Your Honor, if I --

```
1            THE COURT:  Hold on.

2            I am literally probably the most sympathetic

3   person in this courthouse right now to her circumstances,

4   and I completely agree with everything you've just said.

5            On the other hand, you know, your staffing -- your

6   boss's staffing of the cases that she's responsible for

7   staffing is her problem, not my problem, it's certainly not

8   the plaintiffs' problem.  I'm obviously going to be

9   sympathetic, but, at the end of the day, we need to get

10  moving.

11           Here's what I don't want to have happen.

12           What I don't want to have happen is that we get to

13  February and the visas are not renewed and now we're dealing

14  with a TRO and a PI on an emergency basis.  That's just what

15  I do not want to have happen, all right?

16           So I agree that I don't think that the timeline is

17  as urgent as the plaintiffs suggested in the motion today.

18           And one of the reasons I wanted to meet was just

19  so that we could all figure out how it made sense to

20  actually proceed.

21           And certainty had I been aware of the

22  circumstances, I would not have asked for a response within

23  a week.

24           So I just want -- here's what I think would be

25  helpful.
```

1          I think it would be helpful if you went back to

2     your client and asked the following, which is, is the

3     Federal Register notice essentially what the government is

4     doing, or is the government now actually going to undertake

5     what it's required to by the statute?

6          And if it's the latter, at what point will a

7     determination be made such that the plaintiffs and the Court

8     could act before the visas are suspended; or with an

9     understanding that if a determination is not made until --

10    quickly, up until February, the Court may well stay the

11    determination and maybe we could have briefing on that in

12    the meantime.  So that if I need to, everything's briefed

13    and I can enter the stay if I think it's appropriate.

14         If the government's response is, no, that's it,

15    that's what we're doing, which, again, it may be totally

16    you're right, I haven't pre-judged any of this.  And if it's

17    a national security concern, I mean, you know, there's

18    not -- you know, if it's a national security concern to have

19    people from Haiti, who've been here for, I think, over a

20    decade or whatnot without having any issues, now they

21    somehow present an issue, maybe we can get into that,

22    I don't know.

23         But I think the first step is to get back to your

24    client and get back to me and the plaintiffs as to sort of

25    what the actual current position is with respect to these

1   visas and what the government intends to do.

2           Do you think that if I gave you a week to do that,

3   you would be able to get me an answer within a week?

4           MR. PFAFFENROTH:  I don't know, but I can report

5   back to you in a week.

6           THE COURT:  All right.

7           Well --

8           MR. PFAFFENROTH:  I don't know if I can get that

9   answer.

10          I mean, you know, bearing in mind that next week

11  is actually a short week, it's not that short of a week

12  but --

13          THE COURT:  Oh, right, right, right.

14          So if I gave you like -- I mean, maybe you guys,

15  you can all help me with this.

16          What I want to do is not have everyone run around

17  like with our -- chickens with our heads cut off, like

18  briefing a bunch of things on an emergency basis, if the

19  underlying issue is being addressed by the government

20  separately than what we all currently understand.  That's

21  the first thing I want.  And then I want to figure out how

22  to proceed in light of that.

23          So as I understand it, right now what the

24  plaintiffs want is an expedited briefing schedule on their

25  complaint.  But their complaint, as I understand it,

1    is premised, and you guys can correct me if I am wrong,

2    on the assumption that the visas are definitely going to be

3    revoked -- or the program is going to be suspended, I don't

4    know what you call it, or ended in February.

5         So let me ask plaintiffs:  What information would

6    be helpful to all of us so that we could all prepare for the

7    eventuality -- or the possibility that in February, the

8    program is not extended, without having to do a lot of

9    needless briefing and running all around.  I don't know if

10   I'm communicating myself well, but that's what I'm trying to

11   get at.

12        I'm trying to get at practically what are we all

13   dealing with here.

14        MR. PIPOLY:  Well, practically, Your Honor, we're

15   dealing with a situation which the government has said

16   repeatedly that they -- as far as they're concerned,

17   TPS ends -- TPS for Haiti ends on February 3, 2025 [sic].

18        They have also said that they vehemently disagreed

19   with the District Court of EDNY's ruling and have played a

20   little bit coy, quite frankly, on whether they plan to

21   appeal.

22        If the government is willing to commit that

23   they're not going to appeal the HECA ruling, I would feel a

24   lot better about it certainly.

25        But just to clarify --

```
 1              THE COURT:  Well, hold on.  Wait.
 2              MR. PIPOLY:  -- our complaint, I wouldn't say --
 3              THE COURT:  Hold on.
 4         I mean, even if they did appeal it, they're not
 5    going to be able to get an emergency appeal.  They've been
 6    sitting on it for how long?  When did the decision come
 7    down?
 8              MR. PIPOLY:  The decision was July 15th.
 9              THE COURT:  All right.
10         Well, even if they appealed tomorrow, there's no
11    universe in which they're going to get a decision from the
12    Second Circuit -- I don't even know if briefing would be
13    over by February.
14              MR. PIPOLY:  I agree with you.
15              THE COURT:  Okay.
16         Well, let's just like -- okay.  Well, let's
17    practically think through this, okay?  Let's just --
18              MR. PIPOLY:  Okay.
19              THE COURT:  If it turns out that they appeal and,
20    you know, the Second Circuit reverses, there's not much I'm
21    going to be able to do with that anyway.
22         So let's just all work from the presumption that
23    nothing is going to happen before February of 2026, which
24    they have reaffirmed to me pending their right to appeal in
25    the EDNY.
```

1          MR. PIPOLY:  Sure.

2          And I would argue, Your Honor, that contrary to

3     the government's assertions both in the paper and here today

4     that February 3rd is a fast-approaching date for our

5     clients, and it's not a lot of time.

6          THE COURT:  Hold on.

7          Okay.  It's not a fast-approaching date.  It's six

8     months away, all right?  I mean, it's five months away,

9     I guess you can say.

10          I can move very quickly.  I can have the

11     government move very quickly.

12          I'm trying to just like -- let's all just, like,

13     stop with the rhetoric.  This isn't a criticism.  I'm just

14     actually trying to figure out how we get to a rational way

15     forward where we're pose -- I have the information I have --

16     I need to have by, say, early January to make a decision.

17          When is the date, February 6th or February 26th?

18          MR. PIPOLY:  February 3rd, Your Honor.

19          THE COURT:  Okay.

20          So let's say by January 2, I have all of the

21     briefs and information I need to be able to make a decision

22     as to whatever it is you want me to do.

23          I mean, I have to tell you, I don't think the

24     Court -- it's going to be a very hard row for me to be able

25     to say, I'm forcing the government to extend a temporary

1    visa status that is basically in their determination to

2    assess whether or not to re-up.

3                MR. PIPOLY:  Well, I --

4                THE COURT:  So I'm telling you that right now.

5                MR. PIPOLY:  I'm sorry, if I could clarify

6    something about the nature of the plaintiffs' claims,

7    Your Honor.

8                We are not seeking a determination or a ruling

9    from this Court that's -- that substantively says, the

10   government got it wrong with respect to what it looked at,

11   and, therefore, that's the reason I would order the Court to

12   extend TPS.  I think the Court in the *Saget* case in 2019

13   laid out this distinction quite well.

14               Our claim under the -- our claims under the APA

15   are entirely based on the process by which the TPS decision

16   was made and whether it abided by past practice and whether

17   it was infected by discriminatory animus and whether it was

18   a pre-ordained outcome, which itself would violate the

19   traditional TPS process.

20               The other thing I would say is that, under the

21   statute, the default is extension, not termination.  So if

22   there's -- so, for example, if the government makes no

23   decision on a TPS designation, the statute requires that it

24   be automatically extended six months.  So the idea that --

25   that's clearly congressional intent.

1      If the government's taking the position that it's

2   going to issue a new ruling before February 3rd, then, you

3   know, obviously we can go back and re-evaluate and look at

4   that, but...

5          THE COURT:  Well, I don't -- I mean, I don't

6   think -- I think what he's saying is he doesn't know what

7   the government's -- okay, here's what we're going to do.

8   Here's what we're going to do.

9          Right now there's like -- right now I have a TRO

10  and PI; is that right -- or what do I have?

11         I have --

12         MR. PIPOLY:  No, Your Honor.

13         THE COURT:  Right.

14         I have a complaint and then you -- it wasn't

15  styled as a TRO-PI, but you mentioned all the PI factors in

16  your something.

17         So what is in front of me right now?

18         MR. PIPOLY:  Our claims are -- the motion that we

19  filed is a motion for interim relief under the

20  Administrative Procedure Act, 5 U.S.C. 705, which is not an

21  injunction.  It's not -- it is not an injunction in equity.

22  It is a provisional APA remedy that is statutory in nature

23  and that would -- if we ultimately prevail, Your Honor, we

24  would seek -- set -- the remedy of set-aside under the APA,

25  which, again, is not an injunction.  So those are --

1        Now, courts have held that the preliminary

2   injunction factors do guide the inquiry on a 705 motion, but

3   the nature of the remedy is different.

4        THE COURT:  So right now, the government is --

5   all right.  I'm going to make you unhappy, but I think this

6   is going to be the right answer in the long run.

7        I'm going to stay -- I'm going to lift the

8   response date for that motion.  And instead what I want is

9   for the government to focus and get me an answer -- I'm

10  going to give you till September 9th to give me an answer.

11  And that's an order.  It's not like I want a joint status

12  update.  I want an answer by September 9th as to whether the

13  government is sticking with its decision or whether it is

14  going to reassess the issue.

15       And then I want us -- I can't set a time -- what

16  I want to do is have another video status call on the 10th,

17  but I can't set a time yet because I'm going to be out of

18  town and don't know my schedule, but I should know it by the

19  time of the 9th.

20       So if the government comes back and says, we are

21  reassessing this, then -- whatever the government comes back

22  with, I just want to have a -- and it might just have to be

23  a call and not a video call, but I want to have sort of a

24  short status on the 10th to discuss how to move forward.

25       Even if on the 10th the government says this is

1    still what we're doing, if that's what I'm having to

2    decide -- if I'm having to decide that motion by February,

3    then we still have plenty of time to do briefing on that.

4            And I'm not sure what discovery -- I mean,

5    I understand you have pretext discovery potentially, but I'm

6    not even sure you're entitled to that under the APA,

7    the entirety of the administrative record.  So if we have to

8    get into discovery, we can discuss that on the 10th.

9            I know that that does not make plaintiffs happy

10   because you want to move this forward, but, I assure you,

11   you will not have a situation from me in which we're facing

12   February without a ruling from me one way or the other on

13   these issues.

14           And then if the government or you all want to take

15   an emergency appeal, knock yourselves out.

16           Does that make sense to the government?

17           MR. PFAFFENROTH:  I certainly hear you,

18   Your Honor.

19           I'll take that to the agency.

20           I can't promise I can twist the agency's arm.

21           THE COURT:  No, no.

22           Hold on.

23           This isn't twisting the agency's arm.

24           This is a court order.  I want an answer.

25           MR. PFAFFENROTH:  I understand.

1          But --

2          THE COURT:  Hold on.

3          MR. PFAFFENROTH:  But --

4          THE COURT:  If the agency is -- hold on.

5          Calm down.

6          I know what you're about to say.  I've been doing

7    this a long time.

8          If by the "if" you get back from the agency, we

9    don't know what we're going to do yet, then I'm going to

10   have to put us on a fast schedule to, you know, get this

11   thing decided.

12         But I want the decision, the, like, final

13   decision-maker on this to have weighed in with you by the

14   9th.  So if the final decision-maker is the Secretary, then

15   I want her to have weighed in with you through her lawyer or

16   somebody by the 9th, we're doing what we said we're doing,

17   we're not doing anything differently.  We are going to

18   reassess or we don't know yet.  I want a representation from

19   the government that whoever's the final decision-maker on

20   this has been contacted by the 9th and has gotten back to

21   you by the 9th, all right?

22         And I'm doing this to save you all a ton of time,

23   energy, and effort, right, because a couple of phone calls,

24   a couple of meetings max versus having to draft a full

25   opposition to a motion is considerably a lot less burden on

1    the government, all right?

