IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRITZ EMMANUEL LESLY MIOT; RUDOLPH CIVIL; MARLENE GAIL NOBEL; MARCIA MERLINE LAGUERRE; and VILBRUN DORSAINVIL,<br><br>   *Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America; UNITED STATES OF AMERICA; THE DEPARTMENT OF HOMELAND SECURITY; and KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>   *Defendants*. | Case No. 1:25-cv-02471<br>Hon. Ana C. Reyes |

## Amicus Brief of 91 Members of Congress
## In Support of Plaintiffs' Motion for a Stay Under 5 U.S.C. § 705

Justin A. Redd (Bar #1027922)
**KRAMON & GRAHAM**
750 East Pratt Street, Suite 1100
Baltimore, MD 21202-3155
410-347-7432
jredd@kg-law.com

Stephen J. van Stempvoort*
Amanda L. Rauh-Bieri*
Amy E. Murphy*
D. Andrew Portinga*
**MILLER JOHNSON**
45 Ottawa Avenue SW, Suite 1100
Grand Rapids, MI 49503
616.831.1700
vanstempvoorts@millerjohnson.com

*Counsel for Amici Curiae*

**Motion for pro hac vice pending*

Table of Contents

Page

Table of Authorities ................................................................................... ii

Interest of Amici Curiae .............................................................................. 1

Introduction ................................................................................................. 2

Argument ...................................................................................................... 3

I.     Congress intended TPS to protect those who cannot safely return
       to their native country. ....................................................................... 3

II.    Many members of Congress and other elected officials oppose the
       termination of Haiti TPS. .................................................................... 5

III.   The termination of Haiti TPS will deprive communities of the
       valuable economic and communal benefits that TPS holders bring
       to this country. .................................................................................... 8

       A.     Haitian TPS holders foster economic growth in the
              communities where they live and work. .................................. 8

       B.     Haitian TPS holders are far less likely than native-born
              Americans to violate the law. ................................................ 14

       C.     Termination of Haiti TPS would harm not only individual
              TPS holders but also their communities. .............................. 15

Conclusion .................................................................................................. 17

Appendix: List of Amici Curiae ................................................................ 19

Table of Authorities

Page(s)

**Cases**

*Cabrera v. U.S. Dep't of Labor*,
    __ F. Supp. 3d __, No. 25-CV-1909 (DLF), 2025 WL 2092026 (D.D.C.
    July 25, 2025) ............................................................................................. 3

*Haitian Evangelical Clergy Ass'n v. Trump*,
    ___ F. Supp. 3d ___, No. 25-CV-1464 (BMC), 2025 WL 1808743
    (E.D.N.Y. July 1, 2025) .............................................................................. 4

*Pennsylvania v. DeVos*,
    480 F. Supp. 3d 47 (D.D.C. 2020) .............................................................. 3

*Widakuswara v. Lake*,
    779 F. Supp. 3d 10 (D.D.C. 2025) .............................................................. 3

**Statutes**

5 U.S.C. § 705 ............................................................................................ 1, 3, 17

8 U.S.C. § 1158(b)(2)(A) ................................................................................. 15

8 U.S.C. § 1254a ......................................................................................... 4, 15

**Other Authorities**

Aho, Karen, *Spotlight on the Economic Contributions of TPS Holders*,
    American Immigration Council (Oct. 23, 2023),
    https://www.americanimmigrationcouncil.org/blog/economic-
    contributions-tps-holders/ ...................................................................... 9, 10

*'An unending horror story': Gangs and human rights abuses expand in
    Haiti*, UN News (Jul. 11, 2025),
    https://news.un.org/en/story/2025/07/1165373 ........................................... 4

Brookland, Jennifer, *How Mount Olive Welcomed Newcomers and
    Created Community*, Our State (Mar. 20, 2020),
    https://www.ourstate.com/mount-olive-welcomed-haitian-
    immigrants-created-community/ ............................................................ 13, 14

Table of Authorities
(continued)

Page(s)

Cherfilus-McCormick, Congresswoman Sheila, Press Release,
    Congresswoman Cherfilus-McCormick Statement Condemning
    Decision to End Temporary Protected Status for Haiti (June 27,
    2025), https://cherfilus-mccormick.house.gov/media/press-
    releases/congresswoman-cherfilus-mccormick-statement-
    condemning-decision-end-temporary.......................................................... 6

Cherfilus-McCormick, Congresswoman Sheila *et al.*, Letter to
    President Trump and Secretary Noem (Mar. 6, 2025),
    https://cherfilus-mccormick.house.gov/sites/evo-subsites/cherfilus-
    mccormick.house.gov/files/evo-media-document/final-haiti-tps-
    letter-to-president-trump-and-secretary-noem.pdf................................... 6

*Children in Haiti in danger and out of school because of armed
    violence*, Plan International (Mar. 20, 2025), https://plan-
    international.org/news/2025/03/20/children-in-haiti-in-danger-and-
    out-of-school-because-of-armed-violence/ ............................................. 16

Clarke, Congresswoman Yvette D., Press Release, Clarke, Haiti
    Caucus Co-Chairs Condemn Trump for Ending TPS for Haiti (Feb.
    21, 2025), https://clarke.house.gov/clarke-haiti-caucus-co-chairs-
    condemn-trump-for-ending-tps-for-haiti/ ................................................ 6

*The Contributions of Temporary Protected Status Holders to the U.S.
    Economy*, American Immigration Council (Sept. 2023),
    https://www.americanimmigrationcouncil.org/wp-
    content/uploads/2025/01/contributionstemporaryprotectedstatus_09
    23.pdf ................................................................................. 9, 10, 11, 14

*DHS Terminates Haiti TPS, Encourages Haitians to Obtain Lawful
    Status*, U.S. Department of Homeland Security (Jun. 27, 2025),
    https://www.dhs.gov/news/2025/06/27/dhs-terminates-haiti-tps-
    encourages-haitians-obtain-lawful-status............................................... 5

Dickinson, Daniel, *Haiti 'awash' with guns leaving population
    'absolutely terrified'*, UN News (Apr. 17, 2025),
    https://news.un.org/en/interview/2025/04/1162396................................. 5

*Fact Sheet: Termination of Temporary Protected Status for Haiti*,
    Immigration Forum (Jul. 17, 2025),
    https://immigrationforum.org/article/fact-sheet-termination-of-
    temporary-protected-status-for-haiti/.................................................. 4, 11

Table of Authorities
(continued)

