# EXHIBIT A

United States District Court
Eastern District of New York

Civil Action No. 1:25-cv-1464 (BMC)

HAITIAN EVANGELICAL CLERGY )
ASS'N, *et al.*, )
                              )
            *Plaintiffs*, )
                              )                  Notice of Appeal
             v.              )
                              )

DONALD J. TRUMP, President of )
the United States of America, *et al.*, )

                 *Defendants*.)

Notice is hereby given that Donald J. Trump, *in his official capacity as* President of the United States of America; the United States of America; the United States Department of Homeland Security; and Kristi Noem, *in her official capacity* as Secretary of Homeland Security (Defendants) in the above-named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on the 15th day of July, 2025.[1]

                                                        /s/
                                                        Eric M. Snyderman

                                                        Attorney for Defendants
                                                        Office of Immigration Litigation
                                                        Civil Division
                                                        U.S. Department of Justice
                                                        P.O. Box 878, Ben Franklin Station
                                                        Washington, D.C. 20044
                                                        Eric.M.Snyderman@usdoj.gov

---

[1] Defendants-Appellants file this Notice of Appeal under Fed. R. App. P. 4(a)(4)(A) based on the District Court's July 28, 2025 order denying Plaintiffs' motion to amend the final judgment under Fed. R. Civ. P. 59(e) and 60(b). Fed. R. App. P. 4(a)(4)(A). As the United States and officers and agencies thereof are parties to the above-named case, Defendants-Appellants are entitled to 60 days after entry of an order denying amendment of the final judgment. *See* Fed. R. App. P. 4(a)(1)(B).