UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRITZ EMMANUEL LESLY MIOT, et al., <br><br> Plaintiff, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States, *et al*., <br><br> Defendants. | Civil Action No. 25-2471 (ACR) |

## NOTICE OF FILING REDLINE OF COMPLAINT

Pursuant to this Court's standing order, § 7.i, Plaintiffs hereby file a redline comparing their original Complaint, Dkt. 1, with their Amended Complaint, Dkt. 74. The redline is attached hereto as Exhibit A.

Dated: December 7, 2025               Respectfully submitted,

                                      By:   */s/ Geoffrey M. Pipoly*
                                             Geoffrey M. Pipoly
                                             BRYAN CAVE LEIGHTON PAISNER, LLP
                                             161 N. Clark Street, Ste. 4300
                                             Chicago, IL 60601
                                             Phone: (312) 602-5000
                                             geoff.pipoly@bclplaw.com

                                             *Attorney for Plaintiffs*