UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRITZ EMMANUEL LESLY MIOT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, <br> President of the United States, et al., <br><br> Defendants. | Civil Action No. 25-2471 (ACR) |

## NOTICE OF FILING OF CERTIFIED ADMINISTRATIVE RECORD

Pursuant to the Court's December 1, 2025 Order, Defendants President Donald Trump, Secretary Kristi Noem, and the Department of Homeland Security ("Defendants") submit the Agency's Certified Administrative Record, Bates Nos. 000001–001537, Certification Declaration, and Index.[1]

\* \* \*

---

[1] Due to technical issues that were realized this evening, the following pages of the Certified Administrative Record contain legibility issues: HaitiTPSAR001445-001449 and HaitiTPSAR001454. Defendants obtained cleaned-up versions of HaitiTPSAR001445-001449 and are filing those as standalone documents. Defendants are working diligently to address the issue for HaitiTPSAR001454 so that a proper version of may be filed by December 11, 2025.

Dated: December 10, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By:        */s/ Amanda Torres*
    AMANDA L. TORRES
    DHRUMAN Y. SAMPAT
    Assistant United States Attorneys
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2507
    amanda.torres@usdoj.gov

*Attorneys for the United States of America*