AR Index
Termination of the Designation of Haiti for Temporary Protected Status

| Bates No. | Category | Full Citation | Date Prefix | Date |
|---|---|---|---|---|
| 000001-000004 | 2-FedReg | Designation of Haiti for Temporary Protected Status, 75 FR 3476 | Published | Jan. 21, 2010 |
| 000005-000013 | 2-FedReg | Designation of Haiti for Temporary Protected Status, 86 FR 41863 | Published | Aug. 3, 2021 |
| 000014 | 2-FedReg | America First Policy Directive to the Secretary of State, 90 FR 8337 | Published | Jan. 29, 2025 |
| 000015-000020 | 2-FedReg | Protecting the American People Against Invasion, 90 FR 8443 | Published | Jan. 20, 2025 |
| 000021-000023 | 2-FedReg | Protecting the United States From Foreign Terrorists and Other National Security and Public Safety Threats, 90 FR 8451 | Published | Jan. 30, 2025 |
| 000024-000034 | 2-FedReg | Extension and Redesignation of Haiti for Temporary Protected Status, 88 FR 5022 | Published | Jan. 26, 2023 |
| 000035-000047 | 2-FedReg | Extension and Redesignation of Haiti for Temporary Protected Status, 89 FR 54484 | Published | July 1, 2024 |
| 000048-000052 | 2-FedReg | Extension and Redesignation of Haiti for Temporary Protected Status, 76 FR 29000 | Published | May 19, 2011 |
| 000053-000058 | 2-FedReg | Extension of the Designation S Haiti for Temporary Protected Status, 77 FR 59943 | Published | Oct. 1, 2012 |
| 000059-000065 | 2-FedReg | Extension of the Designation of Haiti for Temporary Protected Status, 79 FR 11808 | Published | Mar. 3, 2014 |
| 000066-000072 | 2-FedReg | Extension of the Designation of Haiti for Temporary Protected Status, 80 FR 51582 | Published | Aug. 25, 2015 |
| 000073-000080 | 2-FedReg | Extension of the Designation of Haiti for Temporary Protected Status, 82 FR 23830 | Published | May 24, 2017 |
| 000081-000082 | 2-FedReg | Extension of the Re-Designation Period for Haiti Temporary Protected Status, 79 FR 25141 | Published | May 2, 2014 |
| 000083 | 2-FedReg | Foreign Terrorist Organization Designations of Viv Ansanm and Gran Grif, 90 FR 19065 | Published | May 5, 2025 |
| 000084-000087 | 2-FedReg | Guaranteeing the States Protection Against Invasion, 90 FR 8333 | Published | Jan. 29, 2025 |
| 000088-000092 | 2-FedReg | Partial Vacatur of 2024 Temporary Protected Status Decision for Haiti, 90 FR 10511 | Published | Feb. 24, 2025 |
| 000093-00101 | 2-FedReg | Restricting the Entry of Foreign Nationals To Protect the United States, 90 FR 24497 | Published | June 10, 2025 |
| 000102-000107 | 2-FedReg | Six-Month Extension of Temporary Protected Status Benefits for Orderly Transition Before Termination of Liberia's Designation for Temporary Protected Status, 81 FR 66059 | Published | Sep. 26, 2016 |
| 000108-000109 | 2-FedReg | Termination of Designation of Angola Under the Temporary Protected Status Program, 68 FR 3896 | Published | Jan. 27, 2003 |
| 000110-000112 | 2-FedReg | Termination of Designation of Lebanon Under Temporary Protected Status Program, 58 FR 7582 | Published | Feb. 8, 1993 |
| 000113-000119 | 2-FedReg | Termination of the Designation of Haiti for Temporary Protected Status, 83 FR 2648 | Published | Jan. 18, 2018 |
| 000120-000124 | 2-FedReg | Termination of the Designation of Haiti for Temporary Protected Status, 90 FR 28760 | Published | July 1, 2025 |
