# EXHIBIT A

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*Office of the Director*
Camp Springs, MD 20588-0009



**U.S. Citizenship
and Immigration
Services**

**October 29, 2025**

**DECISION**

MEMORANDUM FOR THE SECRETARY

FROM:     Joseph B. Edlow
          Director

SUBJECT:  **Decision Memorandum on the Termination of Temporary Protected
          Status Designation for Haiti**

HaitiTPSAR000195



**Secretary's Decision:**

1. _Terminate_: *Terminate Haiti's designation*

   Specify the Effective Date of the Termination (if other than recommended): _____

   Approve/date _____ 11-19-25

HaitiTPSAR000206