# EXHIBIT F



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*Office of Policy and Strategy*
5900 Capital Gateway Drive
Camp Springs, MD 20588-0009

October 1, 2025

## TEMPORARY PROTECTED STATUS (TPS) POLICY CONSIDERATIONS: Haiti (October 2025)[1]

### Overview of Current Country Conditions

Haiti was first designated for Temporary Protected Status more than fifteen years ago on January 21, 2010 upon DHS finding extraordinary and temporary conditions existed that prevented Haitian nationals from returning in safety.[2] In July 2025, DHS determined that Haiti no longer meets TPS criteria and announced the termination of its designation, initially set for September 2, 2025.[3] In spite of Section 244 of the Immigration and Nationality Act making Temporary Protected Status decisions not subject to judicial review, a July 2025 final ruling delayed the effective date of the termination to no earlier than February 3, 2026.[4]

While country conditions in Haiti may still be challenging, as described in the reports supporting the Secretary's June 4, 2025, decision to terminate TPS for Haiti, there have been improvements.

Haiti continues to experience gang violence. Gangs, some linked to political elites, have amassed control over 90% of Port-au-Prince and key regions in Haiti, weakening state authority and blocking access routes to the capital.[5,6] However, there are some areas of improvement in the transportation and governance that offer signs of optimism.[7] Domestic flights have resumed at Haiti's main international airport, though international flights are still suspended and the Federal

---

[1] The reporting period for this report is January 1, 2025, to September 30, 2025.
[2] *See Designation of Haiti for Temporary Protected Status*, 75 FR 3476 (Jan. 12, 2010).
[3] *See Termination of the Designation of Haiti for Temporary Protected Status*, 90 FR 28760 (Jul. 1, 2025).
[4] *Haitian Evangelical Clergy Ass'n v. Trump*, No. 25-cv-1464 (E.D.N.Y.) (July 15, 2025)
[5] UN News, Top United Nations Officials urge Swift Global Action as Haiti Nears Collapse (Jul. 2, 2025), available at https://press.un.org/en/2025/sc16111.doc.htm
[6] UN Security Council, Report of the Secretary-General on Haiti (Jun. 27, 2025,) available at https://digitallibrary.un.org/record/4084794/files/S_2025_418-EN.pdf
[7] Juhakenson Blaise, Haiti registers a whopping 6M voters amid mass displacements, officials say, The Haitian Times (Sep. 12, 2025), available at https://haitiantimes.com/2025/09/12/haiti-oni-registers-millions-voters/

HaitiTPSAR000182

DHS records indicate some members of the Haiti Temporary Protected Status population have been under administrative investigation for risk to national security or public safety, or for attempting to obtain immigration benefits through fraud or misrepresentation. ▮

▮ As of September 9, 2025, Fraud Detection and National Security-Data System NexGen data also shows approximately 2,327 of the Haiti Temporary Protected Status population (including current beneficiaries and applicants with pending applications) has a record where fraud was found, 512 had a record which was investigated but fraud was not found, and 273 had a record which was inconclusive regarding fraud.[48] NextGen data also shows 865 aliens of the Haiti Temporary Protected Status population (including current beneficiaries and applicants with pending applications) had Public Safety records, of which 369 had Egregious Public Safety (EPS)[49] records, and 51 had National Security Related Information (NSRI) records.[50] This information should be taken into consideration when evaluating whether a Temporary Protected Status decision for Haiti aligns with the national interest of the United States.

**TPS as a Likely "Pull Factor" Driving Haiti's Irregular Migration to the U.S.**

Challenges such as poverty, chronic political instability, and devastating natural disasters have historically driven Haitian migration.[51] There is empirical evidence to suggest that Temporary Protected Status designations—particularly repeated new designations— contribute as a pull factor for illegal immigration, especially when combined with other factors, such as broader immigration policies or perceptions of leniency in enforcement.[52] As of 2022, approximately 731,000 Haitian immigrants resided in the United States, comprising the country's 15th largest



---

[48] USCIS Internal Data, Fraud Detection and National Security Directorate, FDNS-DS NexGen data, TPS Haiti, as of Sept. 9, 2025.

[49] The *Memorandum of Agreement Between USCIS and ICE Regarding the Referral of Immigration Benefit Fraud and Public Safety Cases,* Dec.2020 (USCIS-ICE MOA) defines an EPS case as one where an unlawful immigrant is under investigation or arrest or was convicted of certain criminal acts. These criminal acts include those defined in INA 101(a)(43) such as murder, rape, or sexual abuse of a minor, illicit trafficking of controlled substances, illicit trafficking in firearms or destructive devices, or crimes of violence with a penalty of at least 1 year.

[50] USCIS Internal Data, Fraud Detection and National Security Directorate, FDNS-DS NexGen data, TPS Haiti, as of Sept. 9, 2025.

[51] Diana Roy and Rocio Cara Labrador, Haiti's Troubled Path to Development, Council on Foreign Relations (Jun. 25, 2024), available at https://www.cfr.org/backgrounder/haitis-troubled-path-development

[52] Migration Policy Institute, Haitian Migration through the Americas: A Decade in the Making, (Sept. 30, 2021), https://www.migrationpolicy.org/article/haitian-migration-through-americas

5

HaitiTPSAR000186