# EXHIBIT L



SUMMARY: TPS HAITI PARTIAL VACATUR

ES  25-07536

TYPE OF ACTION: S1 SIGNATURE

| DEPARTMENT OF HOMELAND SECURITY | | STORM # | | SENIOR LIAISON OFFICER: |
|---|---|---|---|---|
| RECORD OF CLEARANCE AND APPROVAL | | 25-07536 | | LAWRENCE INDYK |
| LEAD COMPONENT: OGC | | DATE SUBMITTED TO FO: 02/14/25 | | DRAFT RECEIVED DATE: 02/14/25 |

SUMMARY OF DOCUMENT: TPS HAITI PARTIAL VACATUR

**ATTACHMENT A: DECISION DOCUMENT**
**ATTACHMENT B: DRAFT FEDERAL REGISTER NOTICE**
**ATTACHMENT C: JULY 2024 PACKAGE - TPS LEGAL AUTHORITY**
**ATTACHMENT D: JULY 2024 PACKAGE - USCIS COUNTRY CONDITIONS**
**ATTACHMENT E: JULY 2024 PACKAGE - DEPARTMENT OF STATE RECOMMENDATION & COUNTRY CONDITIONS**
**ATTACHMENT F: JULY 2024 PACKAGE - SIGNED DECISION DOCUMENT**
**ATTACHMENT G: JULY 2024 PACKAGE- PUBLISHED FEDERAL REGISTER NOTICE**

| OFFICE | SIGNATURE | DATE | COMMENTS |
|---|---|---|---|
| SENIOR COUNSELOR (ROB LAW) | RL | 2/14 | CLEAR |
| SENIOR ADVISOR (JIMMY PERCIVAL) | JP | 2/14 | CLEAR |
| SENIOR ADVISOR (JOSEPH N. MAZZARA) | JM | 2/15 | CLEAR |
| JOSEPH GUY SENIOR ADVISOR | JG | 2/15 | CLEAR |
| SENIOR ADVISOR (TROUP HEMENWAY) | TH | 2/15 | CLEAR |
| SENIOR ADVISOR (TROY EDGAR) | TE | 2/15 | CLEAR |
| CHIEF ADVISOR COREY LEWANDOWSKI | *(signature)* | 2/c7 | (ALSO PROVIDED VIA EMAIL) |
| S1 | *(signature)* | 2/18/25 | — |

| AFTER REVIEW RETURN TO: | TELEPHONE |
|---|---|
| ▮▮▮▮▮, EXECUTIVE SECRETARIAT | ▮▮▮▮▮ |

APPROVED FOR AUTOPEN: _____ YES _____ NO   DATE AND INITIALS FOR AUTOPEN APPROVAL: _____   ☐ ☐

HT Vacatur AR_0164