# EXHIBIT M

SUMMARY: TPS DESIGNATIONS FOR EL SALVADOR, HONDURAS, AND NICARAGUA

ES 17-6549    WF 1152685    TYPE OF ACTION: AS1 SIGNATURE

| DEPARTMENT OF HOMELAND SECURITY RECORD OF CLEARANCE AND APPROVAL | ES 17-6549 | WF 1152685 | |
|---|---|---|---|
| COMPONENT TASKED: USCIS | DRAFT DUE DATE: N/A | | DRAFT RECEIVED DATE: N/A |
| DATE SUBMITTED TO FO: 10/31/2017 | DATE PACKAGED: 10/31/2017 | | DATE APPROVED/SIGNED: |

SUMMARY OF DOCUMENT: TPS DESIGNATIONS FOR EL SALVADOR, HONDURAS, AND NICARAGUA
PLCY MEMO IS UNDER RCA.

ATTACHMENTS:
TAB 1: ACTION MEMORANDUM – EL SALVADOR TPS
TAB 2: TPS CONSIDERATIONS: EL SALVADOR (JUNE 2017)
TAB 3: ACTION MEMORANDUM – HONDURAS TPS
TAB 4: TPS CONSIDERATIONS: HONDURAS (APRIL 2017)
TAB 5: ACTION MEMORANDUM – NICARAGUA TPS
TAB 6: TPS CONSIDERATIONS – NICARAGUA (APRIL 2017)
TAB 7: ATTACHMENT – TPS LEGAL AUTHORITY

| CLEARED BY | DATE | CLEARED BY | DATE |
|---|---|---|---|
| MGMT/LAURIE BOULDEN | 10/27/2017 | ICE/MATHEW BRODMAN | 10/30/2017 |
| OGC/DIMPLE SHAH* ██████████ | 10/31/2017 | PLCY/JAMES NEALON* (NON-CONCUR WITH USCIS RECOMMENDATION) | 10/31/2017 |
| FO STAFF/NICHOLE LILLIBRIDGE | 10/31/2017 | | |

| SIGNATURE NEEDED BY DATE | N/A | REASON | |
|---|---|---|---|

| OFFICE | SIGNATURE | DATE | COMMENTS |
|---|---|---|---|
| EXECUTIVE SECRETARY | *[signature]* | 10/31/17 | |
| S2 — CHIEF OF STAFF | KNS | 10/31 | |
| SOPDDS | CB | *[illegible]* | *[handwritten illegible]* |
| S1 — DEPUTY CHIEF OF STAFF | | | El Salvador decision not needed until Jan. Haiti not in this package. -Stronger case for team Nicaragua. Hon & ES case is weaker. |
| ACTING CHIEF OF STAFF | | | -Concerns of ongoing security operations maybe. Reviewing Electronically - impacted of the *[illegible]* well |
| ACTING SECRETARY | *[signature] EN* | 11/10 | Separate by Cntr *[illegible]* |

AFTER REVIEW RETURN TO:
AMANDA BAORI-COLSON, COMPONENT LIAISON COORDINATOR, EXECUTIVE SECRETARIAT    TELEPHONE: ██████████

APPROVED FOR AUTOPEN: ____ YES ____ NO   DATE AND INITIALS FOR AUTOPEN APPROVAL: _____  ☐ ☐

AR-NICARAGUA-00000137

DPP_00003585