# EXHIBIT N

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

FRITZ EMMANUEL LESLY MIOT, et al.,

      Plaintiffs,

    v.

DONALD J. TRUMP,
President of the United States, et al.,

      Defendants.

Civil Action No. 25-2471 (ACR)

---

**PLAINTIFFS' REQUESTS FOR PRODUCTION OF**
**DOCUMENTS TO DEFENDANTS**

Plaintiffs, by and through their undersigned counsel, hereby request that Defendants produce for inspection and photocopying all original documents responsive to these requests for production of documents (the "Requests").

**DEFINITIONS**

1.    The term "February 2025 Partial Vacatur" refers to the decision issued by the Secretary of Homeland Security on January 20, 2025, titled *Partial Vacatur of 2024 Temporary Protected Status Decision for Haiti*, 90 Fed. Reg. 10511.

2.    The term "July 2025 Termination Decision" refers to the decision published in the Federal Register on July 1, 2025, titled *Termination of the Designation of Haiti for Temporary Protected Status*, 90 Fed. Reg. 28760.

3.    The term "November 2025 Termination Decision" refers to the decision published in the Federal Register on November 28, 2025, titled *Termination of the Designation of Haiti for Temporary Protected Status*, 90 Fed. Reg. 54733.

4.      The term "TPS Decisions" refers collectively to the February 2025 Partial Vacatur, July 2025 Termination Decision, and November 2025 Termination Decision.

5.      The term "DHS" refers to the U.S. Department of Homeland Security.

6.      The term "DHS Personnel" refers to any current or former officials, employees, agents, contractors, political appointees, or other staff of the DHS, including any DHS component.

7.      The term "USCIS" refers to the U.S. Citizenship and Immigration Services.

8.      The term "DHS Secretary" refers to the individual holding the office of Secretary of the U.S. Department of Homeland Security at any relevant time during the period covered by these requests, including Kristi Noem and any acting or confirmed successor(s) during the period from January 20, 2025 to present.

9.      The term "State Department" refers to the U.S. Department of State.

10.     The term "State Department Personnel" refers to any current or former officials, employees, agents, contractors, political appointees or staff of the State Department, including its components such as U.S. foreign embassies and State Department bureaus.

11.     The term "State Department Haiti Documents" refers to any documents in the possession or control of State Department Personnel concerning Haiti's TPS Designation.

12.     The term "White House" refers to the Executive Office of the President of the United States, including but not limited to, the Office of the Chief of Staff, the Domestic Policy Council, the National Security Council, the White House Counsel's Office, the Office of the Vice President, and any other officials or entities within the Executive Office of the President involved in communications or decision-making related to the Department of Homeland Security or Temporary Protected Status.

13.     The term "National Interest" refers to any consideration, rationale, objective, concern, or justification described, referenced, evaluated, invoked, or applied by DHS, the DHS Secretary, or any other federal agency or official in connection with Temporary Protected Status determinations, including how the term was defined, interpreted, discussed, or operationalized in agency communications, analyses, memoranda, or decision-making materials.

14.     Unless otherwise specified, the time period of each Request for Production shall be from January 20, 2025 to the present.

15.     References in the singular include the plural, and references to the plural include the singular.

## REQUESTS FOR PRODUCTION

**REQUEST NO. 1:**

All communications from January 20, 2025 to present involving the Secretary of Homeland Security, DHS, or DHS Subcomponents, including USCIS, concerning whether to vacate, partially vacate, terminate, or otherwise alter Haiti's Temporary Protected Status (TPS) designation.

**REQUEST NO. 2:**

All documents and communications reviewed, prepared, or relied on by DHS Personnel, USCIS, or the Secretary of Homeland Security and the Secretary's staff from January 20, 2025 to present related to the February 2025 Partial Vacatur.

**REQUEST NO. 3:**

All documents and communications reviewed, prepared, or relied on by DHS Personnel, USCIS, or the Secretary of Homeland Security and the Secretary's staff from January 20, 2025 to present related to the July 2025 Termination Decision.

3

**REQUEST NO. 4:**

All documents and communications reviewed, prepared, or relied on by DHS Personnel, USCIS, or the Secretary of Homeland Security and the Secretary's staff from January 20, 2025 to present related to the November 2025 Termination Decision, including any versions that were produced in redacted form in the Administrative Record, as well as any unredacted or partially unredacted versions thereof.

**REQUEST NO. 5:**

To the extent not already contained in the administrative record, all internal DHS and USCIS documents or communications from January 20, 2025 to present discussing the process followed in evaluating TPS country conditions for Haiti, including whether to initiate, pause, or complete a country conditions review relevant to the TPS Termination Decisions.  This Request includes, but is not limited to: any "Refugee Asylum and International Operations (RAIO) Report[s]" (i.e., any document prepared by "career civil servants" reflecting "a fact-based assessment about the country conditions" in Haiti and "whether the statutory conditions continue to be met with respect to a TPS designation);" any "Director Memo[Randa]" or "Decision Memoranda" (i.e., a "distilled version of the more comprehensive RAIO report"); and any similar memoranda.  *Saget*, 375 F. Supp. 3d at 299-300.

