UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FRITZ EMMANUEL LESLY MIOT, et al.,

        Plaintiff,

    v.

DONALD J. TRUMP, President of the United
States, *et al.*,

        Defendants.

Civil Action No. 25-2471 (ACR)

## DEFENDANTS' RESPONSES TO THE COURT'S ORDER

Pursuant to the Court's order dated December 16, 2025, Defendants Donald J. Trump, United States of America, Department of Homeland Security, and Kristi Noem ("Defendants") submit the following in response to the Court's requests.[1]

Defendants are withdrawing their redactions for CAR 182-194. A clean version of that document is attached hereto as Exhibit A.

As for CAR 195-206, Defendants acknowledge that the Court has already indicated that it did not see a basis for the redactions. It is Defendants' position that the document is deliberative and should remain redacted; however, in light of the Court's minute order of December 16, 2025, Defendants will not be submitting a declaration to support those redactions. Therefore, attached hereto as Exhibit B is a clean version of that memo.

\*      \*      \*

---

[1]    Undersigned counsel apologizes for the late filing.  Upon reaching the office, undersigned counsel experienced technical difficulties and did not have access to the internet or relevant files.

- 2 -

Dated: December 18, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _____ */s/ Dhruman Y. Sampat* _____
  DHRUMAN Y. SAMPAT
  AMANDA L. TORRES
  Assistant United States Attorneys
  601 D Street, NW
  Washington, DC 20530
  (202) 252-2525 (Sampat)
  (202) 252-2507 (Torres)
  dhruman.sampat@usdoj.gov
  amanda.torres@usdoj.gov

*Attorneys for the United States of America*