

**In the United States District Court for the District of Columbia**
*Miot et al. v. Trump et al.*, 1:25‑cv‑02471 (D.D.C.)
**Amicus Curiae Brief of Haitian Legal Defense and Education Fund (HLDEF)**

## Introduction / Statement of Interest

Haitian Legal Defense and Education Fund (HLDEF) submits this brief to provide contextual information regarding Temporary Protected Status (TPS) designations for El Salvador (Extended until Sept. 9) and Haiti (Extended until Feb. 3), which may assist the Court in evaluating claims concerning the termination of Haiti's TPS designation. HLDEF is dedicated to advancing legal rights, producing research and documentation on matters affecting Haiti, and providing advocacy on issues including TPS, humanitarian conditions, and related US policy.

## TPS Background and Legal Framework

- TPS was established by Congress in 1990 to provide temporary protection to nationals of countries experiencing ongoing armed conflict, environmental disaster, or other extraordinary conditions.
- TPS allows lawful residence and work authorization for the duration of the designation. (USCIS)

## Comparative History: El Salvador and Haiti

**El Salvador**

- El Salvador was the first country designated for TPS in 1990, following civil conflict.
- Today, El Salvador is widely regarded as a model of stability in the region, with President Bukele's administration credited with significant efforts to wrest control from gangs and stabilize the country.
- TPS for El Salvador remains in effect, and Salvadoran nationals are not subject to mass deportation orders, demonstrating the long-term humanitarian purpose and consistency of the designation despite improvements in domestic security.

**Haiti**

- Haiti's TPS designation originated after the 2010 earthquake, which killed over 200,000 people and displaced millions.



RECEIVED
JAN 15 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

- Subsequent extensions were granted in response to continuing humanitarian, political, and economic instability.
- The Trump administration attempted to terminate or shorten TPS for Haiti, initially setting end dates of Aug. 3, 2025, and Sept. 2, 2025, but prior litigation, including *Haitian Evangelical Clergy Ass'n v. Trump*, prevented premature termination, preserving protections through February 3, 2026.
- In November 2025, DHS issued a new Federal Register notice terminating TPS effective Feb. 3, 2026, citing national interest considerations and claiming conditions no longer warranted protection. Plaintiffs in *Miot v. Trump* argue that the termination ignores ongoing crises and violates the Administrative Procedure Act. (USCIS)

## Contextual Observations

1. **Duration of TPS Designations:**
   El Salvador's TPS has persisted for decades, reflecting the statute's intent to protect nationals from long-term humanitarian crises even as domestic conditions improve.
2. **Current Haitian Conditions:**
   Haiti continues to face severe humanitarian and security challenges, including widespread gang violence, civil unrest, and infrastructure disruption. State Department advisories underscore the ongoing risks to civilians. (U.S. Department of State)
3. **Judicial Attention:**
   The ongoing *Miot v. Trump* case underscores the legal and humanitarian importance of evaluating TPS termination decisions carefully, considering both statutory intent and current conditions.

## Conclusion

The sustained TPS designation for El Salvador, a country now seen as a model of stability with effective domestic governance, demonstrates the long-term humanitarian and legislative purpose of TPS protections. Haiti, by contrast, continues to experience extreme and ongoing crises. Consideration of these circumstances may assist the Court in evaluating whether terminating Haiti's TPS aligns with statutory purpose and prior precedent.

HLDEF submits this brief in furtherance of its mission to advance legal rights, provide advocacy for Haitian nationals, and produce documentation and analysis on matters affecting Haiti.

Respectfully submitted,
Haitian Legal Defense and Education Fund (HLDEF)
Jan. 9, 2026