UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRITZ EMMANUEL LESLY MIOT, et al., <br><br> Plaintiff, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States, *et al.*, <br><br> Defendants. | Civil Action No. 25-2471 (ACR) |

## JOINT STATUS REPORT REGARDING DISCOVERY

By and through undersigned counsel, the parties respectfully set forth their joint position on discovery, as follows:

The parties have now agreed on the search terms for the two priority custodians.[1] Defendants have proposed to Plaintiffs responsiveness parameters for the two priority custodians (to be used for determining actual responsiveness within the search results) and understand that Plaintiffs have accepted those parameters for these custodians. Defendants have advised that they will promptly run the agreed-upon searches and begin the process of reviewing the search results for responsiveness and any applicable privileges. In light of this, the parties do not believe any issues remain that would warrant the need for a hearing on outstanding discovery issues on January 30, 2026.

---

[1] Defendants' agreement remains subject to, and without waiver, of its previously asserted position that neither supplementation of the record nor extra-record discovery is warranted.

- 2 -

Dated: January 29, 2026

    Respectfully submitted,

    JEANINE FERRIS PIRRO
    United States Attorney

    By: *s/ Amanda L. Torres*
        DHRUMAN Y. SAMPAT
        AMANDA L. TORRES
        Assistant United States Attorneys
        601 D Street, NW
        Washington, DC 20530
        Main: (202) 252-2500

*Attorneys for the United States of America*

AND

By: /s/ *Geoffrey M. Pipoly*
    Geoffrey M. Pipoly
    BRYAN CAVE LEIGHTON PAISNER, LLP
    161 N. Clark Street, Ste. 4300
    Chicago, IL 60601
    Phone: (312) 602-5000
    geoff.pipoly@bclplaw.com

*Attorney for Plaintiffs*