UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRITZ EMMANUEL LESLY MIOT, et al.,<br><br>    Plaintiff,<br><br>    v.<br><br>DONALD J. TRUMP, President of the United States, *et al.*,<br><br>    Defendants. | Civil Action No. 25-2471 (ACR) |

## **DEFENDANTS' RESPONSE CLARIFYING ANSWER**

Defendants Donald J. Trump, United States of America, Department of Homeland Security, and Kristi Noem ("the Government") submit this document to clarify their response to one of the outstanding questions from the Court related to the certified administrative record. *See* ECF No. 119. Specifically, the Government writes to clarify its answer to question number 8, which asked where in the certified administrative record the Court can find data/information that supports aliens being strains on local communities, overly relying on public resources, increasing healthcare and housing pressures.

The Government cited to HaitiTPSAR000201-HaitiTPSAR000202, which are pages of the October 29 memo. *See* ECF No. 89 at Ex. B.[1] The Government submitted that these pages supported the following statement in the Federal Register Notice: "Moreover, aliens who overstay nonimmigrant visas can place an added strain on local communities by increasing demand for public resources, contributing to housing and healthcare pressures, and competing in an already limited job market." On page 8 of the October 29 memo, the Court will find specific language that

---

[1] HaitiTPSAR000201-HaitiTPSAR000202 can be found at ECF No. 89 at 25-26.

states that visa overstays can place an added strain on local communities by increasing demand for public resources, contributing to housing and healthcare pressures, and taking American jobs despite lacking work authorization and legal status." ECF No. 89 at 25.  The statements in the Federal Register Notice and the October 29 memo are supported by data in the certified administrative record.  *See, e.g.*, HaitiTPSAR001113, HaitiTPSAR001115.

| | |
|---|---|
| Dated:  January 31, 2026 | Respectfully submitted, |
| | JEANINE FERRIS PIRRO<br>United States Attorney |
| | By:     */s/ Dhruman Y. Sampat*<br>     DHRUMAN Y. SAMPAT<br>     AMANDA L. TORRES<br>     Assistant United States Attorney<br>     601 D Street, NW<br>     Washington, DC 20530<br>     (202) 252-2525<br>     dhruman.sampat@usdoj.gov |
| | *Attorneys for the United States of America* |