UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRITZ EMMANUEL LESLY MIOT, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States, *et al*., <br><br> Defendants. | Civil Action No. 25-2471 (ACR) |

## DEFENDANTS' NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of Appeals for the District of Columbia Circuit the Court's February 2, 2026, Order (ECF No. 123), and Memorandum Opinion (ECF No. 124) granting Plaintiffs' motion for relief under 5 U.S.C. § 705.

Dated: February 5, 2026
        Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:     */s/ Dhruman Y. Sampat*
      DHRUMAN Y. SAMPAT
      Assistant United States Attorney
      601 D Street, NW
      Washington, DC 20530
      (202) 252-2525

*Attorneys for the United States of America*