# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRITZ EMMANUEL LESLY MIOT; RUDOLPH CIVIL; MARLENE GAIL NOBLE; MARICA MERLINE LAGUERRE; and VILBRUN DORSAINVIL,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**DONALD J. TRUMP, President of the United States of America; UNITED STATES OF AMERICA; THE DEPARTMENT OF HOMELAND SECURITY; and KRISTI NOEM, Secretary of Homeland Security,**<br><br>*Defendants*. | Case No. 1:25-cv-02471 |

**PLAINTIFFS' MOTION TO SET BRIEFING SCHEDULE**
**ON GOVERNMENT'S STAY APPLICATION**

Plaintiffs ask that the Court set a briefing schedule on the government's application for a stay (ECF 126). In support, Plaintiffs state the following:

1.      On February 2, 2026, this Court issued an order postponing the termination of Haiti's TPS designation pending a final resolution on the merits. ECF 123.

2.      On February 5, the government filed an application to stay this February 2 order. ECF 126.

3.      Shortly before filing its application, the government rejected Plaintiffs' proposed briefing schedule and informed Plaintiffs that the government would seek a ruling on its application by noon Monday, February 9.

4.      The government has now done so. "Defendants request that the Court rule on [their stay application] no later than Monday at 12:00pm so that they may seek appropriate appellate review." ECF 126 at 1 (emphasis omitted). That rationale makes no sense. Although Plaintiffs do not know the jurisdictional basis for doing so, Defendants have *already* filed a notice of appeal, (ECF 125), which implies that Defendants do not believe that they need an expedited ruling on their stay application to seek appellate review.

5.      The government's preferred timeline would deprive Plaintiffs of an adequate opportunity to respond to the government's application.

6.      There is, moreover, no justification for such haste.

        a.      Haiti's TPS designation has been in place since 2010. There is no emergency that requires its sudden termination.

        b.      The government's own conduct demonstrates that there is no emergency. On July 1, 2025, Secretary Noem's "partial vacatur" of Haiti's TPS designation—which was slated to take effect August 2, 2025 (90 Fed. Reg.

1

10511 (Feb. 24, 2025))—was set aside in *Haitian Evangelical Clergy Association v. Trump*, 789 F. Supp. 3d 255 (E.D.N.Y. 2025). On September 5, 2025, the "partial vacatur" was also set aside by the decision in *National TPS Alliance v. Noem*, 798 F. Supp. 3d 1108 (N.D. Cal. 2025), *aff'd*, (9th Cir. 2026). The effect of each decision was that Haiti's TPS designation would run through February 3, 2026, or six months longer than called for by the "partial vacatur." Despite this, the government did not seek a stay in either case. To the contrary: Although it sought to stay the *NTPSA* decision insofar as it also postponed termination of Venezuela's TPS designation, the government did seek a stay of the decision insofar as it postponed the "partial vacatur" of Haiti's TPS designation. *See* Stay App. 7 n.6, *Noem v. Nat'l TPS All.*, No. 24A1059 (U.S. Sept. 30, 2025). In *HECA*, the government not only sought no stay but has also slow-walked its appeal. It filed its notice of appeal on the last day possible and then requested a briefing schedule whereunder its opening brief would be due on the last day permitted by the rules. *See* ECF 72, *Haitian Evangelical Clergy Association v. Trump* (E.D.N.Y. Sept. 25, 2025); ECF 10-1, *Haitian Evangelical Clergy Association v. Trump* (2d Cir. Nov. 13, 2025).

7.      In light of the foregoing, Plaintiffs ask that the Court set the following briefing schedule:

      a.      2/13/2026:  Plaintiffs' opposition;

      b.      2/20/2026:  Government's reply.

Dated: February 5, 2026

Respectfully submitted,

/s/ Andrew E. Tauber
Andrew E. Tauber

/s/ Geoffrey M. Pipoly
Geoffrey M. Pipoly

Andrew Tauber (D.C Bar No. 495980)
Bryan Cave Leighton Paisner, LLP
1155 F. Street NW, Ste.  700
Washington, D.C. 20004
Phone: (202)-508-6200
andrew.tauber@bclplaw.com

Geoffrey M. Pipoly
Bryan Cave Leighton Paisner, LLP
161 N.  Clark Street, Ste. 4300
Chicago, IL 60601
Phone: (312) 602-5000
geoff.pipoly@bclplaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that today, February 5, 2026, the foregoing document was filed with the Court's electronic filing system.

*/s/ Andrew E. Tauber*
Andrew E. Tauber

*Counsel for Plaintiffs*

4