UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Fritz Emmanuel Lesly Miot, *et al.*, <br><br> Petitioner-Plaintiff, <br><br> v. <br><br> Donald J. Trump, President of the United States, *et al.*, <br><br> Respondents-Defendants | Civil Action No. 25-cv-02471-ACR |

**DECLARATION OF LIANA J. CASTANO**

I, Liana J. Castano, declare as follows:

1. I am the Assistant Director (AD) for Field Operations, within the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO). I have held this position on a temporary basis since July 14, 2025, and since November 2, 2025, on a permanent basis. I began my employment with ICE in 2006 and have held several leadership positions within ERO, including Interim Assistant Director for the Removal Division, Assistant Director for the Law Enforcement Systems and Analysis Division, and Field Office Director for the Washington Field Office. As the AD for Field Operations, I manage ERO's 25 field offices as well as programs and initiatives to identify, arrest, prosecute, and remove removable aliens nationwide.

2. I am aware of the above-captioned lawsuit and the District Court's Minute Order dated February 2, 2026. My declaration is based upon my personal and professional knowledge

1

and information, belief, reasonable inquiry, and review of information obtained from various records, systems, databases, and other ICE employees.

3. I am not aware of DHS having planned specific actions "to mobilize members of Immigration & Customs Enforcement to areas heavily populated with Haitian TPS holders" in anticipation of the termination of Haiti's TPS designation on February 3, 2026, but ICE is engaged in daily enforcement activities across the country in various locations, including but not limited to Springfield, Ohio and South Florida. ICE operations are targeted to those who are removable from the country, regardless of nationality, with the end goal of enforcing the immigration laws to preserve the national security and public safety of the United States.

4. DHS did not take action to enforce the termination of Haiti's TPS designation on February 3, 2026, because the termination was stayed. However, if the termination had not been stayed, DHS would have acted to enforce the immigration laws in light of the termination, just as it has acted to enforce the immigration laws against past TPS holders based on other terminations.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed in Washington, D.C. on February 10, 2026.

_____
Liana Castano
Assistant Director for Field Operations
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security