UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRITZ EMMANUEL LESLY MIOT, et al.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DONALD J. TRUMP, President of the United States, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 25-2471 (ACR) |

**DEFENDANTS' RESPONSES TO THE COURT'S QUESTION REGARDING IMMIGRATION PROCEEDINGS**

　　Defendants Donald J. Trump, United States of America, Department of Homeland Security, and Kristi Noem (collectively "the Government"), in their official capacities, submit this response to the outstanding question pending from the Court's motion hearing held on February 12, 2026.  Because the Court denied the Government's motion to stay the effect of § 705 order, the Government understands that the Court no longer requires this information.  To the extent that the Court still determines that it needs this information, the Government respectfully submits this response.

　　The Government does not currently have any public-facing information or data reflecting the average length of immigration proceedings.  The Government maintains that the pace of immigration proceedings depends on a variety of individualized and fact-specific factors, including whether the matter in question is on the detained or non-detained docket.  *See, e.g.*, Addendum to Policy Memorandum, Executive Office for Immigration Review, https://www.justice.gov/eoir/media/1399771/dl?inline (last visited Feb. 15, 2026) (mentioning the two different dockets); Explainer: Immigration Removal Proceedings and Expanded Mandatory

- 2 -

Detention in the U.S., National Immigration Forum, https://forumtogether.org/wp-content/uploads/2025/07/Explainer-Immigration-Removal-Proceedings-and-Expanded-Mandatory-Detention-2.pdf (last visited Feb. 15, 2026) (publicly available document that notes the differences between detained and non-detained dockets).

Dated: February 18, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:      /s/ Dhruman Y. Sampat
DHRUMAN Y. SAMPAT
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2525
dhruman.sampat@usdoj.gov

*Attorneys for the United States of America*