2           If the government comes back with anything other

3    than, yes, we are re-doing this and we can give you

4    assurances that we're re-doing it, then I will put us on a

5    schedule so that we are -- have briefed the motion and are

6    having argument on it sometime in October.

7           And if you feel like we need discovery, then be

8    prepared to tell me on the 10th what you need and why you

9    think you're entitled to it.

10          Does that make sense to everybody?

11          And, again, I'm sorry, I can't give you a time on

12   the 10th because my schedule is totally out of my control

13   and I won't know until closer to the 9th what time I can do

14   it.

15          Does that make sense to everybody?

16          MR. PFAFFENROTH:  Can I make an observation,

17   Your Honor?

18          THE COURT:  Yes.

19          MR. PFAFFENROTH:  I literally have no idea what's

20   going on with the appellate considerations involving the

21   Eastern District of New York decision.

22          THE COURT:  Well, then I suggest that you guys get

23   ahold of the Solicitor General.  Like, I don't know what to

24   tell you.

25          MR. PFAFFENROTH:  No.  I understand.

1           The deadline normally for a notice of appeal would

2   be 60 days after the July 15th date, which would be a week

3   after the deadline you're asking for.

4           And my having dealt with many other appeals in

5   government cases previously, people are very

6   deadline-focused and that's an existing deadline.

7           And the deadline maybe that they're focusing on

8   right now is likely to be a week after the dates that you

9   just prepared.  So it might be more productive to ask for a

10  week after that.

11          THE COURT:  Okay.  You are right.  I should have

12  let you talk.  I will give you till the 17th.

13          But I'm telling you if the answer is anything

14  other than, we're reassessing, you're going to have even

15  less time.

16          So you know -- all I'll tell you is, I would start

17  making inquiries now, because if you think what you're going

18  to get back on the 15th is, we're appealing and we're just

19  going to stick to what we've done, I'm not going to give you

20  a lot of time after that, right, because we need to have

21  argument in October.

22          MR. PIPOLY:  Your Honor, if I could just clarify

23  something that the Court said.

24          When you say that you're asking the government to

25  answer whether it plans to reassess, does that mean that

1    you're asking the government to say whether they plan to

2    issue a new Federal Register notice terminating or

3    extending --

4             THE COURT:  Yes, if that's what I'm supposed to

5    say.

6             Plaintiffs send me a draft order that I can put in

7    that has the right language, maybe like "Pass it through the

8    government."

9             All I want -- the point is, I want to know by the

10   17th whether this is an issue or not based upon the

11   plaintiffs' concern that the current Federal Register notice

12   says we are revoking the visas because, end, stop, national

13   security issues, which the plaintiffs' saying is not done

14   properly.

15            MR. PIPOLY:  Well, it's -- I'm just struggling

16   with this a little bit, Your Honor, because issuing a new

17   termination notice would not extend the February 3rd

18   deadline.  It would simply --

19            THE COURT:  I know.

20            But your problem is that they didn't do it

21   correctly.

22            And I'm saying, are you guys going to go back and

23   reassess it and do it correctly or are you not?

24            And if they are going to go back and reassess it

25   and try to do it correctly, from what you've told me, if

```
 1    they don't have a decision by the 3rd, then it gets extended

 2    for six months.  If they do have a decision by the 3rd, then

 3    we have the actual decision that you all can assess and

 4    attack if you feel need it.

 5              I don't want to spend everyone's time litigating a

 6    Federal Register notice if it's going to be supplanted.

 7              Now, it might not be.  I have no idea.  Maybe the

 8    government has no intention of doing that.  Okay.  Well,

 9    then we'll move forward on your motion.

10              MR. PIPOLY:  The concern I have, Your Honor, is

11    that the President said before even entering office that he

12    would do this.

13              THE COURT:  I know.

14              But I just had a U.N. ambassador telling me that

15    it's basically a humanitarian crisis, and, you know --

16              MR. PIPOLY:  Yes, Your Honor, that's true.

17              And this entire time, Your Honor, that we've been

18    litigating this case and even before the -- like, I'm

19    looking at the Haiti travel advisory for the State

20    Department right now.  And it has said the entire time that

21    the Trump administration has been in office -- and I'm

22    reading it here.  "Do not travel to Haiti due to kidnapping,

23    crime, terrorist activity, civil unrest, and limited

24    healthcare."

25              THE COURT:  Well, there's a lot of those State
```

```
1    Department --
2             Look, here's what we're going to do.
3             I'm going to give the government another
4    opportunity to get this right, if they actually have it
5    wrong.
6             And if they don't want to take it, if they're
7    going to do what they're going to do anyway, they will tell
8    the government tomorrow or in three days, it won't take them
9    until the 15th to tell me.  If you find out earlier, let us
10   know earlier.  But you have until the 17th.
11            Now, if everything you say is true, and I have no
12   reason to doubt it, then I don't think you need a ton of
13   discovery on pretext, because we are -- your argument is
14   that it's already out there that what they're doing is
15   pretext.
16            But, again, I have to tell you, if the government
17   comes back and does an actual analysis the way that you
18   claim it should be done and they still come to the
19   conclusion that they're not extending these visas, I don't
20   think there's a lot I can do.
21            So we are where we are.
22            MR. PIPOLY:  Your Honor, with respect to the
23   second point, I would encourage the Court to read the
24   analysis in the *Saget* decision from 2019, which drew the
25   distinction between the process-based challenges under the
```

1    APA, which are exactly the same claims we're raising here,

2    and the substantive challenge that I think Your Honor's

3    prior comment raised.

4            THE COURT:  I think you're not hearing me.

5            What I'm saying is, your current contention is

6    that the government has not followed the appropriate

7    process, right?

8            MR. PIPOLY:  Yes, Your Honor.  But that does not

9    foreclose -- yes.

10           THE COURT:  Okay.  Stop.

11           What I'm saying to the government is, get back to

12   me as to whether or not you're going to do this in a way --

13   in a new way that follows the process.

14           Now, the government might come back and say, we've

15   already followed the process, we're sticking with the

16   Federal Register, in which case, yes, we're all going on the

17   merry-go-round together on the question as to whether or not

18   they followed the process.

19           But given that they have not yet appealed in the

20   Second Circuit, it may be that they're actually thinking

21   about what they need to do next and maybe that just, you

22   know, the Solicitor General is too busy to weigh in and he's

23   going to wait until the last minute.  I don't know.  But

24   I want to know that before we're all spending a bunch of

25   time briefing and resources on an issue that might be moot.

1          You think there's a 2 percent chance that it's

2    moot, I think there's probably a 10 percent chance that it's

3    moot.  I don't know.  But I don't know yet whether it's moot

4    and I want to know whether it's moot before we all get

5    going.

6          MR. PIPOLY:  Well, I don't think that the

7    appeal -- the appeal of the HECA decision in the

8    Second Circuit, Your Honor, would not moot this case --

9          THE COURT:  I don't think --

10         MR. PIPOLY:  -- if the --

11         THE COURT:  Hold on.

12         You keep talking about procedure and laws, and

13   I am trying to talk about reality on the ground.

14         MR. PIPOLY:  True.

15         THE COURT:  If they're not appealing the decision,

16   it's because they understand that they have to wait until

17   February.

18         And because they know that this litigation is

19   ongoing, they either want to go through in the district

20   court with me, which I sincerely doubt, or they want to take

21   their chances in the EDNY or in the Second Circuit, right?

22         Whatever they're doing right now, they're

23   assessing something about the program, right?

24         MR. PIPOLY:  I'm not sure that's right given the

25   nature of the challenge in the -- there's two different

1   decisions here.

2          The assessment of country conditions of national

3   interest is relevant only to the termination.

4          The partial vacatur was not based on either of

5   those, and so the nature of the challenge in EDNY is

6   completely different than the nature of the challenge here.

7          I'm not trying to be difficult, I'm just not

8   following.

9          THE COURT:  All right.

10         I understand that the situation in EDNY is whether

11  or not the six-month pre-termination was valid or not, and

12  they may or may not care to appeal that.  My guess is that

13  they won't because they're not going to get an answer before

14  February; and if they did want to appeal that, they would

15  have filed an emergency motion the next day, right?  So my

16  guess is that that's not getting appealed on that basis.

17         But my guess is that the lawyers are having

18  conversations about how to pursue this issue writ large,

19  which is, how do we pursue it in a situation in which we

20  have a complaint in DDC and one kind of -- not kind of, in

21  the EDNY, saying that we didn't do this process correctly.

22  Are we going to stick with the process that we've already

23  done or are we going to try to reassess and redo the

24  process?

25         And you think the answer to that is obviously

1    they're just going to stick with the process that they claim

2    they've already done because they have been saying before

3    Trump came in office.

4              If I was taking a bet, I would probably agree with

5    that.

6              But before I know that for sure, I want to get an

7    answer to the government -- from the government on that

8    before I have us all move forward on a lot of briefing.

9              Your concern is, they're going to take till the

10   17th.  And on the 17th, we're going to learn from the

11   government that, yes, the Federal Register is what it was,

12   we're not doing anything different, and then we're not going

13   to have time from that decision to February for me to have

14   come to a decision.

15             And what I am telling you is, I am guaranteeing

16   you that we will have a schedule that we'll have this

17   briefed and we'll have argument, and I'm guaranteeing you

18   that I will have a decision for you before February 3rd

19   either way, all right?

20             MR. PIPOLY:  Yes, Your Honor, I understand.

21             That is part of the plaintiffs' concern certainly.

22             There is an additional concern, which is that the

23   government, if they tell you that they're going to go back

24   and issue a new Federal Register notice, and that new

25   Federal Register notice contains, you know, new rationale

1    for terminating TPS, that even if it is based on conditions

2    of a foreign country or purports to be, that could still be

3    pretextual and violate the APA, which is what the Court in

4    *Saget* found.

5           That Federal Register notice was based, or

6    purported to be based, on country conditions.  It said it's

7    safe to return to Haiti.

8           But when the -- when that was explored at the

9    preliminary injunction hearing and at trial, it was found to

10   all be pretextual.

11          So there's the -- what plaintiffs --

12          THE COURT:  Yes, but then we're going to have that

13   Federal Registry to deal with.

14          I mean, I'd be interested to see what the

15   government writes with respect to a Federal Registry that

16   says it's a-okay to go back to Haiti, given what the

17   U.S. ambassador to the U.N. has just said, who was, again,

18   appointed by the President.

19          And maybe they say it is horrible to go back.

20   It is horrible.  We're going to send all these children back

21   and half of them are going to die and the other half -- from

22   gangs, and the other half aren't going to have food.  And no

23   one is going to have food and they're all going to be

24   basically gang ridden, but it's necessary for our national

25   security.

1          If the government wants to make that position in a

2     Federal Register, then we will take up that litigation.

3     I don't know what else to tell you.

4          What I don't want to have happen is that we

5     litigate right now on a speedy basis on a Federal Register

6     that then is going to be moot and so we've just all wasted

7     all of this time.

8          Now, I grant you that I am giving the government a

9     lot of, how should I say, benefit of the doubt that they are

10    seriously considering how they did this and how they're

11    going to go about doing it in the future, and I'm giving

12    them the benefit of the doubt.

13         And it may well be your view, I'm sure it is your

14    view that they have not earned that benefit of the doubt.

15    I'm not sure I believe they've earned the benefit of the

16    doubt, but I'm giving it them because I don't want everyone

17    running around wasting their time, all right?

18         MR. PIPOLY:  I understand.

19         THE COURT:  Government, if you do have an

20    answer -- if the answer is like, yes, absolutely, this is

21    what we're doing and we don't need to wait until the 17th to

22    tell you that, then just let us know earlier, okay?

23         MR. PFAFFENROTH:  (Nodding head.)

24         THE COURT:  And please convey to your client that,

25    you know -- and maybe they just don't care, and it may well

1    be that they don't care, but that if the government's

2    position is going to be, our ambassador to the U.N. thinks

3    that things are so horrible in Haiti that we need to send

4    troops on the ground and spend millions of dollars and that

5    half of the children there are dying or are subject to food

6    shortages or gang violence, but that we need to expel every

7    single person in the U.S. because of national security

8    concerns, even though only one, if one, it's unclear that he

9    was ever actually on a TPS visa, has ever had any issue with

10   government, crime, or whatnot, that that's going to be a

11   pretty difficult argument to make, and I will explore all of

12   it, as I'm sure you know I can do, very thoroughly, okay?