Page(s)

Francis, Laura D., *Daily Labor Report: Ending Haitians' Protected
    Status Could Cost U.S. $280M*, The Bureau of National Affairs, Inc.
    (May. 16, 2017),
    https://www.ilrc.org/sites/default/files/resources/pd.pdf ..................................... 11

Garsd, Jasmine, *The stereotype of immigrants eating dogs and cats is
    storied—and vitriolic as ever*, NPR (Sept. 11, 2024),
    https://www.npr.org/2024/09/11/nx-s1-5108401/donald-trump-
    debate-eating-dogs-cats-immigrants-false-stereotype ........................................ 13

Gillen, Congresswoman Laura, Press Release, Gillen Introduces
    Bipartisan Legislation to Extend Temporary Protected Status for
    Haitians (Mar. 3, 2025), https://gillen.house.gov/media/press-
    releases/gillen-introduces-bipartisan-legislation -extend-temporary-
    protected-status ................................................................................................ 7

*Haiti Travel Advisory*, U.S. Department of State (Jul. 15, 2025),
    https://travel.state.gov/content/travel/en/traveladvisories/traveladvi
    sories/haiti-travel-advisory.html ........................................................................ 4

*Immigrants in Florida*, American Immigration Council,
    https://map.americanimmigrationcouncil.org/locations/florida/ ........................ 12

Jolicoeur, Lynn, *South Shore nonprofit that serves adults with
    disabilities fears losing Haitian workers*, WBUR (Aug. 15, 2025),
    https://www.wbur.org/news/2025/08/15/haiti-immigrant-
    massachusetts-workers-aides ............................................................................ 12

Jordan, Miriam, *An Ohio City Faces a Future Without Haitian
    Workers: 'It's Not Going to Be Good'*, New York Times (Aug. 18,
    2025), https://www.nytimes.com/2025/08/18/us/springfield-ohio-
    haitian-immigrants-trump.html ......................................................................... 13

Jordan, Miriam, *Why Thousands of Haitians Have Settled in
    Springfield, Ohio*, New York Times (Sept. 14, 2024),
    https://www.nytimes.com/2024/09/14/us/haitian-migrants-
    springfield-ohio.html ......................................................................................... 13

Table of Authorities
(continued)

Page(s)

King, Danae, *'Death sentence': Haitian migrants in Ohio must leave as Trump axes TPS protections*, Columbus Dispatch (Jul. 3, 2025), https://www.dispatch.com/ story/news/2025/07/02/columbus-springfield-haitians-end-of-temporary-protected-status-tps-a-death-sentence-donald-trump/84415492007/ ..................................................................... 8

Knudsen, Colleen, *Report: LeadingAge Releases the Immigration Imperative*, LeadingAge (Sept. 11, 2024), https://leadingage.org/report-leadingage-releases-the-immigration-imperative/ ................................................................................................ 12

Lawler, Congressman Mike (@RepMikeLawler), X (Jul. 12, 2025, at 15:47 ET), https://x.com/RepMikeLawler/status/1944121452900368452 ............................... 7

Lawler, Congressman Mike (repmikelawler), Image posted on Instagram (Feb. 20, 2025), https://www.instagram.com/p/DGT-JB1JIbM/?igsh=NXRvbzJoanBxd213& ................................................................ 7

Markey, Senator Ed, Press Release, Markey and Warnock Demand Answers From Secretaries Rubio and Noem on Contradictory U.S. Foreign and Immigration Policies Toward Haiti and Potential Illegal Arms Exports to Port-au-Prince (Jul. 24, 2025), https://www.markey.senate.gov/news/press-releases/markey-and-warnock-demand-answers-from-secretaries-rubio-and-noem-on-contradictory-us-foreign-and-immigration-policies-toward-haiti-and-potential-illegal-arms-exports-to-port-au-prince ............................................. 6

Martinez, Eddy, *CT's Haitian community anxious over status of TPS program*, Connecticut Public Radio (Jul. 2, 2025), https://www.ctpublic.org/news/2025-07-02/haitians-ct-tps-haiti-deportation-trump ........................................................................................... 16

Melhorn, Stephanie Ferguson, *Understanding America's Labor Shortage: The Most Impacted Industries*, U.S. Chamber of Commerce (Nov. 21, 2023), https://www.uschamber.com/workforce/understanding-americas-labor-shortage-the-most-impacted-industries ........................................... 9

Nowrasteh, Alex, *Haitian Immigrants Have a Low Incarceration Rate*, Cato Institute (Jul. 7, 2025), https://www.cato.org/blog/haitian-immigrants-have-low-incarceration-rate .......................................................... 15

Table of Authorities
(continued)

Page(s)

Pellicer, Laura and Frank Stasio, *Haitian Immigrants Who Helped Lift an NC Town Face Deportation*, WUNC (Nov. 27. 2018), https://www.wunc.org/politics/2018-11-27/haitian-immigrants-who-helped-lift-an-nc-town-face-deportation ............................................................... 13

Presidential Statement on Signing the Immigration Act of 1990 (Nov. 29, 1990) ...................................................................................................................... 3

Pressley, Congresswoman Ayanna, Press Release, Pressley, Clarke, Van Hollen Lead Letter to the Administration Demanding Reinstatement of TPS for Haiti (Mar. 18, 2025), https://pressley.house.gov/2025/03/18/pressley-clarke-van-hollen-lead-letter-to-the-administration-demanding-reinstatement-of-tps-for-haiti/ ...................................................................................................... 6

Pressley, Congresswoman Ayanna, Press Release, Pressley Condemns Trump's Cruel Termination of TPS for Haitians (Jun. 28, 2025), https://pressley.house.gov/2025/06/28/pressley-condemns-trumps-cruel-termination-of-tps-for-haitians/ ....................................................................... 6

Rahman, Billal, *Springfield's Republican Mayor Calls Out Trump's Immigration Move*, Newsweek (Feb. 24, 2025), https://www.newsweek.com/rob-rue-springfield-trump-immigration-policy-hatian-tps-2035146 ................................................................................ 7, 8

Reichlin-Melnick, Aaron, *Temporary Protected Status: What's Up With That?*, American Immigration Council (Oct. 29, 2024), https://www.americanimmigrationcouncil.org/blog/temporary-protected-status-whats-up-with-that/ ....................................................... 15