| 000125-000128 | 2-FedReg | Termination of the Designation of Sierra Leone Under the Temporary Protected Status Program; Extension of Employment Authorization Documentation, 68 FR 52407 | Published | Sep. 3, 2003 |
| 000129-000135 | 2-FedReg | Termination of the Designation of Sudan for Temporary Protected Status, 82 FR 47228 | Published | Oct. 11, 2017 |
| 000136-000144 | 3-DHS-INS | CBP, DHS, U.S. Border Patrol and Office of Field Operations Encounters by Area of Responsibility and Component (May 12, 2025) | Last Updated | May 12, 2025 |
| 000145-000146 | 3-DHS-INS | USCIS, DHS, Decision Memo, Att A. Temporary Protected Status (TPS) Legal Authority | Undated | Oct. 20, 2025 |
| 000147-000163 | 3-DHS-INS | DHS, Environmental Planning and Historic Preservation Decision Support System, Implementation of a Family Reunification Parol Process for Haiti, Project Approved | Dated | June 9, 2023 |
| 000164-000165 | 3-DHS-INS | DHS, Redacted OHSS & OP&S emails Haiti TPS Stats | Dated | April 15, 2025 |
| 000166 | 3-DHS-INS | DHS, USCIS, Off. of Policy and Strategy, Policy Research Division, estimate as of May 2025. | Last Visited | May 01, 2025 |
| 000167-000171 | 3-DHS-INS | Fraud Detection and National Security Directorate, TPS Haiti Fraud, National Security, Public Safety with Groupings, as of September 10, 2025. | Last Updated | 9/10/2025 |
| 000172 | 3-DHS-INS | Off. of Homeland Security Statistics, DHS, Analysis of ICE ERO data as of August 31, 2025 | Dated | Aug. 31, 2025 |
| 000173-000174 | 3-DHS-INS | Off. of Homeland Security Statistics, DHS, Haiti TPS Request Info, estimate as of Sept. 30, 2025. | Published | Sep. 30, 2025 |
| 000175 | 3-DHS-INS | Off. of Perf. Quality, USCIS, DHS, TPS Beneficiaries | Dated | May 1, 2025 |
| 000176-000177 | 3-DHS-INS | Off. of Perf. and Quality, USCIS, DHS, Adv. Parole Haiti | Dated | April 24, 2025 |
| 000178 | 3-DHS-INS | Off. of Performance and Quality, USCIS, DHS, TPS Beneficiaries, estimates as of Oct. 5, 2025. | Published | Oct. 05, 2025 |
| 000179-000181 | 3-DHS-INS | Policy Research Division, Office of Policy and Strategy, USCIS, DHS, NIV vs. I94 estimate as of Oct. 1, 2025. | Published | Oct. 01, 2025 |
| 000182-000194 | 3-DHS-INS | USCIS, DHS, Decision Memo Att C. Office of Policy and Strategy Policy Research Division TPS Policy Considerations Report | Dated | Oct. 1, 2025 |
| 000195-000206 | 3-DHS-INS | USCIS, DHS, Decision Memo S1 signed Oct. 29, 2025 on the Termination of TPS for Haiti | Dated | Nov. 19, 2025 |
| 000207-000221 | 3-DHS-INS | USCIS, DHS, Decision Memo, Att B, Office of Refugee Affairs and Int'l Operations Country of Origin Report - Haiti | Last Updated | 9/12/2025 |
| 000222-000247 | 3-DHS-INS | USCIS, DHS, Decision Memo, Att D. June 4 Signed Decisio Memo Attachments A, B and C | Undated | |
| 000248-000255 | 3-DHS-INS | USCIS, DHS, Decision Memo, Att D. June 4 Signed Decision Memorandum for the Secretary, Temporary Protected Status for Haiti | Dated | 06/04/2025 |
| 000256-000258 | 3-DHS-INS | USCIS, DHS, Fraud Detection and National Security Directorate, estimates as of Sept 9, 2025 or Aug. 7, 2025 (depending on search parameter). | Published | Sep. 9, 2025 |
| 000259 | 3-DHS-INS | USCIS, DHS, Fraud Detection and National Security Directorate, Haiti TECS hits data | Undated | |