**REQUEST NO. 6:**

Documents and communications reviewed, prepared, or relied on by DHS Personnel or USCIS in evaluating "whether extraordinary and temporary conditions in Haiti that prevent aliens who are Haitian nationals from returning to Haiti in safety continued to exist" as of the date of the November 2025 Termination Decision.

**REQUEST NO. 7:**

All internal DHS memoranda, notes, or guidance from January 20, 2025 to present discussing how to respond to media inquiries regarding the TPS Decisions.

**REQUEST NO. 8:**

All documents or communications from January 20, 2025 to present between DHS officials and external stakeholders (including the State Department, the White House, or any foreign governments) regarding the Haiti TPS designation.

**REQUEST NO. 9:**

Documents sufficient to identify the roles and titles of all DHS Personnel, USCIS, and State Department Personnel who participated in evaluating whether Haiti's TPS designation should be extended, redesignated, "partially vacated" or terminated related to the February 2025 Partial Vacatur.

**REQUEST NO. 10:**

Documents sufficient to identify the roles and titles of all DHS Personnel, USCIS,  and State Department Personnel who participated in evaluating whether Haiti's TPS designation should be extended, redesignated, "partially vacated" or terminated related to the July 2025 Termination Decision.

**REQUEST NO. 11:**

Documents sufficient to identify the roles and titles of all DHS Personnel, USCIS, and State Department Personnel who participated in evaluating whether Haiti's TPS designation should be extended, redesignated, "partially vacated" or terminated related to the November 2025 Termination Decision.

**REQUEST NO. 12:**

All communications or documents from January 20, 2025 to present between DHS Personnel and the White House, including the Executive Office of the President, regarding the TPS designation for Haiti, including but not limited to, communications regarding whether to terminate, extend, or partially vacate the designation, or the political implications of such decisions.

**REQUEST NO. 13:**

All documents sufficient to show the complete administrative record for the February 2025 Partial Vacatur.

**REQUEST NO. 14:**

All State Department Haiti Documents and communications from January 20, 2025 to present concerning the State Department Haiti Documents, including but not limited to:

- Any analyses of Haiti's country conditions prepared for DHS or for the Secretary of State's consideration.

- Any documents prepared by the U.S. Embassy in Haiti concerning TPS, including reporting prepared "under the direction of the local ambassador."

- Any further analysis or review by the applicable regional or policy bureaus relating to Haiti's country conditions or TPS eligibility.

- Any final "Secretary of State memorandum" addressing Haiti's country conditions or TPS. Any draft or "split memorandum" recommending or analyzing alternatives relating to TPS for Haiti.

- Any other documents or assessments prepared by State Department Personnel used, reviewed, or relied upon in evaluating Haiti's TPS designation for the February 2025 Partial Vacatur, July 2025 Termination, or November 2025 Termination Decision.

*Saget v. Trump*, 375 F. Supp. 3d 280, 299-99 (E.D.N.Y. 2018).

**REQUEST NO. 15:**

All documents and communications from January 20, 2025 to present concerning how "the national interest of the United States" under 8 U.S.C. § 1254a(b)(1)(C) was considered, invoked, evaluated, or referenced by DHS Personnel or the Secretary of Homeland Security in connection with the TPS Decisions, including any draft or final materials evaluating whether continued TPS designation for Haiti aligned with or undermined National Interest.

**REQUEST NO. 16:**

All documents and communications concerning the decision of DHS Personnel, USCIS, or the Secretary of Homeland Security to rely on "the National Interest of the United States" under 8 U.S.C. § 1254a(b)(1)(C) as a basis for the TPS Decisions.

**REQUEST NO. 17:**

Documents and communications reviewed, prepared, or relied on by DHS Personnel or USCIS in evaluating whether 'permitting Haitian nationals to remain temporarily in the United States was contrary to "the National Interest of the United States" under 8 U.S.C. § 1254a(b)(1)(C).

**REQUEST NO. 18:**

All documents and communications related to the number of Haitian TPS holders who have lost their TPS individually for committing disqualifying criminal offenses.

**REQUEST NO. 19:**

All documents and communications related to Wisteguens Charles' immigration status as of August 1, 2022.

**REQUEST NO. 20:**

All documents and communications related to the decision to grant white South Africans special refugee status.

**REQUEST NO. 21:**

All documents and communications that were produced by the defendants in *National TPS Alliance v. Mayorkas*, Case No. 3:25-cv-01766-EMC (N.D. Cal.), including but not limited to, all productions of the administrative record, responses to discovery requests, and any documents produced pursuant to meet and confer discussions or court orders.

**REQUEST NO. 22:**

All documents and communications from January 20, 2025 to present that were produced, disclosed, lodged, or otherwise compiled as part of the administrative record, certified administrative record, supplemental administrative record, or extra-record production in any litigation, administrative proceeding, or judicial review challenging or relating to a decision by DHS to designate, extend, redesignate, partially vacate, pause, or terminate Temporary Protected Status for any country.

This 15th day of December, 2025.

/s/ Katelyn W. Harrell
Katelyn W. Harrell
Georgia Bar No. 321101
BRYAN CAVE LEIGHTON PAISNER, LLP
1201 W. Peachtree St. NW
One Atlantic Center, 14th Floor
Atlanta, Georgia 30309
Telephone: (404) 572-6600

Facsimile: (404) 572-6999
Email:  katelyn.harrell@bclplaw.com

*Attorney for Plaintiff*