13           MR. PFAFFENROTH:  Noted.

14           THE COURT:  All right.

15           If anything comes up and for whatever reason

16   before the 17th you all realize that the -- what I've set

17   out is not workable or there's a problem, I do not want a

18   bunch of briefs, I don't want a bunch of writing, just shoot

19   an email to my chambers.  I am going to be -- I will be

20   checking in as often as I can.

21           There's a few days where I might not be able to

22   get to you all within a few hours, but I will get to you all

23   as soon as I can if anything comes up.

24           If we need to get on a quick phone call, you all

25   just talk to each other, let us know, we'll get a phone call

1    together, I don't want you all wasting time writing a bunch

2    of stuff, okay?

3              And I hope that this makes your colleague's sort

4    of load a little bit less and she has a little bit more

5    breathing room, okay?

6              MR. PFAFFENROTH:  Thank you very much, Your Honor.

7              THE COURT:  All right.  Thank you, everyone.

8              MR. PIPOLY:  Your Honor, can I clarify one final

9    point?  I know you're probably sick of hearing from me at

10   this point and I apologize for that.

11             THE COURT:  That's okay.  Most lawyers are sick of

12   hearing from me.

13             MR. PIPOLY:  When you mentioned -- so I understand

14   the Court's concern is that our current complaint and our

15   current motion might be mooted out due to the government's

16   further action, at which point we'll need to litigate that.

17             And I appreciate the Court's assurances that

18   we will get a ruling before February 3rd either way.

19   I would just like to question, when the Court says that

20   we will get to a ruling on this either way, does the Court

21   envision that being final judgment on the merits or just the

22   preliminary relief that we've sought?

23             Because from our point of view, those are two very

24   different things.  And the urgency is to get to final

25   judgment on the merits by February 3rd, unless, of course,

1    the government extends TPS, in which case we're in a

2    different situation.

3                THE COURT:  I'm sorry, I thought your preliminary

4    relief was to extend the date.

5                MR. PIPOLY:  It is, Your Honor.  But a lot can

6    happen in the interim.  And that's really our concern,

7    is that --

8                THE COURT:  I don't think I understand.

9                You want a final judgment on what on the merits?

10   On the APA claim on the merits?

11               MR. PIPOLY:  Yes, on the APA claim and the

12   constitutional claim.

13               That was the nature of our back-and-forth with the

14   government these past few days is us trying to hammer out a

15   schedule --

16               THE COURT:  But I thought the motion for

17   preliminary relief was to extend the deadline by which these

18   things were cut off.

19               MR. PIPOLY:  It is, Your Honor.

20               THE COURT:  Pending the litigation.

21               MR. PIPOLY:  Pending the litigation.

22               But we see another --

23               THE COURT:  So then why do I have to have the

24   litigation ended by the 3rd?

25               MR. PIPOLY:  Because -- well, there are a few

1    reasons, Your Honor.

2              A lot can happen in the appellate courts in the

3    meantime --

4              THE COURT:  Well, yeah, I mean.

5              MR. PIPOLY:  -- is the short answer to that.

6              THE COURT:  Well, yes, indeed.

7              But I tell you what, if they're -- if I enter a

8    stay and if I say that they need to wait because I think you

9    have a likelihood of success on the merits and the appellate

10   court stays that and then they go straight to merits

11   briefing on that, then there's nothing I can do anyway.

12             I mean, if they're going to reverse me on that,

13   they're going to reverse me on a final judgment.  So I don't

14   know what to tell you.

15             MR. PIPOLY:  Fair enough.

16             I understand, Your Honor.

17             THE COURT:  I mean, I'm dealing with that right

18   now in another case, you know.  There's only so much I can

19   do.

20             Whether I enter an injunction pending final

21   resolution or I enter a final judgment, given that it's all

22   going to be based on more or less the same issues, I don't

23   really think it's a meaningful difference.

24             MR. PIPOLY:  I understand, Your Honor.

25             We might -- I hope that we're able to prevail on

```
 1    you that it is a meaningful difference, but I understand the

 2    Court's position.

 3              THE COURT:  Okay.

 4              I mean, look, if we have to get to a final

 5    judgment by February 3rd, which I don't understand why we

 6    would, then we'll figure it out then.  I can move very, very

 7    quickly.  I was a, you know, an attorney at a large law firm

 8    meeting, like, far more serious, difficult deadlines than

 9    this, okay?

10              MR. PIPOLY:  Thank you, Your Honor.

11              THE COURT:  Albeit, I was getting paid a lot more

12    to do it.

13              But we can move quickly, okay, everyone?

14              All right.  Everyone have a good weekend.

15              (Proceedings concluded at 2:47 p.m.)

16

17

18

19

20

21

22

23

24

25
```

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__September 3, 2025_____    _____

                                 William P. Zaremba, RMR, CRR

27/23 28/20 29/2
34/18 38/18 38/25
39/24 41/5

**COURTROOM DEPUTY:**
**[1]**   4/2
**MR. PFAFFENROTH:**
**[19]**   4/10 4/14 4/17
4/20 5/2 10/20 13/20
14/5 17/4 17/8 24/17
24/25 25/3 26/16
26/19 26/25 36/23
37/13 38/6
**MR. PIPOLY: [50]**
**MR. STANFORD: [1]**
4/9
**MR. TAUBER: [1]**   4/8
**THE COURT: [67]**

**$**

**$5 [1]**   12/1

**1**

**1.3 million [1]**
11/18
**10 percent [1]**   32/2
**10th [6]**   23/16 23/24
23/25 24/8 26/8
26/12
**1155 [1]**   2/8
**15th [4]**   19/8 27/2
27/18 30/9
**161 [1]**   2/3
**17th [7]**   27/12 28/10
30/10 34/10 34/1
36/21 37/16
**18 [1]**   5/22
**1st [3]**   7/22 8/9
8/16

**2**

**20001 [1]**   3/9
**20004 [1]**   2/9
**2019 [2]**   21/12 30/24
**202 [3]**   2/9 3/5 3/9
**2021 [1]**   4/24
**2024 [1]**   11/15
**2025 [3]**   1/5 18/17
42/7
**2026 [2]**   5/22 19/23
**20530 [1]**   3/4
**2100 [1]**   2/13
**2471 [2]**   1/4 4/3
**2485 [1]**   3/5
**25-2471 [2]**   1/4 4/3
**252-2485 [1]**   3/5
**26th [1]**   20/17
**29 [1]**   1/5
**2:01 [1]**   1/6
**2:47 [1]**   41/15

**3**

**312 [1]**   2/5
**3249 [1]**   3/9
**333 [1]**   3/8
**354-3249 [1]**   3/9
**364-7068 [1]**   2/14
**3rd [11]**   20/4 20/18

34/18 38/18 38/25
39/24 41/5

**4**

**4300 [1]**   2/4

**5**

**5078 [1]**   2/5
**508-6111 [1]**   2/9

**6**

**60 days [1]**   27/2
**601 [1]**   3/3
**602 [1]**   2/14
**602-5078 [1]**   2/5
**60601 [1]**   2/4
**6111 [1]**   2/9
**6th [1]**   20/17

**7**

**7.1525 [1]**   3/4
**705 [2]**   22/20 23/2
**7068 [1]**   2/14

**8**

**85004 [1]**   2/14

**9**

**9th [8]**   23/10 23/12
23/19 25/14 25/16
25/20 25/21 26/13

**A**

**abided [1]**   21/16
**able [7]**   17/3 19/5
19/21 20/21 20/24
37/21 40/25
**about [11]**   10/21
11/8 18/24 21/6 25/6
31/21 32/12 32/13
32/23 33/18 36/11
**above [1]**   42/4
**above-titled [1]**
42/4
**absolutely [1]**   36/20
**abuses [1]**   11/16
**according [2]**   8/3
14/16
**achieved [2]**   8/10
8/11
**act [2]**   16/8 22/20
**acting [2]**   11/6
13/10
**action [5]**   4/3 6/12
7/22 8/14 38/16
**Active [1]**   12/8
**activity [1]**   29/23
**acts [1]**   11/21
**actual [3]**   16/25
29/3 30/17
**actually [7]**   15/20
16/4 17/11 20/14
30/4 31/20 37/9
**addition [1]**   9/19
**additional [2]**   13/18

**address [3]**   10/12
12/17 12/19
**addressed [2]**   13/13
17/19
**administration [1]**
29/21
**administration's [1]**
13/10
**administrative [2]**
22/20 24/7
**advanced [1]**   9/11
**advisory [1]**   29/19
**affected [1]**   12/11
**after [5]**   27/2 27/3
27/8 27/10 27/20
**again [7]**   13/8 13/11
16/15 22/25 26/11
30/16 35/17
**against [1]**   11/17
**agency [3]**   24/19
25/4 25/8
**agency's [2]**   24/20
24/23
**agree [4]**   15/4 15/16
19/14 34/4
**agreed [1]**   5/19
**ahead [1]**   8/4
**ahold [1]**   26/23
**aid [1]**   12/10
**aided [1]**   3/11
**al [4]**   1/3 1/6 4/3
4/4
**Albeit [1]**   41/11
**all [53]**
**all right [11]**   4/12
5/4 9/10 17/6 19/9
20/8 23/5 25/21
34/19 36/17 38/7
**allow [1]**   9/13
**allowing [1]**   14/14
**along [1]**   5/1
**already [7]**   14/7
14/10 14/17 30/14
31/15 33/22 34/2
**also [3]**   12/3 12/7
18/18
**altogether [1]**   6/17
**am [9]**   7/17 10/18
15/2 18/1 32/13
34/15 34/15 36/8
37/19
**ambassador [6]**   10/6
11/5 13/10 29/14
35/17 37/2
**ANA [1]**   1/10
**analysis [3]**   6/6
30/17 30/24
**Andrew [2]**   2/7 4/8
**Andrew Tauber [1]**
4/8
**andrew.tauber [1]**
2/10
**animus [1]**   21/17
**announced [1]**   12/1

**announcement [1]**
5/10
**another [4]**   23/16
30/3 39/22 40/18
**answer [15]**   17/3
17/9 23/6 23/9 23/10
23/12 24/24 27/13
27/25 33/13 33/25
34/7 36/20 36/20
40/5
**any [5]**   10/22 13/17
16/16 16/20 37/9
**anything [8]**   13/8
13/9 25/17 26/2
27/13 34/12 37/15
37/23
**anyway [3]**   19/21
30/7 40/11
**APA [9]**   9/18 21/14
22/22 22/24 24/6
31/1 35/3 39/10
39/11
**apologize [1]**   38/10
**appeal [16]**   7/3 7/4
13/23 13/25 18/21
18/23 19/4 19/5
19/19 19/24 24/15
27/1 32/7 32/7 33/12
33/14
**appealed [3]**   19/10
31/19 33/16
**appealing [2]**   27/18
32/15
**appeals [1]**   27/4
**APPEARANCES [2]**   1/11
2/16
**appellate [3]**   26/20
40/2 40/9
**appointed [1]**   35/18
**appreciate [1]**   38/17
**approach [1]**   13/3
**approaching [2]**   20/4
20/7
**appropriate [2]**
16/13 31/6
**are [44]**
**aren't [2]**   14/10
35/22
**argue [3]**   6/10 8/10
20/2
**argument [7]**   9/11
9/16 26/6 27/21
30/13 34/17 37/11
**arm [2]**   24/20 24/23
**armed [1]**   11/14
**arms [1]**   13/4
**around [3]**   17/16
18/9 36/17
**arrest [1]**   12/2
**as [27]**   6/6 6/14 8/9
8/25 11/15 12/3
12/13 12/23 13/24
14/1 15/17 15/17
16/24 17/23 17/25
18/16 18/16 20/22