Riddle, Jennifer, *Re-Registering for TPS and Maintaining Employment Authorization*, Catholic Legal Immigration Network, Inc. (Feb. 15, 2018), https://www.cliniclegal.org/resources/humanitarian-relief/re-registering-tps-and-maintaining-employment-authorization ............................ 15

Rios, Simón, *As legal status is set to end for many Haitians, Mass. health care sector braces for staffing shortages*, WBUR (Aug. 7, 2025), https://www.wbur.org/news/ 2025/08/07/haitians-tps-massachusetts-trump-health-care ............................................................... 12

Table of Authorities
(continued)

Page(s)

Rosalsky, Greg, *Why aren't Americans filling the manufacturing jobs we already have?*, NPR Planet Money (May 13, 2025), https://www.npr.org/sections/planet-money/2025/05/13/g-s1-66112/why-arent-americans-filling-the-manufacturing-jobs-we-already-have ........................................................................................... 9

Royer, Jack and Kevin Boulandier, *7News/Suffolk poll: Majority of Miami residents oppose recent ICE raids, termination of TPS for Haitians but are split on the economy*, 7News Miami (Jul. 14, 2025), https://wsvn.com/news/politics/7news-suffolk-poll-majority-of-miami-residents-oppose-recent-ice-raids-termination-of-tps-for-haitians-but-are-split-on-the-economy/ ................................. 5

Svajlenka, Nicole, *TPS Holders Are Integral Members of the U.S. Economy and Society*, Center for American Progress (Oct. 20, 2017), https://www.americanprogress.org/article/tps-holders-are-integral-members-of-the-u-s-economy-and-society/ ............................................ 16

Sweigart, Josh *et al.*, *The true story about why and how Haitian immigrants came to Springfield*, Springfield News-Sun (Sept. 20, 2024), https://www.springfieldnewssun.com/news/the-true-story-about-why-and-how-haitian-immigrants-came-to-springfield/VOJOZYVU6REMZOFXZOEQQ5RNNU/ .......................................... 13

*Temporary Protected Status protects families while also boosting the U.S. economy* (Mar. 21, 2025), https://www.fwd.us/news/temporary-protected-status-report-2025/ .................................................... 9, 11, 16

Temporary Protected Status, U.S. Citizen and Immigration Services, https://www.uscis.gov/humanitarian/temporary-protected-status ...................... 15

*'Temporary' Status But Long-Term US Lives*, Human Rights Watch (Apr. 4, 2018), https://www.hrw.org/news/2018/04/04/temporary-status-long-term-us-lives ....................................................... 16

Termination of the Designation of Haiti for Temporary Protected Status, 90 Fed. Reg. 28760 (Jul. 1, 2025) ......................................... 5, 11

*U.S. Citizen Children Impacted by Immigration Enforcement*, American Immigration Council (Jun. 24, 2021), https://www.americanimmigrationcouncil.org/ fact-sheet/us-citizen-children-impacted-immigration-enforcement/ ...................................... 17

Table of Authorities
(continued)

Page(s)

Vigon, Mercedes, *Florida faces heavy economic impacts if TPS is rolled
        back*, WLRN Public Media (Apr. 8, 2025),
        https://www.wlrn.org/immigration/2025-04-08/tps-roll-back-
        economic-impact-florida ................................................................................ 11, 12

Wilson, Congresswoman Frederica, Press Release, Congresswoman
        Frederica Wilson Statement on the Termination of TPS for
        Haitians (Jun. 27, 2025), https://wilson.house.gov/media/press-
        releases/congresswoman-frederica-wilson-statement-on-the-
        termination-of-tps-for-haitians ................................................................................ 6

## Interest of Amici Curiae[1]

Proposed *amici* are 91 members of the United States Senate and House of Representatives, whose full names and titles appear in the Appendix. *Amici* include senators and congresspeople in whose states and districts Haitian TPS holders live and work. The communities that *amici* represent have been significantly strengthened by the many economic, cultural, and communal benefits that Haitian TPS holders bring to our nation. As legislators and representatives of states and districts across the country, *amici* have a compelling interest in articulating the immense public interest served by the presence of Haitian TPS holders in our communities and in preserving those communities' continued access to the benefits that Haiti TPS designation provides. *Amici* urge the Court to grant the plaintiffs' motion for a stay under 5 U.S.C. § 705.

---

[1] No party or party's counsel authored this brief in whole or in part, and no person other than amicus and its counsel contributed money intended to fund preparing or submitting this brief.

## Introduction

When Congress enacted the Temporary Protected Status (TPS) statute in 1990, it enshrined into law a system that embodies the best aspects of the American promise. Not only does TPS promote basic human rights by providing respite to those whose countries are in crisis, but it also allows the United States to reap immeasurable benefits from those it has offered safe harbor. Since its enactment, TPS has delivered on these dual goals. It has provided essential humanitarian relief to hundreds of thousands of displaced people from countries around the world who cannot return home safely. And TPS holders, in turn, have benefitted communities across our nation in countless unique and irreplaceable ways.

TPS holders from Haiti are no exception. The Executive Branch's decision to terminate Haiti TPS is not lawful. After all, the Trump Administration attempts to justify the termination by relying on Haiti's abject current state—the very condition for which TPS was designed to provide relief. But the proposed termination is short-sighted, as well. Haitian TPS holders' collective economic contribution to the United States is approximately $3.4 billion dollars each year. TPS recipients are deeply rooted in our communities—they are parents and family members to American children, friends and neighbors, colleagues and caregivers, entrepreneurs and business owners. If the termination of Haiti TPS proceeds as planned, it will not only be a betrayal of the American promise; it will be a blow to American interests.

As federal legislators from states and districts in which thousands of Haitian TPS holders live and work, *amici* have a front-row seat to the many benefits that Haiti TPS confers upon this nation. The public interest strongly favors a stay of the

2

Administration's termination of the Haiti TPS designation. The Court should grant the plaintiffs' motion.

## Argument

The preliminary injunction factors, including "where the public interest lies," govern the issuance of a stay under Section 705 of the APA. *Pennsylvania v. DeVos*, 480 F. Supp. 3d 47, 58 (D.D.C. 2020) (citation omitted). The Trump Administration's termination of Haiti TPS will impose wide-ranging harms on Haitian TPS recipients, their U.S.-born families, their local communities, and the American public at large.[2] Many of those effects will fall most heavily on the states and districts that *amici* represent. Because the unlawful termination of Haiti TPS would pose extensive harm to the public interest, *amici* urge the Court to grant the plaintiffs' motion to stay.