| 000260-000261 | 3-DHS-INS | USCIS, DHS, Off. of Performance and Quality, Haiti Advance Parole Receipt Count, FY2010 2025 estimates as of Sept. 11, 2025. | Published | Sep. 11, 2025 |

AR Index
Termination of the Designation of Haiti for Temporary Protected Status

| | | | | |
|---|---|---|---|---|
| 000262-000267 | 4-USGovt | Carla Y. Davis-Castro, Latin America and the Caribbean: Fact Sheet on Leaders and Elections, Congressional Research Service Product | Published | Feb. 21. 2025 |
| 000268-000331 | 4-USGovt | CBP, DHS, Entry. Exit Overstay Report. Fiscal Year 2024 Report to Congress | Published | July 16, 2025 |
| 000332-000340 | 4-USGovt | CBP, U.S. Border Patrol and Office of Field Operations Encounters by Area of Responsibility and Component | Last Updated | Sep. 19, 2025 |
| 000341-000359 | 4-USGovt | Central Intelligence Agency World Factbook, Haiti | Published | Oct. 1, 2025 |
| 000360-000382 | 4-USGovt | Clare Ribando Seelke and Karla I. Rios, Haiti: Recent Developments and U.S. Policy, Congressional Research Service | Published | Feb. 1, 2024 |
| 000383-000408 | 4-USGovt | DOS, 2023 Country Reports on Human Rights Practices: Haiti | Published | Apr. 23, 2024 |
| 000409-000410 | 4-USGovt | DOS, Consultation between DHS and State pertaining to TPS determination, Sept 5, 2025. | Dated | 9/5/2025 |
| 000411-000413 | 4-USGovt | DOS, Deportation Actions Against U.S. Legal Permanent Residents Affiliated with Haitian Foreign Terrorist Organization Viv Ansanm | Published | July 21, 2025 |
| 000414-000416 | 4-USGovt | DOS, Fact Sheet, Designation of Viv Ansanm and Gran Grif | Published | May 2, 2025 |
| 000417-000419 | 4-USGovt | DOS, Haiti Travel Advisory | Published | Sep. 18, 2024 |
| 000420-000431 | 4-USGovt | DOS, Monthly Nonimmigrant Visa Issuance Statistics | Last Updated | May 2025 |
| 000432-000434 | 4-USGovt | DOS, On the Next Steps to Restoring Security in Haiti | Published | Oct. 1, 2025 |
| 000435-000443 | 4-USGovt | DOS, Secretary of State Marco Rubio with Ainsley Erhardt, Brian Kilmeade, and Lawrence Jones of Fox and Friends | Published | Sep. 23, 2025 |
| 000444-000445 | 4-USGovt | Security Alert: U.S. Embassy Port-au-Prince, Haiti, U.S. Embassy in Haiti | Published | Mar. 18, 2024 |
| 000446-000448 | 4-USGovt | DOS, Terrorist Designations of Viv Ansanm and Gran Grif | Published | May 2, 2025 |
| 000449-000452 | 4-USGovt | ICE, DHS, ICE-ERO Boston arrests Haitian gang member with numerous convictions | Published | Jan. 24, 2025 |
| 000453-000454 | 4-USGovt | ICE, ICE arrests illegal alien from Haiti connected to criminal terrorist organizations | Published | Sep. 25, 2025 |
| 000455-000457 | 4-USGovt | Karla I. Rios, Haiti in Crisis, What Role for a Multinational Security Support Mission? Congressional Research Service | Published | Dec. 27, 2024 |
| 000458-000460 | 4-USGovt | Karla Rios, Haiti in Crisis: Developments Related to the Multinational Security Support Mission, US Congressional Research Service: Foreign Affairs Division | Published | June 3, 2025 |
| 000461-000471 | 4-USGovt | Matter of Dhanasar, 26 I&N Dec. 884, 890-91 | Published | Dec. 27, 2016 |
| 000472-000485 | 4-USGovt | Matter of D-J-, 23 I&N Dec. 572, 579-81 | Published | April 17, 2003 |
| 000486-000489 | 4-USGovt | U.S. Coast Guard News, Coast Guard repatriates 191 aliens to Haiti | Published | Sep. 2, 2025 |