## A

as... **[9]**  22/15 23/12 31/12 31/17 37/12 37/20 37/20 37/23 37/23

as the **[1]**  13/24

aside **[1]**  22/24

ask **[3]**  13/14 18/5 27/9

asked **[3]**  5/15 15/22 16/2

asking **[6]**  7/7 7/8 10/12 27/3 27/24 28/1

assertions **[1]**  20/3

assess **[3]**  10/16 21/2 29/3

assessing **[2]**  13/18 32/23

assessment **[3]**  6/4 13/18 33/2

assistance **[1]**  12/9

Assistant **[1]**  4/10

Assistant U.S. Attorney **[1]**  4/10

assumption **[1]**  18/2

assurances **[2]**  26/4 38/17

assure **[1]**  24/10

attack **[1]**  29/4

attacks **[1]**  11/21

attention **[2]**  10/6 14/11

attorney **[2]**  4/10 41/7

August **[2]**  1/5 14/13

AUSA **[2]**  14/2 14/15

authority **[1]**  6/21

automatically **[1]**  21/24

Ave **[1]**  2/13

Avenue **[1]**  3/8

award **[1]**  12/1

awards **[1]**  12/9

aware **[2]**  14/10 15/21

away **[4]**  4/19 4/24 20/8 20/8

AZ **[1]**  2/14

## B

back **[22]**  11/3 16/1 16/23 16/24 17/5 22/3 23/20 23/21 25/8 25/20 26/2 27/18 28/22 28/24 30/17 31/11 31/14 34/23 35/16 35/19 35/20 39/13

background **[1]**  9/20

bad **[4]**  9/2 9/3 9/8 10/9

Barbecue **[1]**  12/3

Barrett **[1]**  3/8

based **[10]**  13/8 13/9

... 28/16 30/25 33/4 35/1 35/5 35/6 40/22

basically **[5]**  10/7 10/10 21/1 29/15 35/24

basis **[4]**  15/14 17/18 33/16 36/5

bclplaw.com **[3]**  2/6 2/10 2/15

be **[54]**

bearing **[1]**  17/10

because **[25]**  6/24 9/3 10/10 10/14 11/2 14/2 14/22 23/17 24/10 25/23 26/12 27/17 27/20 28/12 28/16 30/13 32/16 32/18 33/13 34/2 36/16 37/7 38/23 39/25 40/8

been **[12]**  8/10 8/11 11/19 13/23 15/21 16/19 19/5 25/6 25/20 29/17 29/21 34/2

before **[16]**  1/10 5/21 16/8 19/23 22/2 29/11 29/18 31/24 32/4 33/13 34/2 34/6 34/8 34/18 37/16 38/18

beginning **[1]**  4/6

being **[3]**  11/20 17/19 38/21

believe **[1]**  36/15

benefit **[4]**  36/9 36/12 36/14 36/15

bet **[1]**  34/4

better **[1]**  18/24

between **[2]**  14/13 30/25

beyond **[2]**  10/22 14/6

bit **[6]**  10/14 14/12 18/20 28/16 38/4 38/4

boss's **[1]**  15/6

both **[2]**  11/11 20/3

breathing **[1]**  38/5

briefed **[3]**  16/12 26/5 34/17

briefing **[10]**  7/11 16/11 17/18 17/24 18/9 19/12 24/3 31/25 34/8 40/11

briefs **[2]**  20/21 37/18

bring **[1]**  14/10

brother **[3]**  4/19 4/23 4/23

brought **[1]**  10/5

BRYAN **[3]**  2/2 2/7 2/12

bunch **[5]**  17/18

... 38/1

burden **[1]**  25/25

busy **[1]**  31/22

## C

call **[7]**  12/22 18/4 23/16 23/23 23/23 37/24 37/25

calls **[1]**  25/23

Calm **[1]**  25/5

came **[1]**  34/3

can **[30]**  14/1 14/16 16/13 16/21 17/4 17/8 17/15 18/1 20/9 20/10 20/10 22/3 24/8 24/20 26/3 26/13 26/16 28/6 29/3 30/20 37/12 37/20 37/23 38/8 39/5 40/2 40/11 40/18 41/6 41/13

can't **[6]**  9/3 10/23 23/15 23/17 24/20 26/11

care **[3]**  33/12 36/25 37/1

case **[10]**  6/24 7/1 14/19 14/23 21/12 29/18 31/16 32/8 39/1 40/18

cases **[2]**  15/6 27/5

CAVE **[3]**  2/2 2/7 2/12

Central **[1]**  2/13

certainly **[4]**  15/7 18/24 24/17 34/21

certainty **[1]**  15/21

Certified **[1]**  3/7

certify **[1]**  42/2

cetera **[4]**  11/17 11/25 12/24 13/5

CH **[1]**  3/8

challenge **[4]**  31/2 32/25 33/5 33/6

challenged **[2]**  6/12 6/17

challenges **[2]**  8/8 30/25

challenging **[2]**  8/15 8/17

chambers **[1]**  37/19

chance **[2]**  32/1 32/2

chances **[1]**  32/21

change **[1]**  13/25

checking **[1]**  37/20

Cherizier **[1]**  12/3

Chicago **[1]**  2/4

chickens **[1]**  17/17

children **[9]**  11/14 11/15 11/17 11/19 11/19 11/23 13/8 35/20 37/5

Circuit **[5]**  19/12 19/20 31/20 32/8

circumstances **[3]**  14/15 15/3 15/22

civil **[3]**  3/3 4/2 29/23

claim **[7]**  9/20 21/14 30/18 34/1 39/10 39/11 39/12

claims **[4]**  21/6 21/14 22/18 31/1

clarify **[4]**  18/25 21/5 27/22 38/8

Clark **[1]**  2/3

clean **[1]**  12/11

clearly **[1]**  21/25

clerks **[1]**  10/5

client **[4]**  11/3 16/2 16/24 36/24

clients **[2]**  14/10 20/5

closer **[1]**  26/13

Cogan **[1]**  6/19

colleague's **[1]**  38/3

COLUMBIA **[1]**  1/1

combat **[1]**  12/13

come **[4]**  19/6 30/18 31/14 34/14

comes **[6]**  23/20 23/21 26/2 30/17 37/15 37/23

comment **[1]**  31/3

commit **[1]**  18/22

committed **[1]**  12/3

communicate **[1]**  4/21

communicating **[1]**  18/10

community **[1]**  12/15

complaint **[7]**  8/7 17/25 17/25 19/2 22/14 33/20 38/14

complement **[1]**  13/2

completely **[2]**  15/4 33/6

comprehensive **[1]**  13/3

computer **[1]**  3/11

computer-aided **[1]**  3/11

concern **[10]**  12/8 16/17 16/18 28/11 29/10 34/9 34/21 34/22 38/14 39/6

concerned **[4]**  5/24 6/3 11/8 18/16

concerns **[1]**  37/8

concluded **[1]**  41/15

conclusion **[1]**  30/19

concurrent **[1]**  7/10

condemn **[1]**  11/13

conditions **[3]**  33/2 35/1 35/6

CONFERENCE **[1]**  1/9

confirmed **[2]**  5/19 5/20

confused **[2]**  10/14

**C**

confused... [1]
10/19
Congress [1]   13/12
congressional [2]
9/17 21/25
considerably [1]
25/25
considerations [1]
26/20
considering [1]
36/10
constant [1]   11/20
Constitution [1]   3/8
constitutional [1]
39/12
contacted [1]   25/20
contains [1]   34/25
contention [3]   8/2
8/5 31/5
continue [3]   9/4
11/13 13/19
CONTINUED [1]   3/1
continuing [1]   12/9
contrary [6]   5/17
5/19 6/20 9/12 9/17
20/2
contribute [1]   12/5
control [1]   26/12
conversations [1]
33/18
convey [1]   36/24
correct [3]   6/7 18/1
42/3
correctly [4]   28/21
28/23 28/25 33/21
Corruption [1]   11/24
could [8]   8/10 15/19
16/8 16/11 18/6 21/5
27/22 35/2
council [3]   11/7
12/18 12/22
counsel [1]   4/6
countries [2]   9/8
11/16
country [5]   10/2
13/6 33/2 35/2 35/6
couple [2]   25/23
25/24
course [1]   38/25
court [19]   1/1 3/6
3/7 13/24 16/7 16/10
18/19 20/24 21/9
21/11 21/12 24/24
27/23 30/23 32/20
35/3 38/19 38/20
40/10
Court's [4]   10/21
38/14 38/17 41/2
courthouse [1]   15/3
courts [2]   23/1 40/2
coy [1]   18/20
creating [1]   12/20
crime [2]   29/23
37/10

criminals [1]   29/23
crisis [4]   10/8
10/11 12/11 29/15
crisis-affected [1]
12/11
criticism [1]   20/13
CRR [2]   42/2 42/8
current [6]   8/8
16/25 28/11 31/5
38/14 38/15
currently [1]   17/20
cut [2]   17/17 39/18
CV [1]   1/4

**D**

D.C [4]   1/5 2/9 3/4
3/9
date [8]   13/23 20/4
20/7 20/17 23/8 27/2
39/4 42/7
dates [1]   27/8
day [2]   15/9 33/15
days [4]   27/2 30/8
37/21 39/14
DDC [1]   33/20
deadline [9]   14/20
14/21 27/1 27/3 27/6
27/6 27/7 28/18
39/17
deadline-focused [1]
27/6
deadlines [1]   41/8
deal [1]   35/13
dealing [5]   4/25
15/13 18/13 18/15
40/17
dealt [1]   27/4
decade [1]   16/20
decide [2]   24/2 24/2
decided [1]   25/11
decision [27]   5/21
7/3 7/5 8/5 8/9 19/6
19/8 19/11 20/16
20/21 21/15 21/23
23/13 25/12 25/13
25/14 25/19 26/21
29/1 29/2 29/3 30/24
32/7 32/15 34/13
34/14 34/18
decision-maker [3]
25/13 25/14 25/19
decisions [1]   33/1
default [1]   21/21
Defendant [1]   3/2
Defendants [1]   1/7
defense [1]   4/11
definitely [1]   18/2
definitively [1]
14/18
Department [2]   29/20
30/1
deserve [1]   11/23
designation [2]   6/16
21/23
destruction [1]   12/6

determination [5]
16/7 16/9 16/11 21/1
21/8
did [6]   6/16 6/22
19/4 19/6 33/14
36/10
didn't [3]   10/5
28/20 33/21
die [1]   35/21
difference [2]   40/23
41/1
different [6]   23/3
32/25 33/6 34/12
38/24 39/2
differently [1]
25/17
difficult [3]   33/7
37/11 41/8
disagreed [1]   18/18
discovery [5]   24/4
24/5 24/8 26/7 30/13
discriminatory [1]
21/17
discuss [2]   23/24
24/8
dismiss [1]   14/21
dismissed [1]   6/24
displaced [1]   11/19
disproportionate [1]
11/14
disrupt [1]   13/3
distinction [2]
21/13 30/25
district [14]   1/1
1/1 1/10 5/14 5/15
5/20 6/13 6/18 6/19
13/22 13/24 18/19
26/21 32/19
Division [1]   3/3
do [47]
do I have [1]   5/25
Do you know [1]
13/15
docket [1]   14/23
does [8]   24/9 24/16
26/10 26/15 27/25
30/17 31/8 38/20
doesn't [1]   22/6
doing [17]   7/17 16/4
16/15 24/1 25/6
25/16 25/16 25/17
25/22 26/3 26/4 29/8
30/14 32/22 34/12
36/11 36/21
DOJ [1]   3/2
DOJ-USAO [1]   3/2
dollars [1]   37/4
don't [45]
DONALD [2]   1/6 4/4
Donald J. Trump [1]
4/4
done [7]   6/6 14/16
27/19 28/13 30/18
33/23 34/2
dory [1]   8/19

doubt [6]   30/12
32/20 36/9 36/12
36/14 36/16
down [3]   10/9 19/7
25/5
draft [3]   12/18
25/24 28/6
drew [1]   30/24
due [3]   11/18 29/22
38/15
during [1]   11/20
dying [1]   37/5