## I.    Congress intended TPS to protect those who cannot safely return to their native country.

Congress enacted TPS as part of the Immigration Act of 1990, a statute that "recognizes the fundamental importance and historic contributions of immigrants to our country." Presidential Statement on Signing the Immigration Act of 1990 (Nov. 29, 1990). Consistent with that recognition, the TPS statute permits nationals from designated countries to be lawfully present in the United States when they cannot

---

[2] *See Widakuswara v. Lake*, 779 F. Supp. 3d 10, 38 (D.D.C. 2025) (courts must consider "public consequences"); *Cabrera v. U.S. Dep't of Labor*, __ F. Supp. 3d __, No. 25-CV-1909 (DLF), 2025 WL 2092026, at *8 (D.D.C. July 25, 2025) (harms such as "loss of housing, educational and vocational opportunities, and healthcare services" are relevant to the public interest analysis).

return home due to armed conflict, environmental disaster, or other "extraordinary" circumstances. *See* 8 U.S.C. § 1254a.

TPS was tailor-made for countries like Haiti. The United States first granted Haitian nationals TPS protection in 2010, following the catastrophic earthquake that struck Haiti that year.[3] After the earthquake, Haiti continued to experience environmental disasters and escalating social and political instability; consequently, the initial designation was extended for several years. *See Haitian Evangelical Clergy Ass'n v. Trump*, ___ F. Supp. 3d ___, No. 25-CV-1464 (BMC), 2025 WL 1808743, at *1 (E.D.N.Y. July 1, 2025).[4] Since 2010, tens of thousands of Haitian nationals have been granted TPS status and have become integral parts of communities across the United States.

Haiti's conditions have only grown worse, rather than better, since the initial TPS designation in 2010.[5] Armed gangs now control approximately 85% of Haiti's capital, Port-au-Prince.[6] Conditions in the country are so dangerous that the State Department warned American citizens in July 2025 not to travel to Haiti for any reason.[7]

---

[3] *Fact Sheet: Termination of Temporary Protected Status for Haiti*, Immigration Forum (Jul. 17, 2025), https://immigrationforum.org/article/fact-sheet-termination-of-temporary-protected-status-for-haiti/.

[4] *See also id.*

[5] *Id.*

[6] *'An unending horror story': Gangs and human rights abuses expand in Haiti*, UN News (Jul. 11, 2025), https://news.un.org/en/story/2025/07/1165373.

[7] *Haiti Travel Advisory*, U.S. Department of State (Jul. 15, 2025), https://travel.state.gov/content/travel/en/traveladvisories/traveladvisories/haiti-travel-advisory.html.

Despite the country's current state, the Executive Branch announced on June 27, 2025 that it would terminate Haiti TPS. 90 Fed. Reg. 28760.[8] Even though the Administration identified widespread violence, crime, kidnapping, and terrorism in Haiti, Department of Homeland Security Secretary Kristi Noem stated in her Haiti TPS termination notice that "country conditions have improved to the point where Haitians can return home in safety."[9] In reality, as the Administration's own travel advisory recognizes, Haiti is safe for almost no one.[10]

## II. Many members of Congress and other elected officials oppose the termination of Haiti TPS.

The Administration's attempts to terminate Haiti TPS have not been popular.[11] In fact, many public officials—on both sides of the aisle—have underlined the substantial public interest in maintaining Haiti TPS instead of terminating it.

On March 6, 2025, thirty-eight members of Congress urged President Trump and Secretary Noem to reverse the Haiti TPS decision, emphasizing that TPS "strengthens America's workforce and economy," and stressing that Haiti is

---

[8]*DHS Terminates Haiti TPS, Encourages Haitians to Obtain Lawful Status*, U.S. Department of Homeland Security (Jun. 27, 2025), https://www.dhs.gov/news/2025/06/27/dhs-terminates-haiti-tps-encourages-haitians-obtain-lawful-status.

[9]*Id.*

[10]Daniel Dickinson, *Haiti 'awash' with guns leaving population 'absolutely terrified'*, UN News (Apr. 17, 2025), https://news.un.org/en/interview/2025/04/1162396; UN News, *supra* n.6.

[11] *See, e.g.*, Jack Royer and Kevin Boulandier, *7News/Suffolk poll: Majority of Miami residents oppose recent ICE raids, termination of TPS for Haitians but are split on the economy*, 7News Miami (Jul. 14, 2025), https://wsvn.com/news/politics/7news-suffolk-poll-majority-of-miami-residents-oppose-recent-ice-raids-termination-of-tps-for-haitians-but-are-split-on-the-economy/.

experiencing unprecedented levels of economic collapse and political instability.[12]
Two weeks later, 62 members of the House of Representatives and 23 Senators
demanded reinstatement of the Haiti TPS designation.[13] House Haiti Caucus Co-
Chair Congresswoman Sheila Cherfilus-McCormick explained that the termination
of TPS for Haiti "impacts thousands of Haitian families who have lived in the United
States legally for over a decade—contributing to their communities, paying taxes, and
raising American-born children."[14]

---

[12]Letter from Congresswoman Sheila Cherfilus-McCormick *et al.* to President Trump and Secretary Noem (Mar. 6, 2025), https://cherfilus-mccormick.house.gov/sites/evo-subsites/cherfilus-mccormick.house.gov/files/evo-media-document/final-haiti-tps-letter-to-president-trump-and-secretary-noem.pdf.

[13]Press Release, Congresswoman Ayanna Pressley, Pressley, Clarke, Van Hollen Lead Letter to the Administration Demanding Reinstatement of TPS for Haiti (Mar. 18, 2025), https://pressley.house.gov/2025/03/18/pressley-clarke-van-hollen-lead-letter-to-the-administration-demanding-reinstatement-of-tps-for-haiti/.