| 000490 | 4-USGovt | U.S. Embassy in Haiti, Immigrant Visas | Last Visited | Sep. 22, 2025 |
| 000491-000492 | 4-USGovt | U.S. Mission to the Organization of American States, "U.S. Remarks Call for Coordinated UN Action in Support of Haiti" | Published | Sept. 11, 2025 |
| 000493 | 4-USGovt | U.S. Mission to the UN, "Explanation of Vote Following the Adoption of a UN Security Council Resolution on Haiti" | Published | Oct. 17, 2025 |
| 000494 | 4-USGovt | U.S. Mission to the UN, Remarks at a UN Security Council Briefing on Haiti | Published | Oct. 22, 2025 |
| 000495-000496 | 4-USGovt | U.S. Mission to the UN, Remarks at a UN Security Council Briefing on Haiti | Published | Aug. 28, 2025 |
| 000497-000498 | 4-USGovt | U.S. Mission to the UN, "U.S. Representative to the United Nations, Ambassador Mike Waltz's Interview with Martha Maccallum on Fox News" | Published | Oct. 1, 2025 |
| 000499-000509 | 5-NonUSGovt | New York Times, Frances Robles, Haiti's Many Problems and Very Few Solutions, Explained | Published | Nov. 17, 2024 |
| 000510-000529 | 5-NonUSGovt | United Nations Integrated Office in Haiti, Quarterly Report on the Human Rights Situation in Haiti April – June 2025, | Published | Aug. 1, 2025 |
| 000530 | 5-NonUSGovt | Voice of America, Wilner Bossou, VOA Creole: MSF reports 150 new cholera cases in Haiti | Published | Mar. 11, 2025 |
| 000531-000536 | 5-NonUSGovt | World Bank, World Bank Announces New Strategy for Haiti | Published | Mar. 4, 2025 |
| 000537-000545 | 5-NonUSGovt | Al Jazeera, Haiti declares curfew after 4,000 inmates escape jail amid rising violence | Published | Mar. 4, 2024 |
| 000546-000555 | 5-NonUSGovt | Al Jazeera, Haiti names new head of transitional council ahead of scheduled elections | Published | Aug. 7, 2025 |
| 000556-000570 | 5-NonUSGovt | Al Jazeera, Jillian Kestler-D'Amours, Who are Haiti's gangs and what do they want? All you need to know | Published | Mar. 13, 2024 |
| 000571-000587 | 5-NonUSGovt | Amnesty International, Gang Violence and Unrest in Haiti | Last Visited | Oct. 24, 2025 |
| 000588-000595 | 5-NonUSGovt | Dánica Coto, With fear and hope, Haiti warily welcomes new governing council as gang-ravaged country seeks peace | Published | Apr. 25, 2024 |
| 000596-000602 | 5-NonUSGovt | AP News, Evens Sanon and Dánica Coto, Transitional council in Haiti to choose new leaders is formally established amid gang violence | Published | Apr. 12, 2024 |
| 000603-000609 | 5-NonUSGovt | AP News, FAA extends ban on US commercial flights to Haiti's capital because of risk from gangs | Published | Sep. 8, 2025 |
| 000610-000617 | 5-NonUSGovt | AP News, Flights Resume at Haiti's Second International Airport | Published | Jan. 19, 2025 |
| 000618-000625 | 5-NonUSGovt | AP News, Haiti declares a 3-month state of emergency as gangs ravage country's central region | Published | Aug. 9, 2025 |
| 000626-000631 | 5-NonUSGovt | AP News, Haiti Receives Support from Kenyan Police as Multinational Security Mission Begins | Published | Feb. 6, 2025 |
| 000632-000641 | 5-NonUSGovt | AP, Gang violence in Haiti is escalating and spreading with a significant increase in killings | Published | Sep. 27, 2023 |
| 000642-000645 | 5-NonUSGovt | BBC News, Haiti airport reopens after weeks of gang violence | Published | May 20, 2024 |