**E**

each [1]   37/25
earlier [4]   8/13
30/9 30/10 36/22
early [2]   5/12 20/16
earned [2]   36/14
36/15
earthquake [1]   10/3
Eastern [9]   5/13
5/15 5/20 6/13 6/18
6/19 13/22 13/24
26/21
Eckrote [2]   4/18
14/2
Eckrote's [1]   14/15
EDNY [5]   19/25 32/21
33/5 33/10 33/21
EDNY's [1]   18/19
effort [1]   25/23
either [5]   32/19
33/4 34/19 38/18
38/20
elevator [1]   8/24
else [2]   6/25 36/3
email [4]   2/5 2/10
2/15 37/19
emergency [6]   12/10
15/14 17/18 19/5
24/15 33/15
EMMANUEL [2]   1/3 4/3
enablers [1]   12/4
encourage [1]   30/23
end [3]   6/16 15/9
28/12
ended [2]   18/4 39/24
ending [1]   6/11
ends [2]   18/17 18/17
energy [1]   25/23
enough [1]   40/15
ensure [1]   12/14
enter [4]   16/13 40/7
40/20 40/21
entering [1]   29/11
entire [2]   29/17
29/20
entirely [1]   21/15
entirety [1]   24/7
entitled [2]   24/6
26/9
envision [1]   38/21
equal [1]   9/19
equity [1]   22/21

**E**

escalating [1]  11/9
essentially [1]  16/3
establishing [1]
12/19
et [8]  1/3 1/6 4/3
4/4 11/17 11/25
12/24 13/5
et al [1]  4/3
et cetera [3]  11/17
12/24 13/5
evaluate [1]  22/3
even [11]  12/14 19/4
19/10 19/12 23/25
24/6 27/14 29/11
29/18 35/1 37/8
eventuality [1]  18/7
ever [2]  37/9 37/9
every [1]  37/6
everybody [2]  26/10
26/15
everyone [5]  17/16
36/16 38/7 41/13
41/14
everyone's [1]  29/5
everything [2]  15/4
30/11
everything's [1]
16/12
exactly [3]  8/21
13/6 31/1
example [1]  21/22
existing [1]  27/6
expansion [1]  11/10
expedited [1]  17/24
expel [1]  37/6
expired [1]  5/22
explore [1]  37/11
explored [1]  35/8
extend [5]  20/25
21/12 28/17 39/4
39/17
extended [3]  18/8
21/24 29/1
extending [2]  28/3
30/19
extends [1]  39/1
extension [1]  21/21
extensive [1]  14/17

**F**

face [1]  11/19
facing [1]  24/11
fact [1]  13/22
factors [2]  22/15
23/2
fair [2]  6/8 40/15
far [3]  5/25 18/16
41/8
fast [3]  20/4 20/7
25/10
fast-approaching [2]
20/4 20/7
February [27]  5/21
8/1 13/17 13/24

14/13 15/16 16/10
18/4 18/7 18/17
19/13 19/23 20/4
20/17 20/17 20/18
22/2 24/2 24/12
28/17 32/17 33/14
34/13 34/18 38/18
38/25 41/5
Federal [16]  8/22
8/25 9/1 16/3 28/2
28/11 29/6 31/16
34/11 34/24 34/25
35/5 35/13 35/15
36/2 36/5
feel [3]  18/23 26/7
29/4
feeling [1]  4/25
few [4]  37/21 37/22
39/14 39/25
fight [1]  12/16
figure [5]  5/5 15/19
17/21 20/14 41/6
filed [2]  22/19
33/15
final [12]  7/1 25/12
25/14 25/19 38/8
38/21 38/24 39/9
40/13 40/20 40/21
41/4
financing [1]  13/4
find [1]  30/9
firm [1]  41/7
first [3]  6/12 16/23
17/21
five [1]  20/8
fleeing [1]  10/1
flows [1]  13/4
focus [1]  23/9
focused [1]  27/6
focusing [1]  27/7
followed [3]  31/6
31/15 31/18
following [2]  16/2
33/8
follows [1]  31/13
food [5]  12/7 12/10
35/22 35/23 37/5
force [2]  12/20
12/25
Forced [1]  11/21
forcing [1]  20/25
foreclose [1]  31/9
foregoing [1]  42/3
foreign [1]  35/2
forge [1]  12/23
forth [1]  39/13
forward [6]  14/19
20/15 23/24 24/10
29/9 34/8
found [2]  35/4 35/9
frankly [2]  14/22
18/20
FRITZ [2]  1/3 4/3
front [1]  22/17
fueling [1]  13/4

full [1]  36/24
further [1]  38/16
future [1]  36/11

**G**

gains [1]  11/10
gang [7]  11/15 11/20
12/2 12/19 13/3
35/24 37/6
gangs [6]  10/8 11/10
11/14 11/22 12/14
35/22
gave [2]  17/2 17/14
General [2]  26/23
31/22
genuinely [1]  10/19
geoff.pipoly [1]  2/6
Geoffrey [2]  2/2 4/7
get [33]  9/25 14/16
15/9 15/12 16/21
16/23 16/24 17/3
17/8 18/11 18/12
19/5 19/11 20/14
23/9 24/8 25/8 25/10
26/22 27/18 30/4
31/11 32/4 33/13
34/6 37/22 37/22
37/24 37/25 38/18
38/20 38/24 41/4
gets [1]  29/1
getting [2]  33/16
41/11
give [8]  8/24 23/10
23/10 26/3 26/11
27/12 27/19 30/3
given [5]  13/21
31/19 32/24 35/16
40/21
giving [3]  36/8
36/11 36/16
glean [1]  14/1
go [12]  8/4 11/2
22/3 28/22 28/24
31/17 32/19 34/23
35/16 35/19 36/11
40/10
Go ahead [1]  8/4
going [75]
good [5]  4/24 41/14
got [5]  6/23 6/24
8/12 14/23 21/10
gotten [1]  25/20
government [58]
government's [8]
7/11 10/13 16/14
20/3 22/1 22/7 37/1
38/15
grant [1]  36/8
greater [1]  12/15
ground [3]  12/21
32/13 37/4
groups [1]  10/1
growing [1]  12/19
grown [1]  12/9
guaranteeing [2]

34/17
guess [4]  20/9 33/12
33/16 33/17
guide [1]  23/2
guys [5]  5/8 17/14
18/1 26/22 28/22

**H**

had [7]  6/6 6/7 10/4
10/22 15/21 29/14
37/9
Haiti [18]  5/11 6/7
8/18 9/2 9/3 9/14
10/2 11/9 11/15 12/6
12/9 16/19 18/17
29/19 29/22 35/7
35/16 37/3
Haiti's [2]  6/11
6/14
Haitian [4]  9/14
11/11 12/23 13/2
Haitians [2]  9/4
12/12
half [5]  11/19 35/21
35/21 35/22 37/5
hammer [1]  39/14
hand [1]  15/5
happen [7]  15/11
15/12 15/15 19/23
36/4 39/6 40/2
happy [1]  24/9
hard [1]  20/24
has [15]  6/11 7/3
7/4 7/15 18/15 25/20
25/20 28/7 29/8
29/20 29/21 31/6
35/17 37/9 38/4
have [86]
haven't [3]  7/17
10/22 16/16
having [16]  16/20
18/8 24/1 24/2 25/24
26/6 27/4 33/17
he [4]  6/22 22/6
29/11 37/8
he's [2]  22/6 31/22
head [1]  36/23
heads [1]  17/17
healthcare [1]  29/24
hear [1]  24/17
hearing [4]  31/4
35/9 38/9 38/12
HECA [2]  18/23 32/7
held [1]  23/1
help [2]  12/18 17/15
helpful [3]  15/25
16/1 18/6
her [7]  4/21 8/16
14/23 15/3 15/7
25/15 25/15
here [7]  16/19 18/13
20/3 29/22 31/1 33/1
33/6
here's [5]  15/11
15/24 22/7 22/8 30/2

**H**

hiding [1]  12/4
high [1]  6/8
hold [10]  11/1 13/1
 15/1 19/1 19/3 20/6
 24/22 25/2 25/4
 32/11
holders [1]  9/14
home [1]  9/8
honest [1]  10/21
Honor [36]  4/2 5/3
 6/1 6/9 7/19 9/2 9/9
 10/20 13/20 14/7
 14/25 18/14 20/2
 20/18 21/7 22/12
 22/23 24/18 26/17
 27/22 28/16 29/10
 29/16 29/17 30/22
 31/8 32/8 34/20 38/6
 38/8 39/5 39/19 40/1
 40/16 40/24 41/10
Honor's [1]  31/2
HONORABLE [1]  1/10
hope [2]  38/3 40/25
horrible [3]  35/19
 35/20 37/3
hours [1]  37/22
how [11]  4/13 15/19
 17/21 19/6 20/14
 23/24 33/18 33/19
 36/9 36/10 36/10
humanitarian [4]
 10/8 10/11 12/8
 29/15
hunky [1]  8/19
hunky-dory [1]  8/19

**I**

I agree [1]  19/14
I am [6]  10/18 32/13
 34/15 34/15 36/8
 37/19
I believe [1]  36/15
I can [14]  16/13
 17/4 20/10 20/10
 24/20 26/13 28/6
 30/20 37/12 37/20
 37/23 40/11 40/18
 41/6
I can't [4]  23/15
 23/17 24/20 26/11
I didn't see [1]
 10/5
I don't [20]  5/18
 10/20 13/14 16/22
 17/4 17/8 18/3 19/12
 20/23 22/5 26/23
 30/19 31/23 32/3
 32/6 32/9 36/3 39/8
 40/13 40/22
I don't have [1]
 14/5
I don't want [1]
 15/11
I guess [1]  20/9

I have [19]  7/21
 13/8 13/11 20/15
 20/20 20/23 22/9
 22/10 22/14 29/10
 30/11 30/16 34/8
I haven't [1]  16/16
I hope [1]  38/3
I just [2]  14/1
 29/14
I know [6]  7/12 24/9
 25/6 28/19 34/6 38/9
I mean [10]  13/6
 17/10 17/14 20/23
 22/5 24/4 35/14
 40/12 40/17 41/4
I say [2]  4/13 36/9
I should [2]  23/18
 27/11
I think [15]  5/11
 5/22 10/2 13/21
 15/24 16/1 16/19
 16/23 21/12 22/6
 23/5 31/2 31/4 32/2
 40/8
I thought [3]  10/14
 39/3 39/16
I understand [11]
 5/6 7/8 17/23 17/25
 24/5 24/25 26/25
 34/20 36/18 38/13
 41/1
I want [20]  5/5 5/7
 17/16 17/21 17/21
 23/8 23/11 23/12
 23/15 23/16 23/23
 24/24 25/12 25/15
 25/18 28/9 28/9
 31/24 32/4 34/6
I wanted [1]  15/18
I was [2]  41/7 41/11
I will [7]  4/16 26/4
 27/12 34/18 37/11
 37/19 37/22
I would [10]  13/7
 15/22 18/23 20/2
 21/11 21/20 27/16
 30/23 34/4 38/19
I'd [1]  35/14
I'll [3]  5/2 24/19
 27/16
I'm [53]
I'm going [4]  5/9
 23/7 25/9 30/3
I'm not [4]  5/6
 10/18 27/19 33/7
I'm not quite [1]
 7/8
I'm not sure [3]
 24/4 32/24 36/15
I'm sorry [4]  4/13
 4/16 26/11 39/3
I've [2]  25/6 37/16
idea [3]  21/24 26/19
 29/7
identify [1]  4/5

IL [1]
illicit [1]  13/4
impact [1]  11/14
improved [1]  6/7
incidents [1]  11/22
include [1]  12/9
indeed [1]  40/6
indiscriminate [1]
 11/24
individual [2]  4/18
 11/4
infected [1]  21/17
information [5]  12/2
 14/6 18/5 20/15
 20/21
infrastructure [1]
 13/1
initial [1]  6/4
injunction [6]  22/21
 22/21 22/25 23/2
 35/9 40/20
injured [1]  11/20
inquiries [1]  27/17
inquiry [1]  23/2
insecurity [1]  12/7
instability [1]  13/5
instead [1]  23/8
intended [1]  13/12
intends [1]  17/1
intent [2]  9/17
 21/25
intention [1]  29/8
interest [1]  33/3
interested [1]  35/14
interests [1]  9/13
interim [2]  22/19
 39/6
international [2]
 12/15 12/25
invested [1]  12/15
involving [1]  26/20
is [131]
is premised [1]  18/1
is that [2]  13/12
 39/7
is that right [1]
 22/10
isn't [3]  9/6 20/13
 24/23
issue [10]  16/21
 17/19 22/2 23/14
 28/2 28/10 31/25
 33/18 34/24 37/9
issues [6]  11/25
 14/18 16/20 24/13
 28/13 40/22
issuing [1]  28/16
it [88]
It is [1]  35/20
it's [34]  10/8 10/10
 13/17 14/22 15/7
 16/5 16/6 16/13
 16/16 16/18 17/11
 20/5 20/7 20/7 20/8
 20/24 22/1 22/21