[14]Press Release, Congresswoman Sheila Cherfilus-McCormick, Congresswoman Cherfilus-McCormick Statement Condemning Decision to End Temporary Protected Status for Haiti (June 27, 2025), https://cherfilus-mccormick.house.gov/press-releases/congresswoman-cherfilus-mccormick-statement-condemning-decision-end-temporary; *see also* Press Release, Congresswoman Ayanna Pressley, Pressley Condemns Trump's Cruel Termination of TPS for Haitians (Jun. 28, 2025), https://pressley.house.gov/2025/06/28/pressley-condemns-trumps-cruel-termination-of-tps-for-haitians/; Press Release, Congresswoman Frederica Wilson, Congresswoman Frederica Wilson Statement on the Termination of TPS for Haitians (Jun. 27, 2025), https://wilson.house.gov/media/press-releases/congresswoman-frederica-wilson-statement-on-the-termination-of-tps-for-haitians; Press Release, Senator Ed Markey, Markey and Warnock Demand Answers From Secretaries Rubio and Noem on Contradictory U.S. Foreign and Immigration Policies Toward Haiti and Potential Illegal Arms Exports to Port-au-Prince (Jul. 24, 2025), https://www.markey.senate.gov/news/press-releases/markey-and-warnock-demand-answers-from-secretaries-rubio-and-noem-on-contradictory-us-foreign-and-immigration-policies-toward-haiti-and-potential-illegal-arms-exports-to-port-au-prince; Press Release, Congresswoman Yvette D. Clarke, Clarke, Haiti Caucus Co-Chairs Condemn Trump for Ending TPS for Haiti (Feb. 21, 2025), https://clarke.house.gov/clarke-haiti-caucus-co-chairs-condemn-trump-for-ending-tps-for-haiti/.

The concern is bipartisan. Republican Congressman Mike Lawler's district north of New York City contains the largest Haitian diaspora constituency in the country. Together with Congresswoman Laura Gillen and Congresswoman Cherfilus-McCormick, Congressman Lawler introduced bipartisan legislation in March 2025 to require Secretary Noem to extend TPS protection for Haitians.[15] Congressman Lawler "encourag[ed] the Administration to keep [TPS] in place for Haitian citizens," and emphasized the ongoing need for Haiti TPS due to the "unprecedented instability" in Haiti where "armed gangs largely control the country."[16]

Other officials have echoed the same sentiment. The Republican mayor of Springfield, Ohio, home to many Haitian TPS holders, also spoke out against the Trump Administration's decision to terminate the Haiti TPS designation: "These individuals were given hope and a sense of security through the Temporary Protected Status policy, which has been embraced by several administrations. The United States must continue to be a beacon of hope and a torchbearer of democracy."[17] The mayor added that Haitian TPS holders "have strengthened our local economy by

---

[15]Press Release, Congresswoman Laura Gillen, Gillen Introduces Bipartisan Legislation to Extend Temporary Protected Status for Haitians (Mar. 3, 2025), https://gillen.house.gov/media/press-releases/gillen-introduces-bipartisan-legislation-extend-temporary-protected-status.

[16]Image posted by Congressman Mike Lawler (repmikelawler) Instagram (Feb. 20, 2025), https://www.instagram.com/p/DGT-JB1JIbM/?igsh=NXRvbzJoanBxd213&img_index=1; *see also* Congressman Mike Lawler (@RepMikeLawler), X (Jul. 12, 2025, at 15:47 ET), https://x.com/RepMikeLawler/status/1944121452900368452.

[17] Billal Rahman, *Springfield's Republican Mayor Calls Out Trump's Immigration Move*, Newsweek (Feb. 24, 2025), https://www.newsweek.com/rob-rue-springfield-trump-immigration-policy-hatian-tps-2035146.

filling key roles in manufacturing and health care . . . ."[18] The Republican Governor of Ohio, Mike DeWine, likewise highlighted the economic benefits that Haitian TPS holders bring to Springfield: "We talked to the management of those companies [in Springfield], and they basically said, look, if we didn't have these Haitians, we couldn't fill these slots, and we can't produce what we need to produce."[19]

### III.  The termination of Haiti TPS will deprive communities of the valuable economic and communal benefits that TPS holders bring to this country.

It is not surprising that the pushback against the Executive Branch's attempts to terminate Haiti TPS has been so broad-based. The Administration's termination of TPS is not only improper; it is also short-sighted. Haitian TPS holders provide far-reaching benefits to the American economy and to the communities in which they live. As many stakeholders are keenly aware, the Administration's abrupt—and unlawful—termination of Haiti TPS will deprive the United States of the many benefits that TPS holders continue to bring to this country.

### A.  Haitian TPS holders foster economic growth in the communities where they live and work.

The economic case for TPS is simple. Across the board, TPS holders contribute substantially to the U.S. economy. Workforce participation among TPS holders is exceptionally high. In 2021, TPS holders nationwide were employed at a rate of

---

[18] *Id.*

[19] Danae King, *'Death sentence': Haitian migrants in Ohio must leave as Trump axes TPS protections*, Columbus Dispatch (Jul. 3, 2025), https://www.dispatch.com/story/news/2025/07/02/columbus-springfield-haitians-end-of-temporary-protected-status-tps-a-death-sentence-donald-trump/84415492007/.

94.6%.[20] A total of approximately 570,000 TPS holders contribute their labor to the U.S. economy.[21] More specifically, around 95,000 TPS holders work in leisure and hospitality, 90,000 in construction, 85,000 in business services, 80,000 in wholesale and retail trade, and 70,000 in manufacturing.[22] TPS holders from all designated countries provide critical relief for American businesses and communities by taking jobs in these high-demand fields.[23]

TPS holders also contribute to the U.S. economy as business owners and entrepreneurs. As of 2021, 38,100 TPS holders from all designated countries are entrepreneurs or self-employed. [24] For example, in California alone, 7,800 self-employed TPS holders generated $224.8 million in business income.[25] TPS recipients also boast a high rate of entrepreneurship, totaling 14.5% in 2021—more than five percentage points higher than the U.S.-born workforce.[26] Together, TPS holders

---

[20] *The Contributions of Temporary Protected Status Holders to the U.S. Economy*, American Immigration Council (Sept. 2023), at 2, https://www.americanimmigrationcouncil.org/wp-content/uploads/2025/01/contributionstemporaryprotectedstatus_0923.pdf.
[21] *Temporary Protected Status protects families while also boosting the U.S. economy*, FWD.us (Mar. 21, 2025), https://www.fwd.us/news/temporary-protected-status-report-2025/.
[22] *Id.*
[23] Greg Rosalsky, *Why aren't Americans filling the manufacturing jobs we already have?*, NPR Planet Money (May 13, 2025), https://www.npr.org/sections/planet-money/2025/05/13/g-s1-66112/why-arent-americans-filling-the-manufacturing-jobs-we-already-have; Stephanie Ferguson Melhorn, *Understanding America's Labor Shortage: The Most Impacted Industries*, U.S. Chamber of Commerce (Nov. 21, 2023), https://www.uschamber.com/workforce/understanding-americas-labor-shortage-the-most-impacted-industries.
[24] American Immigration Council, *supra* n.20, at 4.
[25] *Id.* at 4.
[26] Karen Aho, *Spotlight on the Economic Contributions of TPS Holders*, American Immigration Council (Oct. 23, 2023),

generated business income totaling $1.5 billion,[27] creating jobs and generating wealth for their local communities along the way.