| 000646-000655 | 5-NonUSGovt | Beatrice Dain & Jeanne Batalova, Migration Policy Inst., Haitian Immigrants in the United States | Published | Nov. 8, 2023 |
| 000656-000667 | 5-NonUSGovt | Caitlin Stephen Hu, et al, CNN, FAA grounds all US flights to Haiti after three planes were struck by gunfire | Published | Nov. 12, 2024 |
| 000668-000673 | 5-NonUSGovt | Danica Coto, AP News, Haiti's main airport reopens nearly 3 months after gang violence forced it closed | Published | May 20, 2024 |

AR Index
Termination of the Designation of Haiti for Temporary Protected Status

| 000674-000684 | 5-NonUSGovt | Diana Roy and Rocio Cara Labrador, Council on Foreign Relations, Haiti's Troubled Path to Development | Published | June 25, 2024 |
|---|---|---|---|---|
| 000685-000689 | 5-NonUSGovt | Dominican Today, Insecurity stalls Haiti's tourism growth in 2024 | Published | Dec. 31, 2024 |
| 000690-000694 | 5-NonUSGovt | Edith M. Lederer, AP News, US and Panama propose new force of 5,550 in Haiti with the power to detain gang suspect, | Published | Sep. 4, 2025 |
| 000695-000700 | 5-NonUSGovt | Evens Sanon & Megan Jenetsky, AP News, Haiti's main airport shuts down as gang violence surges and a new prime minister is sworn in | Published | Nov. 11, 2024 |
| 000701-000705 | 5-NonUSGovt | Evens Sanon, AP News, Haiti's first domestic flight takes off since gangs halted commercial air travel last year | Published | June 12, 2025 |
| 000706-000716 | 5-NonUSGovt | Freedom House. Freedom in the World 2024 - Haiti (2024) | Last Updated | 2025 |
| 000717-000718 | 5-NonUSGovt | UN News, Global education fund announces $2.5 million grant for Haiti | Published | Jul. 26, 2024 |
| 000719-000768 | 5-NonUSGovt | Global Initiative Against Transnational Organized Crime, Romain Le Cour Grandmaison, et al, A Critical Moment, Haiti's Gang Crisis and International Responses | Published | Feb. 2024 |
| 000769 | 5-NonUSGovt | Haiti Libre, Haiti-Recession, Haiti's economy in free fall-10.5% of GDP in total over 5 years | Published | Mar. 1, 2024 |
| 000770-000796 | 5-NonUSGovt | Haiti travel advice, Government of Canada, | Last Updated | Jan. 3, 2025 |
| 000797-000800 | 5-NonUSGovt | Haitian Times, FAA Extends U.S. Flight Ban to Haiti's Capital Through Summer 2025 | Published | Mar. 12, 2025 |
| 000801-000815 | 5-NonUSGovt | Human Rights Watch, Haiti: Criminal Violence, Hunger Trapping Children | Published | Oct. 9, 2024 |
| 000816-000823 | 5-NonUSGovt | Human Rights Watch, World Report 2025 – Haiti | Published | Jan. 16, 2025 |
| 000824-000833 | 5-NonUSGovt | Human Rights Watch. (2025). Haiti: Events of 2024. | Last Updated | 2025 |
| 000834-000837 | 5-NonUSGovt | Human Rights Watch. Haiti, Escalating Violence; Humanitarian Crisis. | Published | Jan. 16, 2025 |
| 000838-000852 | 5-NonUSGovt | Human Rights Watch. Haiti: Scarce Protection as Sexual Violence Escalates. | Published | Nov. 25, 2024 |
| 000853 | 5-NonUSGovt | IciHaiti, Cholera present in IDP camps | Published | Sep. 26, 2025 |
| 000854-000859 | 5-NonUSGovt | InSight Crime, Drone Strikes Shake Haiti's Gangs but Leave Legal and Strategic Questions | Published | June 24, 2025 |
| 000860-000865 | 5-NonUSGovt | InSight Crime, Haiti | Published | Feb. 6, 2025 |
| 000866-000902 | 5-NonUSGovt | InSight Crime, InSight Crime's 2024 Homicide Round-Up | Published | Feb. 26, 2025 |