I (cont.)
 28/15 29/6
 29/15 30/14 32/1
 32/2 32/3 32/4 32/16
 35/6 35/16 35/24
 37/8 40/21 40/23
its [2]  6/4 23/13
itself [2]  9/17
 21/18

**J**

J. [1]  4/4
James [1]  2/11
January [2]  20/16
 20/20
Jimmy [1]  12/2
join [1]  12/22
joint [1]  23/11
judge [3]  1/10 5/15
 6/19
judged [1]  16/16
judgment [6]  38/21
 38/25 39/9 40/13
 40/21 41/5
July [5]  7/22 8/9
 8/16 19/8 27/2
July 1st [2]  8/9
 8/16
jumped [1]  14/1
just [37]  5/5 5/25
 10/14 11/2 13/14
 14/1 14/9 14/23 15/4
 15/14 15/18 15/24
 18/25 19/16 19/17
 19/22 20/12 20/12
 20/13 23/22 23/22
 27/9 27/18 27/22
 28/15 29/14 31/21
 33/7 34/1 35/17 36/6
 36/22 36/25 37/18
 37/25 38/19 38/21
justice [1]  11/21

**K**

keep [1]  32/12
kidnapping [1]  29/22
killed [1]  11/20
kind [2]  33/20 33/20
knock [1]  24/15
know [54]
known [1]  12/3

**L**

laid [1]  21/13
language [1]  28/7
large [2]  33/18 41/7
last [1]  31/23
latter [1]  16/6
law [1]  41/7
lawfully [1]  9/4
lawless [1]  10/8
laws [1]  32/12
lawsuit [1]  8/8
lawyer [1]  25/15
lawyers [2]  33/17
 38/11
leader [1]  12/2

**L**

leading [1]  12/2
learn [1]  34/10
least [1]  14/19
LEIGHTON [3]  2/3 2/8 2/12
LESLY [2]  1/3 4/3
less [4]  25/25 27/15 38/4 40/22
let [8]  9/7 10/25 13/14 18/5 27/12 30/9 36/22 37/25
let's [6]  19/16 19/16 19/17 19/22 20/12 20/20
level [1]  6/8
levels [1]  11/9
lifesaving [1]  12/8
lift [1]  23/7
light [2]  14/14 17/22
like [20]  5/5 5/16 10/2 10/19 17/14 17/17 17/17 19/16 20/12 20/12 22/9 23/11 25/12 26/7 26/23 28/7 29/18 36/20 38/19 41/8
likelihood [1]  40/9
likely [1]  27/8
limited [1]  29/23
lingers [1]  9/20
literally [2]  15/2 26/19
litigate [2]  36/5 38/16
litigating [2]  29/5 29/18
litigation [6]  5/13 32/18 36/2 39/20 39/21 39/24
little [5]  10/14 18/20 28/16 38/4 38/4
lives [1]  11/23
LLP [3]  2/3 2/8 2/12
load [1]  38/4
logistical [1]  12/21
logistics [1]  12/10
long [3]  19/6 23/6 25/7
look [5]  10/22 12/13 22/3 30/2 41/4
looked [1]  21/10
looking [2]  12/14 29/19
lop [1]  7/16
lopped [1]  6/15
lot [16]  14/3 14/6 14/18 14/23 18/8 18/24 20/5 25/25 27/20 29/25 30/20 34/8 36/9 39/5 40/2 41/11

**M**

made [6]  6/4 11/10 15/19 16/7 16/9 21/16
major [2]  10/1 11/25
make [11]  11/3 20/16 20/21 23/5 24/9 24/16 26/10 26/15 26/16 36/1 37/11
maker [3]  25/13 25/14 25/19
makes [2]  21/22 38/3
making [1]  27/17
many [1]  27/4
matt.stanford [1]  2/15
matter [1]  42/4
Matthew [2]  2/11 4/9
max [1]  25/24
may [9]  14/18 14/18 16/10 16/15 31/20 33/12 33/12 36/13 36/25
maybe [9]  16/11 16/21 17/14 27/7 28/7 29/7 31/21 35/19 36/25
me [34]  5/9 5/20 7/7 7/9 7/12 8/24 10/25 13/14 16/24 17/3 17/15 18/1 18/5 19/24 20/22 20/24 22/17 23/9 23/10 24/11 24/12 26/8 28/6 28/25 29/14 30/9 31/4 31/12 32/20 34/13 38/9 38/12 40/12 40/13
mean [20]  7/15 9/24 9/24 11/2 13/6 14/21 16/17 17/10 17/14 19/4 20/8 20/23 22/5 24/4 27/25 35/14 40/4 40/12 40/17 41/4
meaningful [2]  40/23 41/1
meantime [2]  16/12 40/3
mechanical [1]  3/11
medical [1]  12/11
meet [1]  15/18
meeting [1]  41/8
meetings [1]  25/24
members [1]  12/22
mentioned [2]  22/15 38/13
Merit [1]  3/6
merits [8]  7/2 10/13 38/21 38/25 39/9 39/10 40/9 40/10
merry [1]  31/17
merry-go-round [1]  31/17
might [9]  13/15

**(continued)**

23/22 24/5 30/7 31/14 31/25 37/21 38/15 40/25
million [2]  11/18 12/1
millions [1]  37/4
mind [1]  17/10
mindful [1]  14/24
minute [1]  31/23
MIOT [2]  1/3 4/3
mission [1]  11/12
mob [1]  11/21
month [1]  33/11
months [8]  5/12 5/22 6/15 7/16 20/8 20/8 21/24 29/2
moot [7]  31/25 32/2 32/3 32/3 32/4 32/8 36/6
mooted [1]  38/15
more [6]  10/22 27/9 38/4 40/22 41/8 41/11
most [3]  11/16 15/2 38/11
motion [17]  7/10 7/11 14/16 14/21 14/21 15/17 22/18 22/19 23/2 23/8 24/2 25/25 26/5 29/9 33/15 38/15 39/16
move [9]  14/19 20/10 20/11 23/24 24/10 29/9 34/8 41/6 41/13
moving [1]  15/10
Mr. [2]  4/13 12/7
Mr. Pfaffenroth [1]  4/13
Mr. President [1]  12/7
Ms. [1]  4/18
Ms. Eckrote [1]  4/18
much [3]  19/20 38/6 40/18
Multinational [1]  11/11
must [2]  12/14 12/25
my [20]  4/21 4/23 4/23 5/1 5/8 7/24 9/24 10/4 10/5 10/6 13/11 15/7 23/18 26/12 26/12 27/4 33/12 33/15 33/17 37/19
myself [1]  18/10

**N**

national [9]  9/13 11/11 13/2 16/17 16/18 28/12 33/2 35/24 37/7
nature [7]  21/6 22/22 23/2 32/25 33/5 33/6 39/13
necessary [1]  35/24

**(continued)**

need [16]  15/9 16/12 20/16 20/21 26/7 26/8 27/20 29/4 30/12 31/21 36/21 37/3 37/6 37/24 38/16 40/8
needless [1]  18/9
needs [1]  14/22
new [14]  5/14 5/15 6/13 6/18 6/19 13/22 22/2 26/21 28/2 28/16 31/13 34/24 34/24 34/25
New York [7]  5/14 5/15 6/13 6/18 6/19 13/22 26/21
next [4]  12/25 17/10 31/21 33/15
no [20]  1/4 4/17 5/20 5/25 6/22 7/12 7/12 13/23 16/14 19/10 21/22 22/12 24/21 24/21 26/19 26/25 29/7 29/8 30/11 35/22
Nodding [1]  36/23
Noem [1]  8/16
normally [1]  27/1
not [85]
note [1]  12/25
Noted [1]  37/13
nothing [5]  5/21 6/25 13/25 19/23 40/11
notice [13]  8/21 9/1 9/12 10/21 16/3 27/1 28/2 28/11 28/17 29/6 34/24 34/25 35/5
now [28]  5/6 8/8 8/17 8/19 10/13 10/19 13/14 15/3 15/13 16/4 16/20 17/23 21/4 21/22 22/9 22/17 23/1 23/4 27/8 27/17 29/7 29/20 30/11 31/14 32/22 36/5 36/8 40/18
nutrition [1]  12/10
nutshell [1]  9/2
NW [3]  2/8 3/3 3/8

**O**

observation [1]  26/16
obviously [8]  5/7 9/19 10/12 10/24 14/8 15/8 22/3 33/25
October [2]  26/6 27/21
off [4]  6/15 7/16 17/17 39/18
offer [1]  14/6
office [4]  12/20 29/11 29/21 34/3

**O**

Official [1]  3/7
often [1]  37/20
Oh [2]  7/14 17/13
okay [24]  4/15 6/2
6/22 7/24 9/22 19/15
19/16 19/17 19/18
20/7 20/19 22/7
27/11 29/8 31/10
35/16 36/22 37/12
38/2 38/5 38/11 41/3
41/9 41/13
one [10]  10/5 11/16
13/6 15/18 24/12
33/20 35/23 37/8
37/8 38/8
ongoing [1]  32/19
only [3]  33/3 37/8
40/18
operations [1]  11/21
opportunity [2]
10/22 30/4
opposition [1]  25/25
ordained [1]  21/18
order [6]  13/22
13/23 21/11 23/11
24/24 28/6
ordered [1]  14/17
other [10]  13/4 15/5
21/20 24/12 26/2
27/4 27/14 35/21
35/22 37/25
our [22]  7/10 8/5
8/7 8/8 9/16 11/5
14/7 14/9 17/17
17/17 19/2 20/4
21/14 21/14 22/18
35/24 37/2 38/14
38/14 38/23 39/6
39/13
out [17]  5/5 8/16
13/22 15/19 17/21
19/19 20/14 21/13
23/17 24/15 26/12
30/9 30/14 37/17
38/15 39/14 41/6
outcome [1]  21/18
over [3]  11/18 16/19
19/13