TPS recipients benefit local economies in other ways, too. For instance, in 2021, more than 41% of TPS households owned their homes,[28] an important economic driver in many communities. This rate of home ownership contributed $19 billion to housing values nationwide.[29] TPS holders also generated $8 billion in spending power and $10.3 billion in total income in 2021, a large purchasing capacity that supports a wide range of local businesses and industries.[30]

Because of their productive activity in the U.S. economy and workforce, TPS holders also contribute significantly to tax revenues at the federal, state, and local levels. In 2021, TPS holders paid almost $1.3 billion in federal taxes, and over $966 million in state and local taxes.[31] And although TPS holders make substantial tax contributions, they use few public benefits.[32] This is because TPS holders are ineligible for nearly all federal public benefits.[33] Additionally, because TPS holders lose TPS if they commit a felony or more than one misdemeanor offense, TPS holders

---

https://www.americanimmigrationcouncil.org/blog/economic-contributions-tps-holders/.

[27] American Immigration Council, *supra* n.20, at 4.

[28] *Id.* at 5.

[29] Aho, *supra* n.26.

[30] *Id.*

[31] *Id.*

[32] American Immigration Council, *supra* n.20, at 3.

[33] *Id.*

are generally law-abiding and therefore impose a minimal burden on "law-and-order costs."[34]

Haitian TPS holders are no exception to the general rule. In the aggregate, Haitian TPS holders' economic contributions are staggering. The numbers speak for themselves: the annual economic contribution of Haitian TPS holders totals a whopping $3.4 billion.[35] In 2017, when the first Trump administration sought to end the Haiti TPS designation, Bloomberg Law estimated that "[t]he U.S. could lose some $280 million in contributions to its gross domestic product[.]"[36]

Many of the approximately 348,000[37] Haitian TPS holders are employed in the high-demand industries of healthcare, elder care, hospitality, and food service.[38] In Florida, for example, many Haitian TPS holders work in the labor-starved sectors of education and healthcare.[39] Sixty-four percent of home health aides in Florida—a chronically understaffed industry—are immigrants, and many are Haitian

---

[34] *Id.*

[35] FWD.us, *supra* n.21.

[36] Laura D. Francis, *Daily Labor Report: Ending Haitians' Protected Status Could Cost U.S. $280M*, The Bureau of National Affairs, Inc. (May 16, 2017), https://www.ilrc.org/sites/default/files/resources/pd.pdf.

[37] Termination of the Designation of Haiti for Temporary Protected Status, 90 Fed. Reg. 28760 (Jul. 1, 2025).

[38] Immigration Forum, *supra* n.3.

[39] Mercedes Vigon, *Florida faces heavy economic impacts if TPS is rolled back*, WLRN Public Media (Apr. 8, 2025), https://www.wlrn.org/immigration/2025-04-08/tps-roll-back-economic-impact-florida.

immigrants.[40] In fact, 7% of direct care professionals nationwide are Haitian.[41] Likewise, Haitian and Venezuelan immigrants partially abated a severe staffing shortage in Miami-Dade County Public Schools, the third largest school district in the country.[42]

Massachusetts, home to approximately 15,000 Haitian TPS holders, also relies on the many Haitian immigrants who work in "skilled nursing facilities, hospitals and group homes."[43] For example, a group home in Marshfield, Massachusetts that is "almost entirely staffed by Haitian workers" could lose up to 116 employees if Haiti TPS is terminated—on top of its existing 150 vacancies.[44] The group home's CEO explained: "The reality is, people aren't knocking down the doors. . . . it's a kind of work that isn't for everybody. And our Haitian workers serve a great purpose, because they bring a very caring, compassionate and willing attitude to work every day."[45] Termination of Haiti TPS will affect approximately 2,000 long-term caregivers in Massachusetts alone.[46]

---

[40]*Id.*; *see also Immigrants in Florida*, American Immigration Council, https://map.americanimmigrationcouncil.org/locations/florida/.
[41] Colleen Knudsen, *Report: LeadingAge Releases the Immigration Imperative*, LeadingAge (Sept. 11, 2024), https://leadingage.org/report-leadingage-releases-the-immigration-imperative/.
[42]Vigon, *supra* n.39.
[43]Lynn Jolicoeur, *South Shore nonprofit that serves adults with disabilities fears losing Haitian workers*, WBUR (Aug. 15, 2025), https://www.wbur.org/news/2025/08/15/haiti-immigrant-massachusetts-workers-aides.
[44]*Id.*
[45]*Id.*
[46] Simón Rios, *As legal status is set to end for many Haitians, Mass. health care sector braces for staffing shortages*, WBUR (Aug. 7, 2025), https://www.wbur.org/news/2025/08/07/haitians-tps-massachusetts-trump-health-care.

On a local level, Haitian TPS holders have had outsized impacts on the small cities and towns where Haitian TPS holders are concentrated. For example, Springfield, Ohio, catapulted to the international stage when President Trump asserted that Haitian migrants were "eating the pets of the people that live [in Springfield]."[47] The true story in Springfield is that Haitian TPS holders have revitalized this small city. After approximately 20,000 Haitians, including many TPS holders, moved to Springfield, its decades-long population decline began to rebound.[48] New arrivals to Springfield have spurred growth in the housing market and filled vacant manufacturing jobs.[49]

Likewise, Haitian TPS holders began arriving after the 2010 earthquake in Mount Olive, North Carolina, where they are now an integral part of the local economy and community.[50] Haitian immigrants purchased vacant homes, opened

---

[47]Jasmine Garsd, *The stereotype of immigrants eating dogs and cats is storied—and vitriolic as ever*, NPR (Sept. 11, 2024), https://www.npr.org/2024/09/11/nx-s1-5108401/donald-trump-debate-eating-dogs-cats-immigrants-false-stereotype.