| 000903-000930 | 5-NonUSGovt | International Crisis Group, Locked in Transition, Politics and Violence in Haiti | Published | Feb. 19, 2025 |
| 000931-000969 | 5-NonUSGovt | International Crisis Group, Crisis Watch February 2025 | Published | Feb. 2025 |
| 000970-001007 | 5-NonUSGovt | Int'l Federation of Red Cross and Red Crescent Societies, Haiti Earthquake and Cholera Emergency Appeal (MDRHT018), Final Report | Published | Feb. 13, 2025 |
| 001008-001021 | 5-NonUSGovt | Int'l Organization for Migration, Engaging the Haitian Diaspora | Published | Sep. 10, 2013 |
| 001022-001031 | 5-NonUSGovt | Int'l Organization for Migration, Haiti Crisis Response Plan 2025 | Published | Dec. 17, 2024 |
| 001032-001038 | 5-NonUSGovt | Int'l Organization for Migration, Haitians deported to Haiti: Profiles, migration experience and intentions of Haitians deported in 2024 | Published | Mar. 17, 2025 |
| 001039-001046 | 5-NonUSGovt | Int'l Organization for Migration, Violence Triggers Record Displacements in Port-au-Prince: Over 60,000 People in a Month | Published | Mar. 18, 2025 |
| 001047-001049 | 5-NonUSGovt | Joanne Clark, Caribbean National Weekly, World Bank to invest US$320 million to support Haiti | Published | Mar. 7, 2025 |
| 001050-001053 | 5-NonUSGovt | Jose Flécher, The Haitian Times, Haiti's costly presidential council on brink of collapse amid deepening corruption scandal | Published | Oct. 15, 2024 |
| 001054-001061 | 5-NonUSGovt | Juhakenson Blaise, The Haitian Times, 144 Kenyan officers, Salvadoran helicopters, and U.S. support bolster Haiti security efforts | Published | Feb. 7, 2025 |
| 001062-001064 | 5-NonUSGovt | Juhakenson Blaise, The Haitian Times, Haiti registers a whopping 6M voters amid mass displacements, officials say. | Published | Sep. 12, 2025 |
| 001065-001069 | 5-NonUSGovt | Juhakenson Blaise, The Haitian Times, Haitians reject draft constitution over concerns of fragmentation and weakened democracy | Published | June 9, 2025 |
| 001070-001075 | 5-NonUSGovt | Juhakenson Blaise, The Haitian Times, Key takeaways from Haiti's multinational mission: progress, setbacks, and future challenges, | Published | Jan. 8, 2025 |
| 001076-001078 | 5-NonUSGovt | Medecins Sans Frontieres (MSF, Doctors Without Borders), Violence and threats by police force MSF to suspend activities in Port-au-Prince metropolitan area. | Published | Nov. 20, 2024 |
| 001079-001091 | 5-NonUSGovt | Médecins Sans Frontières, Crisis in Haiti, What to know | Published | Jan. 23, 2025 |
| 001092-001101 | 5-NonUSGovt | Miami Herald, Jacqueline Charles, 'Gang Suppression Force' to replace Haiti's Kenya-led mission under U.S. proposal | Published | Aug. 31, 2025 |
| 001102-001107 | 5-NonUSGovt | Miami Herald, Jacqueline Charles, UN directs $9 million in emergency funds to Haiti amid worsening humanitarian crisis | Published | Sep. 10, 2025 |
| 001108-001117 | 5-NonUSGovt | Migration Policy Institute, Haitian Immigrants in the United States | Published | Nov. 8, 2023 |
| 001118-001128 | 5-NonUSGovt | Migration Policy Institute, Haitian Migration through the Americas: A Decade in the Making | Published | Sep. 30, 2021 |
| 001129-001140 | 5-NonUSGovt | Nathalye Cotrino, Human Rights Watch, Children Are Among the Hardest Hit by Haiti's Violence | Published | Jun. 5, 2024 |