**P**

p.m [2]  1/6 41/15
paid [1]  41/11
PAISNER [3]  2/3 2/8
2/12
Panama [1]  12/17
paper [1]  20/3
papers [1]  14/7
parallel [1]  13/2
part [1]  34/21
partial [4]  6/14
6/15 6/20 33/4
particularly [1]
14/14
parties [1]  4/5

pass [2]  24/4 26/7
passed [2]  4/19 4/24
past [2]  21/16 39/14
path [1]  12/23
peace [1]  12/23
peaceful [1]  11/23
pending [4]  19/24
39/20 39/21 40/20
people [6]  9/7 9/14
10/1 11/18 16/19
27/5
percent [2]  32/1
32/2
period [1]  6/16
person [2]  15/3 37/7
Peter [2]  3/2 4/11
Peter Pfaffenroth [1]
4/11
Pfaffenroth [4]  3/2
4/11 4/13 4/14
Phoenix [1]  2/14
phone [3]  25/23
37/24 37/25
PI [4]  15/14 22/10
22/15 22/15
Pipoly [2]  2/2 4/7
plaintiffs [16]  1/4
2/2 4/7 4/8 4/9 5/24
6/3 13/9 15/17 16/7
16/24 17/24 18/5
24/9 28/6 35/11
plaintiffs' [6]  4/6
15/8 21/6 28/11
28/13 34/21
plan [2]  18/20 28/1
plans [1]  27/25
played [1]  18/19
please [4]  4/5 4/21
5/1 36/24
plenty [1]  24/3
point [9]  8/10 9/6
16/6 28/9 30/23 38/9
38/10 38/16 38/23
police [3]  11/11
11/21 13/2
pop [1]  5/8
pose [1]  20/15
position [7]  10/13
13/16 16/25 22/1
36/1 37/2 41/2
possibility [1]  18/7
posted [2]  9/24
10/23
potentially [2]
10/10 24/5
practically [3]
18/12 18/14 19/17
practice [1]  21/16
pre [3]  16/16 21/18
33/11
pre-judged [1]  16/16
pre-ordained [1]
21/18
pre-termination [1]
33/11

precisely [2]  10/19
13/12
preliminary [5]  23/1
35/9 38/22 39/3
39/17
premised [1]  18/1
prepare [1]  18/6
prepared [2]  26/8
27/9
present [1]  16/21
preset [1]  6/16
President [3]  12/7
29/11 35/18
press [1]  8/20
pressing [1]  12/8
presumption [1]
19/22
pretext [3]  24/5
30/13 30/15
pretextual [2]  35/3
35/10
pretty [2]  4/24
37/11
Prettyman [1]  3/8
prevail [2]  22/23
40/25
previously [1]  27/5
prior [1]  31/3
probably [5]  14/1
15/2 32/2 34/4 38/9
problem [5]  15/7
15/7 15/8 28/20
37/17
problems [1]  10/1
procedure [2]  22/20
32/12
proceed [2]  15/20
17/22
proceedings [4]  1/9
3/11 41/15 42/4
process [12]  6/10
21/15 21/19 30/25
31/7 31/13 31/15
31/18 33/21 33/22
33/24 34/1
process-based [1]
30/25
produced [1]  3/11
productive [1]  27/9
program [3]  18/3
18/8 32/23
promise [1]  24/20
properly [1]  28/14
prosecution [1]  12/4
protection [2]  9/20
13/13
provide [1]  12/21
provisional [1]
22/22
purport [1]  6/17
purported [2]  8/16
35/6
purports [2]  8/11
35/2
pursue [2]  33/18

put [4]  10/18 25/10
26/4 28/6

**Q**

question [3]  7/24
31/17 38/19
quick [1]  37/24
quickly [5]  16/10
20/10 20/11 41/7
41/13
quite [5]  5/6 7/8
14/12 18/20 21/13

**R**

raised [1]  31/3
raising [1]  31/1
rational [1]  20/14
rationale [2]  9/16
34/25
re [5]  5/23 21/2
22/3 26/3 26/4
re-doing [2]  26/3
26/4
re-evaluate [1]  22/3
re-up [1]  21/2
re-upping [1]  5/23
reached [1]  7/1
read [3]  6/23 14/9
30/23
reading [1]  29/22
reaffirmed [1]  19/24
reality [2]  14/12
32/13
realize [1]  37/16
really [4]  10/23
14/5 39/6 40/23
Realtime [1]  3/7
reason [5]  8/25 8/25
21/11 30/12 37/15
reasons [3]  8/16
15/18 40/1
reassess [6]  23/14
25/18 27/25 28/23
28/24 33/23
reassessing [2]
23/21 27/14
recently [1]  12/1
recognized [1]  13/24
record [3]  4/6 24/7
42/3
recorded [1]  3/11
recruitment [2]
11/13 11/22
recurring [1]  11/22
redo [1]  33/23
Register [14]  8/22
8/25 9/1 16/3 28/2
28/11 29/8 31/16
34/11 34/24 34/25
35/5 36/2 36/5
Registered [1]  3/6
Registry [2]  35/13
35/15
reinforces [1]  13/21

**R**

release [1]  8/20
relevant [1]  33/3
relief [4]  22/19
38/22 39/4 39/17
remain [4]  9/4 9/14
11/24 12/3
remains [2]  11/8
12/7
remedy [3]  22/22
22/24 23/3
removal [1]  12/4
renewed [1]  15/13
repeatedly [1]  18/16
report [1]  17/4
reported [1]  11/15
Reporter [4]  3/6 3/6
3/7 3/7
representation [1]
25/18
representative [1]
11/6
required [2]  13/3
16/5
requires [1]  21/23
resolution [3]  7/1
12/18 40/21
resolve [2]  14/18
14/19
resourced [1]  13/1
resources [1]  31/25
respect [4]  16/25
21/10 30/22 35/15
responding [1]  12/22
response [4]  14/16
15/22 16/14 23/8
responsible [1]  15/6
responsive [1]  14/20
return [1]  35/7
reverse [2]  40/12
40/13
reverses [1]  19/20
revoke [3]  5/10 7/25
8/1
revoked [5]  5/21
7/17 7/18 7/20 18/3
revoking [1]  28/12
REYES [1]  1/10
rhetoric [1]  20/13
ridden [1]  35/24
right [55]
risk [1]  11/20
RMR [2]  42/2 42/8
rob [1]  11/23
room [2]  3/4 38/5
round [1]  31/17
row [1]  20/24
ruled [1]  6/20
ruling [7]  18/19
18/23 21/8 22/2
24/12 38/18 38/20
run [3]  7/3 17/16
23/6
running [2]  18/9
36/17

**S**

safe [1]  35/7
Saget [3]  21/12
30/24 35/4
said [19]  5/18 7/4
7/15 7/25 8/20 10/7
13/8 13/9 14/7 14/15
15/4 18/15 18/18
25/16 27/23 29/11
29/20 35/6 35/17
same [2]  31/1 40/22
save [1]  25/22
saw [2]  10/5 10/21
say [17]  4/13 13/11
19/2 20/9 20/16
20/20 20/25 21/20
25/6 27/24 28/1 28/5
30/11 31/14 35/19
36/9 40/8
saying [7]  22/6
28/13 28/22 31/5
31/11 33/21 34/2
says [9]  8/22 8/25
9/2 21/9 23/20 23/25
28/12 35/16 38/19
schedule [9]  7/11
14/17 17/24 23/18
25/10 26/5 26/12
34/16 39/15
second [6]  19/12
19/20 30/23 31/20
32/8 32/21
Second Circuit [4]
19/20 31/20 32/8
32/21
Secretary [2]  8/16
25/14
Secretary Noem [1]
8/16
secure [2]  13/1 13/6
security [9]  11/7
11/12 12/18 12/24
16/17 16/18 28/13
35/25 37/7
see [5]  10/4 10/5
14/8 35/14 39/22
seek [1]  22/24
seeking [1]  21/8
seems [1]  5/16
send [5]  10/9 13/7
28/6 35/20 37/3
sense [5]  4/25 15/19
24/16 26/10 26/15
separately [1]  17/20
September [3]  23/10
23/12 42/7
serious [1]  41/8
seriously [1]  36/10
services [1]  12/11
set [7]  7/10 8/16
22/24 22/24 23/15
23/17 37/16
set-aside [1]  22/24
sexual [1]  11/22
share [1]  12/15

sharing [1]  12/18
she [4]  14/15 14/16
14/22 38/4
she's [4]  4/25 4/25
14/23 15/6
shelter [1]  12/10
shoot [1]  37/18
short [4]  17/11
17/11 23/24 40/5
shortages [1]  37/6
should [4]  23/18
27/11 30/18 36/9
sic [1]  18/17
sick [2]  38/9 38/11
simply [1]  28/18
sincerely [1]  32/20
single [1]  37/7
sitting [1]  19/6
situation [6]  10/15
18/15 24/11 33/10
33/19 39/2
six [7]  5/11 6/15
7/16 20/7 21/24 29/2
33/11
six-month [1]  33/11
so [49]
so I think [1]  14/13
So if [1]  15/22
So please [1]  5/1
Solicitor [2]  26/23
31/22
some [1]  14/22
somebody [1]  25/16
somehow [1]  16/21
someone [1]  5/8
something [5]  14/9
21/6 22/16 27/23
32/23
sometime [1]  26/6
soon [1]  37/23
sorry [6]  4/13 4/16
7/14 21/5 26/11 39/3
sort [7]  10/2 10/9
11/3 13/21 16/24
23/23 38/3
sought [1]  38/22
speak [1]  10/23
speaking [1]  11/6
speech [2]  8/25
10/21
speedy [1]  36/5
spend [2]  29/5 37/4
spending [1]  31/24
spot [1]  10/18
staffing [3]  15/5
15/6 15/7
Stanford [2]  2/11
4/9
start [1]  27/16
State [3]  12/14
29/19 29/25
stated [1]  8/6
statement [2]  6/4
14/8
STATES [8]  1/1 1/10

9/7 9/7 9/13 9/15
11/8 12/5
status [13]  1/9 5/11
5/23 6/5 6/17 7/17
7/18 7/20 9/7 21/1
23/11 23/16 23/24
statute [6]  5/17
5/19 9/25 16/5 21/21
21/23
statutory [2]  6/21
22/22
stay [6]  9/7 14/16
16/10 16/13 23/7
40/8
stays [1]  40/10
stenography [1]  3/11
step [2]  6/10 16/23
stick [3]  27/19
33/22 34/1
sticking [2]  23/13
31/15
still [5]  7/16 24/1
24/3 30/18 35/2
stop [4]  10/16 20/13
28/12 31/10
straight [1]  40/10
Street [3]  2/3 2/8
3/3
struggling [1]  28/15
stuff [1]  38/2
styled [2]  6/14
22/15
subject [1]  37/5
subsidiary [1]  8/9
substantive [1]  31/2
substantively [1]
21/9
success [1]  40/9
such [1]  16/7
suggest [1]  26/22
suggested [1]  15/17
Suite [2]  2/4 2/13
supplanted [1]  29/6
support [4]  11/12
12/10 12/20 12/21
supposed [2]  10/16
28/4
Suppression [1]
12/20
sure [14]  5/2 5/6
7/8 11/3 14/9 14/10
20/1 24/4 24/6 32/24
34/6 36/13 36/15
37/12
suspend [1]  6/5
suspended [2]  16/8
18/3
sympathetic [2]  15/2
15/9
sympathies [2]  4/22
5/1

**T**

take [7]  24/14 24/19
30/6 30/8 32/20 34/9

**T**

**take... [1]** 36/2
**taking [3]** 13/16
22/1 34/4
**talk [3]** 27/12 32/13
37/25
**talking [1]** 32/12
**Tauber [2]** 2/7 4/8
**tell [13]** 5/9 20/23
26/8 26/24 27/16
30/7 30/9 30/16
34/23 36/3 36/22
40/7 40/14
**telling [4]** 21/4
27/13 29/14 34/15
**temporary [8]** 5/11
5/23 6/5 9/6 9/25
10/16 13/13 20/25
**terminate [3]** 6/17
8/6 13/17
**terminating [3]** 8/17
28/2 35/1
**termination [9]** 7/23
8/9 8/21 8/23 9/12
21/21 28/17 33/3
33/11
**terms [1]** 14/20
**territorial [1]** 11/9
**territory [1]** 13/1
**terrorist [2]** 12/13
29/23
**than [5]** 17/20 26/3
27/14 33/6 41/8
**Thank [3]** 38/6 38/7
41/10
**Thank you very much
[1]** 38/6
**that [218]**
**that's [24]** 5/16 6/8
8/20 8/21 9/3 14/23
15/14 16/14 16/15
17/20 18/10 21/9
21/11 21/25 23/11
24/1 27/6 28/4 29/16
32/24 33/16 37/10
38/11 39/6
**their [9]** 9/8 10/1
14/11 17/24 17/25
19/24 21/1 32/21
36/17
**them [6]** 11/19 14/19
30/8 35/21 36/12
36/16
**themselves [1]** 4/5
**then [30]** 5/13 6/3
6/24 10/4 17/21 22/2
22/14 23/15 23/21
24/3 24/14 25/9
25/14 26/4 26/7
26/22 29/1 29/2 29/9
30/12 34/12 35/12
36/2 36/6 36/22
39/23 40/10 40/11
41/6 41/6
**there [8]** 5/9 5/13