[48]Miriam Jordan, *Why Thousands of Haitians Have Settled in Springfield, Ohio*, New York Times (Sept. 14, 2024), https://www.nytimes.com/2024/09/14/us/haitian-migrants-springfield-ohio.html; Josh Sweigart *et al.*, *The true story about why and how Haitian immigrants came to Springfield*, Springfield News-Sun (Sept. 20, 2024), https://www.springfieldnewssun.com/news/the-true-story-about-why-and-how-haitian-immigrants-came-to-springfield/VOJOZYVU6REMZOFXZOEQQ5RNNU/.

[49]Jordan, *supra* n.48; Miriam Jordan, *An Ohio City Faces a Future Without Haitian Workers: 'It's Not Going to Be Good'*, New York Times (Aug. 18, 2025), https://www.nytimes.com/2025/08/18/us/springfield-ohio-haitian-immigrants-trump.html.

[50]Jennifer Brookland, *How Mount Olive Welcomed Newcomers and Created Community*, Our State (Mar. 20, 2020), https://www.ourstate.com/mount-olive-welcomed-haitian-immigrants-created-community/; Laura Pellicer and Frank Stasio, *Haitian Immigrants Who Helped Lift an NC Town Face Deportation*, WUNC (Nov. 27, 2018), https://www.wunc.org/politics/2018-11-27/haitian-immigrants-who-helped-lift-an-nc-town-face-deportation.

shops and restaurants, and injected life into the local community.[51] As a 2020 report put it, "While many of the 2,500 Mount Olive residents wait to hear if their new home will be permanent, they continue to live as though it is. They're learning to drive and buying cars; going to report card pickup night at Mount Olive Middle School and to games over at the college. They're packing pickles and poultry and practicing their English."[52]

If the Haiti TPS designation is terminated, the economic fallout in the many communities where Haitian TPS recipients reside will be swift and devastating. Haitian TPS holders will lose their income and their access to health insurance. Businesses that employ Haitian TPS holders will face immediate disruption of their workforce and incur the high cost of hiring and training new employees on short-term notice in an already difficult labor market. For Haitian TPS homeowners, the abrupt termination of work authorization will immediately cut off their ability to pay their mortgages and maintain their homes. The knock-on effects will echo in local housing markets and beyond.

## B.    Haitian TPS holders are far less likely than native-born Americans to violate the law.

Alongside the economic benefits that Haitian TPS holders bring to their communities, Haitian immigrants are also substantially less likely to be a danger to

---

[51]American Immigration Council, *supra* n.20, at 4.
[52]Brookland, *supra* n.50.

their communities than the national average. Immigrants from Haiti, for example, are incarcerated at rates far lower than native-born Americans are.[53]

Indeed, TPS holders in general are more likely to be law-abiding residents due to the TPS designation's strict requirements. TPS applicants submit to an extensive background check, and "are barred from TPS if they have committed certain crimes or pose a national security risk."[54] *See* 8 U.S.C. § 1254a(c)(2)(B)(ii); 8 U.S.C. § 1158(b)(2)(A). To maintain TPS status, TPS holders "must re-register during each re-registration period to maintain TPS benefits."[55] Individuals are barred from TPS if they have committed a felony or more than one misdemeanor offense in the United States. *See* 8 U.S.C. § 1254a(c)(2)(B). The result is that the large majority of Haitian TPS holders are law-abiding and productive community members.

### C. Termination of Haiti TPS would harm not only individual TPS holders but also their communities.

Not only does the Administration's planned termination of Haiti's TPS designation threaten to disrupt Haitian TPS holders' extensive economic contributions to this country, but it promises to sever the strong communal and

---

[53]Alex Nowrasteh, *Haitian Immigrants Have a Low Incarceration Rate*, Cato Institute (Jul. 7, 2025), https://www.cato.org/blog/haitian-immigrants-have-low-incarceration-rate.

[54]Aaron Reichlin-Melnick, *Temporary Protected Status: What's Up With That?*, American Immigration Council (Oct. 29, 2024), https://www.americanimmigrationcouncil.org/blog/temporary-protected-status-whats-up-with-that/.

[55]Temporary Protected Status, U.S. Citizen and Immigration Services, https://www.uscis.gov/humanitarian/temporary-protected-status; Jennifer Riddle, *Re-Registering for TPS and Maintaining Employment Authorization*, Catholic Legal Immigration Network, Inc. (Feb. 15, 2018), https://www.cliniclegal.org/resources/humanitarian-relief/re-registering-tps-and-maintaining-employment-authorization.

relational ties that root Haitian TPS holders to the communities in which they have lived for years. Many Haitian TPS holders are long-term residents; Haitian TPS holders have lived in the United States an average of 13 years.[56] They own homes, own businesses, and participate in their local communities.[57] Not only would terminating Haiti TPS be devastating for the TPS holders themselves, it would cause an upheaval that will reverberate throughout their families and communities.

Most critically affected will be the approximately 129,000 U.S. citizens who live with Haitian TPS holders, the majority of whom are their U.S.-born children.[58] If the TPS designation is abruptly terminated while Haiti remains in a state of violent chaos, Haitian TPS holders will face extremely difficult choices for their families. The current crisis in Haiti is so severe that, since January 2024, more than 900 schools in Haiti have closed.[59] Armed gangs are now recruiting children as young as ten years old, and gender-based violence, particularly against young girls, is widespread.[60] If Haitian TPS holders are unable to relocate to yet another country, they will be forced

---

[56]Nicole Svajlenka, *TPS Holders Are Integral Members of the U.S. Economy and Society*, Center for American Progress (Oct. 20, 2017), https://www.americanprogress.org/article/tps-holders-are-integral-members-of-the-u-s-economy-and-society/; *'Temporary' Status But Long-Term US Lives*, Human Rights Watch (Apr. 4, 2018), https://www.hrw.org/news/2018/04/04/temporary-status-long-term-us-lives.

[57]Svajlenka, *supra* n.56; Eddy Martinez, *CT's Haitian community anxious over status of TPS program*, Connecticut Public Radio (Jul. 2, 2025), https://www.ctpublic.org/news/2025-07-02/haitians-ct-tps-haiti-deportation-trump.

[58]FWD.us, *supra* n.21.

[59]*Children in Haiti in danger and out of school because of armed violence*, Plan International (Mar. 20, 2025), https://plan-international.org/news/2025/03/20/children-in-haiti-in-danger-and-out-of-school-because-of-armed-violence/.

[60]*Id.*

16

to either leave their children behind in the United States, where they may end up in the child welfare system,[61] or bring them to violence-ridden Haiti. Neither outcome is tenable.