| 001141-001146 | 5-NonUSGovt | New York Times, Haiti Doesn't Make Guns. So How Are Gangs Awash in Them? | Published | Mar. 20, 2025 |
| 001147-001157 | 5-NonUSGovt | Office of the High Commissioner for Human Rights, Report, UN Experts Urge Immediate Action to End Spiraling Violence in Haiti | Published | Apr. 5, 2025 |
| 001158-001168 | 5-NonUSGovt | Pan American Health Organization, Who We Are | Last Visited | Oct. 23, 2025 |
| 001169-001172 | 5-NonUSGovt | Pan American Health Organization, WHO, Health Cluster Situation Report No. 26. Humanitarian Situation in Haiti. 13 September 2025, | Published | Sep. 23, 2025 |
| 001173-001178 | 5-NonUSGovt | Pan American Health Organization, WHO, Hope amid hardship: Battling cholera in Haiti's displacement camps | Published | Aug. 2025 |
| 001179-001182 | 5-NonUSGovt | REACH, Haiti, A Deepening Public Health Crisis – January 2025 | Published | Feb. 6, 2025 |
| 001183-001184 | 5-NonUSGovt | Red Cross, Preventing disease and improving health care factsheet, November 2024 | Published | Nov. 2024 |

AR Index
Termination of the Designation of Haiti for Temporary Protected Status

| 001185-001187 | 5-NonUSGovt | FAA extends ban on U.S. flights to Port-au-Prince through Sept. 8. | Published | Mar. 11, 2025 |
|---|---|---|---|---|
| 001188-001197 | 5-NonUSGovt | Reuters, Haiti prison break leaves 12 dead as inmates go hungry | Published | Aug. 16, 2024 |
| 001198-001211 | 5-NonUSGovt | Sandra Pellegrini, Armed Conflict Location and Event Data, Viv Ansanm, Living together, fighting united – the alliance reshaping Haiti's gangland. | Published | Oct. 16, 2024 |
| 001212-001227 | 5-NonUSGovt | Sarah Morland, Reuters, Haiti leader says long-awaited general elections penned for November | Published | Jan. 29, 2025 |
| 001228-001239 | 5-NonUSGovt | Security Council Report. January 2025 Monthly Forecast, Haiti. | Published | Dec. 30, 2024 |
| 001240-001243 | 5-NonUSGovt | The Guardian, Haiti declares state of emergency after thousands of dangerous inmates escape | Published | Mar. 4, 2024 |
| 001244-001252 | 5-NonUSGovt | The Miami Herald, Jacqueline Charles, Some Haiti leaders seek to reconfigure political transition panel amid bribery scandal | Published | Jan. 8, 2025 |
| 001253-001260 | 5-NonUSGovt | U.S. Institute of Peace, Nicolás Devia-Valbuena, et al, How to Avert a Gang Takeover of Haiti | Published | Mar. 7, 2024 |
| 001261-001272 | 5-NonUSGovt | U.S. Institute of Peace, Kirk Randolph, et al, How to Break Gangs' Grip on Haiti | Published | Mar. 13, 2025 |
| 001273-001275 | 5-NonUSGovt | UN Integrated Office in Haiti, SRSG's Statement to Security Council | Published | Oct. 22, 2024 |
| 001276-001282 | 5-NonUSGovt | UN News, As violent gangs extend control in Haiti, UN commits to staying the course | Published | Nov. 21, 2024 |
| 001283-001292 | 5-NonUSGovt | UN News, Haiti. Gangs have more firepower than the police | Published | Apr. 4, 2024 |
| 001293-001294 | 5-NonUSGovt | UN News, Haiti's children: Crisis demands urgent action | Published | Dec. 2, 2024 |
| 001296-001299 | 5-NonUSGovt | UN News, Top United Nations Officials urge Swift Global Action as Haiti Nears Collapse | Published | July 2, 2025 |
| 001300-001303 | 5-NonUSGovt | UN OCHA, Haiti Emergency Situation Report No. 29 (as of 18 July 2024). | Published | Jul. 18, 2024 |