6/23 10/16 30/14
34/22 37/5 39/25
**there's [21]** 6/10
10/7 10/8 13/23
13/25 14/12 16/17
19/10 19/20 21/22
22/9 29/25 30/20
32/1 32/2 32/25
35/11 37/17 37/21
40/11 40/18
**therefore [2]** 9/18
21/11
**these [10]** 6/5 10/16
13/16 13/19 16/25
24/13 30/19 35/20
39/14 39/17
**they [48]**
**they're [22]** 18/16
18/23 19/4 19/11
27/7 30/6 30/7 30/14
30/19 31/20 32/15
32/22 32/22 33/13
34/1 34/9 34/23
35/23 36/10 40/7
40/12 40/13
**they've [3]** 19/5
34/2 36/15
**thing [4]** 9/24 17/21
21/20 25/11
**things [8]** 6/6 8/18
9/2 9/8 17/18 37/3
38/24 39/18
**think [33]** 5/11 5/22
10/2 13/7 13/21
14/13 15/16 15/24
16/1 16/13 16/19
16/23 17/2 19/17
20/23 21/12 22/6
22/6 23/5 26/9 27/17
30/12 30/20 31/2
31/4 32/1 32/2 32/6
32/9 33/25 39/8 40/8
40/23
**thinking [1]** 31/20
**thinks [1]** 37/2
**this [48]**
**thoroughly [1]** 37/12
**those [5]** 5/11 22/25
29/25 33/5 38/23
**though [1]** 37/8
**thought [3]** 10/14
39/3 39/16
**threat [1]** 12/13
**threaten [1]** 11/10
**three [1]** 30/8
**through [5]** 14/2
19/17 25/15 28/7
32/19
**till [3]** 23/10 27/12
34/9
**time [23]** 7/3 14/13
14/14 14/22 20/5
23/15 23/17 23/19
24/3 25/7 25/22
26/11 26/13 27/15

26/25 29/19 29/21
29/20 31/25 34/13
36/7 36/17 38/1
**timeline [1]** 15/16
**timing [1]** 8/10
**titled [1]** 42/4
**today [4]** 7/13 12/17
15/17 20/3
**together [2]** 31/17
38/1
**told [1]** 28/25
**tomorrow [2]** 19/10
30/8
**ton [2]** 25/22 30/12
**too [1]** 31/22
**topple [1]** 12/14
**totally [3]** 10/10
16/15 26/12
**towards [1]** 12/23
**town [1]** 23/18
**TPS [15]** 6/11 6/14
7/23 8/6 8/17 9/14
18/17 18/17 21/12
21/15 21/19 21/23
35/1 37/9 39/1
**TPS ends [1]** 18/17
**traditional [1]**
21/19
**trafficking [1]** 13/4
**transcript [3]** 1/9
3/11 42/3
**transcription [1]**
3/11
**travel [2]** 29/19
29/22
**trial [1]** 35/9
**TRO [3]** 15/14 22/9
22/15
**TRO-PI [1]** 22/15
**troops [3]** 10/9
12/21 37/4
**true [3]** 29/16 30/11
32/14
**TRUMP [4]** 1/6 4/4
29/21 34/3
**try [3]** 4/16 28/25
33/23
**trying [8]** 10/18
18/10 18/12 20/12
20/14 32/13 33/7
39/14
**turns [1]** 19/19
**twist [1]** 24/20
**twisting [1]** 24/23
**two [4]** 2/13 6/10
32/25 38/23
**two-step [1]** 6/10

**U**

**U.N [10]** 10/6 10/7
11/4 11/6 12/18
12/20 13/10 29/14
35/17 37/2
**U.S [8]** 10/6 10/9
11/5 11/6 12/1 12/17

13/9 16/7 17/7
**U.S. [3]** 4/10 12/9
35/17
**U.S. ambassador [1]**
35/17
**U.S.-grown [1]** 12/9
**U.S.C [1]** 22/20
**ultimately [2]** 8/15
22/23
**ultra [1]** 6/20
**unclear [1]** 37/8
**under [7]** 21/14
21/14 21/20 22/19
22/24 24/6 30/25
**underlying [1]** 17/19
**undermine [1]** 11/10
**understand [18]** 5/6
7/8 17/20 17/23
17/25 24/5 24/25
26/25 32/16 33/10
34/20 36/18 38/13
39/8 40/16 40/24
41/1 41/5
**understanding [4]**
5/8 9/24 13/11 16/9
**undertake [1]** 16/4
**undertaken [1]** 6/11
**unexpectedly [2]**
4/23 4/24
**unfortunately [2]**
4/20 14/2
**unhappy [1]** 23/5
**UNITED [8]** 1/1 1/10
9/4 9/7 9/13 9/15
11/8 12/5
**United States [3]**
9/7 9/13 11/8
**universe [1]** 19/11
**unlawful [1]** 8/6
**unless [2]** 13/25
38/25
**unmitigated [1]**
10/11
**unrest [1]** 29/23
**until [10]** 8/1 13/24
16/9 16/10 26/13
30/9 30/10 31/23
32/16 36/21
**up [5]** 16/10 21/2
36/2 37/15 37/23
**update [1]** 23/12
**upon [1]** 28/10
**upping [1]** 5/23
**urge [1]** 12/21
**urgency [1]** 38/24
**urgent [1]** 15/17
**us [10]** 12/22 18/6
23/15 25/10 26/4
30/9 34/8 36/22
37/25 39/14
**USAO [1]** 3/2

**V**

**vacatur [4]** 6/14
6/15 6/20 33/4

**V**

**valid [1]**  33/11
**vehemently [1]**  18/18
**versus [2]**  4/3 25/24
**very [13]**  4/20 6/8
 9/2 14/24 20/10
 20/11 20/24 27/5
 37/12 38/6 38/23
 41/6 41/6
**VIA [1]**  1/9
**video [2]**  23/16
 23/23
**view [3]**  36/13 36/14
 38/23
**violate [2]**  21/18
 35/3
**violates [1]**  9/18
**violations [1]**  11/16
**violence [8]**  11/9
 11/15 11/18 11/23
 11/24 12/5 12/19
 37/6
**vires [1]**  6/20
**visa [4]**  9/7 9/25
 21/1 37/9
**visas [9]**  6/5 10/17
 13/13 15/13 16/8
 17/1 18/2 28/12
 30/19
**vs [1]**  1/5

**W**

**wait [5]**  19/1 31/23
 32/16 36/21 40/8
**want [42]**  5/5 5/7
 7/12 11/2 15/11
 15/12 15/15 15/24
 17/16 17/21 17/21
 17/24 20/22 23/8
 23/11 23/12 23/15
 23/16 23/22 23/23
 24/10 24/14 24/24
 25/12 25/15 25/18
 28/9 28/9 29/5 30/6
 31/24 32/4 32/19
 32/20 33/14 34/6
 36/4 36/16 37/17
 37/18 38/1 39/9
**wanted [1]**  15/18
**wanting [1]**  13/7
**wants [1]**  36/1
**war [1]**  10/11
**was [41]**  5/9 5/10
 5/11 5/13 5/19 5/22
 6/5 6/12 6/13 6/17
 6/20 6/25 7/22 7/22
 7/24 8/18 9/11 10/2
 10/15 11/5 11/5
 11/15 15/18 19/8
 21/16 21/17 21/17
 33/4 33/11 34/4
 34/11 35/5 35/8 35/9
 35/17 37/9 39/4
 39/13 39/17 41/7
 41/11

**Washington [4]**  1/15
 2/9 3/4 3/9
**wasn't [1]**  22/14
**wasted [1]**  36/6
**wasting [2]**  36/17
 38/1
**water [1]**  12/11
**way [8]**  20/14 24/12
 30/17 31/12 31/13
 34/19 38/18 38/20
**we [66]**
**we will [4]**  34/16
 36/2 38/18 38/20
**we'll [8]**  14/9 14/10
 29/9 34/16 34/17
 37/25 38/16 41/6
**we're [32]**  7/16 7/25
 8/17 15/13 16/15
 18/14 20/15 22/7
 22/8 24/1 24/11 25/9
 25/16 25/16 25/17
 26/4 27/14 27/18
 27/18 30/2 31/1
 31/15 31/16 31/24
 34/10 34/12 34/12
 35/12 35/20 36/21
 39/1 40/25
**we've [9]**  8/6 14/6
 14/22 27/19 29/17
 31/14 33/22 36/6
 38/22
**week [10]**  15/23 17/2
 17/3 17/5 17/10
 17/11 17/11 27/2
 27/8 27/10
**weekend [1]**  41/14
**weigh [1]**  31/22
**weighed [2]**  25/13
 25/15
**well [22]**  10/25
 16/10 17/7 18/10
 18/14 19/1 19/10
 19/16 19/16 21/3
 21/13 22/5 26/22
 28/15 29/8 29/25
 32/6 36/13 36/25
 39/25 40/4 40/6
**went [2]**  10/6 16/1
**were [4]**  5/24 6/3
 8/13 39/18
**what [77]**
**what's [4]**  5/6 5/16
 9/23 26/19
**whatever [4]**  20/22
 23/21 32/22 37/15
**whatnot [3]**  10/3
 16/20 37/10
**when [11]**  5/22 6/4
 9/7 11/2 19/6 20/17
 27/24 35/8 35/8
 38/13 38/19
**where [5]**  5/5 5/9
 20/15 30/21 37/21
**whether [19]**  6/6
 13/15 13/19 18/20

**while [12]**  5/21 16/18
 21/17 23/12 23/13
 27/25 28/1 28/10
 31/12 31/17 32/3
 32/4 33/10 40/20
**which [28]**  5/22 6/15
 8/9 10/15 16/2 16/15
 18/15 19/11 19/23
 21/15 21/18 22/20
 22/25 24/11 27/2
 28/13 30/24 31/1
 31/16 32/20 33/19
 33/19 34/22 35/3
 38/16 39/1 39/17
 41/5
**who [3]**  10/1 12/5
 35/17
**who've [1]**  16/19
**whoever's [1]**  25/19
**whose [1]**  4/18
**why [5]**  9/3 13/21
 26/8 39/23 41/5
**will [16]**  4/16 4/21
 13/16 16/6 24/11
 26/4 27/12 30/7
 34/16 34/18 36/2
 37/11 37/19 37/22
 38/18 38/20
**William [3]**  3/6 42/2
 42/8
**willing [1]**  18/22
**within [3]**  15/22
 17/3 37/22
**without [3]**  16/20
 18/8 24/12
**won't [4]**  7/4 26/13
 30/8 33/13
**words [1]**  13/9
**work [1]**  19/22
**workable [1]**  37/17
**worries [1]**  4/17
**would [30]**  4/5 5/21
 6/10 13/7 13/7 15/22
 15/24 16/1 17/3 18/5
 18/23 19/12 20/2
 21/11 21/18 21/20
 22/23 22/24 27/1
 27/2 27/16 28/17
 28/18 29/12 30/23
 32/8 33/14 34/4
 38/19 41/6
**wouldn't [1]**  19/2
**writ [1]**  33/18
**writes [1]**  35/15
**writing [2]**  37/18
 38/1
**wrong [4]**  5/9 18/1
 21/10 30/5

**Y**

**yeah [2]**  14/4 40/4
**yes [18]**  4/20 5/25
 6/1 7/21 9/9 26/3
 26/18 28/4 29/16
 31/8 31/9 31/16

 34/20 34/21 35/12
 36/20 39/11 40/6
**yesterday [2]**  10/4
 10/7
**yet [7]**  7/3 13/15
 23/17 25/9 25/18
 31/19 32/3
**York [7]**  5/14 5/15
 6/13 6/18 6/19 13/22
 26/21
**you [118]**
**you know [10]**  14/15
 15/5 16/17 16/18
 19/20 25/10 27/16
 29/15 34/25 40/18
**you're [13]**  7/8
 16/16 24/6 25/6 26/9
 27/3 27/16 27/17
 27/24 28/1 31/4
 31/12 38/9
**you've [3]**  14/17
 15/4 28/25
**younger [1]**  4/23
**your [55]**
**Your Honor [35]**  4/2
 5/3 6/1 6/9 7/19 9/2
 9/9 10/20 13/20 14/7
 14/25 18/14 20/2
 20/18 21/7 22/12
 22/23 24/18 26/17
 27/22 28/16 29/10
 29/16 29/17 30/22
 31/8 32/8 34/20 38/6
 38/8 39/5 39/19 40/1
 40/16 40/24
**Your Honor's [1]**
 31/2
**yourselves [1]**  24/15

**Z**

**Zaremba [3]**  3/6 42/2
 42/8
**zone [1]**  10/11
**zone/humanitarian [1]**
 10/11
**ZOOM [1]**  1/9