Terminating Haiti TPS will deprive communities of members who overwhelmingly contribute positively to the social and economic fabric of their local societies, thrusting them back into a country that is no ready to receive them. That is a policy that harms many and benefits no one. The Executive Branch is pursuing an agenda that comports with neither the law nor the public interest that it purports to serve.

## Conclusion

The public interest strongly favors a stay of the Executive Branch's decision to terminate the Haiti TPS designation. The Court should grant the plaintiffs' motion for a stay under 5 U.S.C. § 705.

Respectfully Submitted,

Dated: September 12, 2025        By:  /s/ Justin A. Redd
Stephen J. van Stempvoort*
Amanda L. Rauh-Bieri*
Amy E. Murphy*
D. Andrew Portinga*
**MILLER JOHNSON**
45 Ottawa Avenue SW, Suite 1100
Grand Rapids, MI 49503
616.831.1700
vanstempvoorts@millerjohnson.com

---

[61] *U.S. Citizen Children Impacted by Immigration Enforcement*, American Immigration Council (Jun. 24, 2021), https://www.americanimmigrationcouncil.org/fact-sheet/us-citizen-children-impacted-immigration-enforcement/.

17

Justin A. Redd (Bar #1027922)
**KRAMON & GRAHAM**
750 East Pratt Street, Suite 1100
Baltimore, MD  21202-3155
410-347-7432
jredd@kg-law.com

*Counsel for Amici Curiae*

**\*****Motion for pro hac vice pending*

# Appendix: List of Amici Curiae

1. Ed Markey
   Senator for Massachusetts

2. Chuck Schumer
   Senator for New York

3. Dick Durbin
   Senator for Illinois

4. Elizabeth Warren
   Senator for Massachusetts

5. Chris Van Hollen
   Senator for Maryland

6. Alex Padilla
   Senator for California

7. Adam Schiff
   Senator for California

8. Tammy Duckworth
   Senator for Illinois

9. Peter Welch
   Senator for Vermont

10. Andy Kim
    Senator for New Jersey

11. Jeanne Shaheen
    Senator for New Hampshire

12. Jack Reed
    Senator for Rhode Island

13. Sheldon Whitehouse
    Senator for Rhode Island

14. Reverend Raphael Warnock
    Senator for Georgia

15. Richard Blumenthal
    Senator for Connecticut

16. Angela Alsobrooks
    Senator for Maryland

17. Cory Booker
    Senator for New Jersey

18. John Hickenlooper
    Senator for Colorado

19. Chris Coons
    Senator for Delaware

20. Lisa Blunt Rochester
    Senator for Delaware

21. Sheila Cherfilus-McCormick
    Representative of Florida

22. Gabe Amo
    Representative of Rhode Island

23. Joyce Beatty
    Representative of Ohio

24. Wesley Bell
    Representative of Missouri

25. Shontel M. Brown
    Representative of Ohio

26. André Carson
    Representative of Indiana

27. Troy Carter
    Representative of Louisiana

28. Greg Casar
    Representative of Texas

29. Kathy Castor
    Representative of Florida

30. Yvette D. Clarke
    Representative of New York

31. Steve Cohen
    Representative of Tennessee

32. Bonnie Watson Coleman
    Representative of New Jersey

33. Joe Courtney
    Representative of Connecticut

34. Danny K. Davis
    Representative of Illinois

35. Diana DeGette
    Representative of Colorado

36. Lloyd Doggett
    Representative of Texas

37. Dwight Evans
    Representative of Pennsylvania

38. Shomari C. Figures
    Representative of Alabama

39. Lois Frankel
    Representative of Florida

40. Maxwell Alejandro Frost
    Representative of Florida

19

41. Jesús G. "Chuy" Garcia
    Representative of Illinois

42. Sylvia R. Garcia
    Representative of Texas

43. Laura Gillen
    Representative of New York

44. Josh Gottheimer
    Representative of New Jersey

45. Al Green
    Representative of Texas

46. Jahana Hayes
    Representative of Connecticut

47. Steven Horsford
    Representative of Nevada

48. Jonathan L. Jackson
    Representative of Illinois

49. Pramila Jayapal
    Representative of Washington

50. Henry C. "Hank" Johnson, Jr.
    Representative of Georgia

51. Sydney Kamlager-Dove
    Representative of California

52. Robin L. Kelly
    Representative of Illinois

53. Stephen F. Lynch
    Representative of Massachusetts

54. Seth Magaziner
    Representative of Rhode Island

55. Sarah McBride
    Representative of Delaware

56. Jennifer McClellan
    Representative of Virginia

57. Betty McCollum
    Representative of Minnesota

58. James P. McGovern
    Representative of Massachusetts

59. LaMonica McIver
    Representative of New Jersey

60. Grace Meng
    Representative of New York

61. Kweisi Mfume
    Representative of Maryland

62. Gwen S. Moore
    Representative of Wisconsin

63. Jared Moskowitz
    Representative of Florida

64. Seth Moulton
    Representative of Massachusetts

65. Richard E. Neal
    Representative of Massachusetts

66. Eleanor Holmes Norton
    Representative of the District of Columbia

67. Frank Pallone
    Representative of New Jersey

68. Chellie Pingree
    Representative of Maine

69. Stacey E. Plaskett
    Representative of Virginia

70. Nellie Pou
    Representative of New Jersey

71. Ayanna Pressley
    Representative of Massachusetts

72. Delia Ramirez
    Representative of Illinois

73. Mary Gay Scanlon
    Representative of Pennsylvania

74. Jan Schakowsky
    Representative of Illinois

75. Debbie Wasserman Schultz
    Representative of Florida

76. David Scott
    Representative of Georgia

77. Robert C. "Bobby" Scott
    Representative of Virginia

78. Terri A. Sewell
    Representative of Alabama

79. Lateefah Simon
    Representative of California

80. Darren Soto
    Representative of Florida

81.  Tom Suozzi
     Representative of New York

82.  Shri Thanedar
     Representative of Michigan

83.  Bennie G. Thompson
     Representative of Mississippi

84.  Dina Titus
     Representative of Nevada

85.  Rashida Tlaib
     Representative of Michigan

86.  Paul Tonko
     Representative of New York

87.  Ritchie Torres
     Representative of New York

88.  Nydia M. Velázquez
     Representative of New York

89.  Maxine Waters
     Representative of California

90.  Nikema Williams
     Representative of Georgia

91.  Frederica S. Wilson
     Representative of Florida

MJ_ND 4904-9637-7697v8