| 001304-001307 | 5-NonUSGovt | UN Office on Drugs and Crime, UN Security Council Briefing on the Situation in Haiti | Published | July 2, 2025 |
| 001308-001312 | 5-NonUSGovt | United Nations, OHCHR, Haiti: Over 5,600 killed in gang violence in 2024, UN figures show | Published | Jan. 7, 2025 |
| 001313-001328 | 5-NonUSGovt | UN OHCHR, Situation of human rights in Haiti - Interim report of the United Nations High Commissioner for Human Rights - Advance edited version  (A/HRC/57/41) | Published | Sept. 26, 2024 |
| 001329-001333 | 5-NonUSGovt | UN Security Council, Haiti Running Out of Time, Delegate Warns Security Council, Noting Possible Fall of Capital to Gangs Cannot Be Allowed | Published | Apr. 21, 2025 |
| 001334 | 5-NonUSGovt | UN Security Council, Letter dated 29 Nov. 2024 from the President of the Security Council addressed to the Secretary-General | Published | Nov. 29, 2024 |
| 001335-001351 | 5-NonUSGovt | UN Security Council, Report of the Secretary-General on Haiti | Published | June 27, 2025 |
| 001352-001353 | 5-NonUSGovt | UN Security Council, Resolution 2751 (2024) | Published | Sep. 30, 2024 |
| 001354-001373 | 5-NonUSGovt | UN, Quarterly Report on the Human Rights Situation in Haiti | Published | Aug. 1, 2025 |
| 001374-001388 | 5-NonUSGovt | UN, Security-General's remarks to the Security Council – on Haiti [trilingual, as delivered; scroll down for all-English and all-French) | Published | Aug. 28, 2025 |
| 001389-001393 | 5-NonUSGovt | UNICEF, Haiti Humanitarian Flash Update No. 2 (May 2025) | Last Visited | Oct. 12, 2025 |
| 001394-001403 | 5-NonUSGovt | UN UNICEF, Haiti Humanitarian Situation Report No. 9, Oct. 2024 | Published | Nov. 24, 2024 |
| 001404-001424 | 5-NonUSGovt | United Nations International Office of Migration (UN IOM), Haiti — Report on the internal displacement situation in Haiti — Round 8. | Published | Sept. 2024 |
| 001425-001429 | 5-NonUSGovt | United Nations, Security Council Authorizes Transition of Multinational Security Support Mission in Haiti to Gang Suppression Force | Published | Sep. 30, 2025 |
| 001430-001436 | 5-NonUSGovt | UN, The people of Haiti are in a perfect storm of suffering, warns UN chief | Published | Aug. 28, 2025 |
| 001437-001444 | 5-NonUSGovt | UN, UN Security Council approves new 'suppression force' for Haiti amid spiraling gang violence | Published | Sep. 30, 2025 |
| 001445-001451 | 5-NonUSGovt | World Bank Group, The World Bank in Haiti | Published | Nov. 6, 2024 |
| 001452-001477 | 5-NonUSGovt | World Bank, Glimmers of hope as Haiti navigates its lingering crisis | Published | Dec. 20, 2024 |
| 001478-001484 | 5-NonUSGovt | World Bank, The World Bank in Haiti | Last Updated | Apr. 28, 2025 |
| 001485-001490 | 5-NonUSGovt | World Bank, The World Bank in Haiti (Nov. 2024) | Last Updated | Nov. 6, 2024 |
| 001491-001493 | 5-NonUSGovt | World Food Programme, WFP Haiti Country Brief January 2025 | Published | Jan 2025 |
| 001494-001501 | 5-NonUSGovt | World Food Programme, "Hunger in Haiti reaches historic high with one-in-two Haitians now in acute hunger" Sept. 30, 2024 | Published | Sept 30, 2024 |
| 001502-001537 | 5-NonUSGovt | UN Integrated Office in Haiti, Intensification of Criminal Violence in Lower Artibonite, The Center Department, and Regions Located East of the Metropolitan Area of Port-au-Prince | Published | July 2025 |

4