UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

FRITZ EMMANUEL LESLY MIOT, et al.,

            Plaintiff,

     v.

DONALD J. TRUMP, President of the United States, *et al.*,

            Defendants.

Civil Action No. 25-2471 (ACR)

---

## JOINT STATUS REPORT

By and through undersigned counsel, the parties respectfully respond to the Court's February 18, 2026, Minute Order, requiring the parties to "file a joint status report within five business days of the D.C. Circuit's ruling on the stay request" that "advise[s] the Court of the parties' respective positions on a new response deadline for the Second Amended Complaint." Defendants have requested that the Supreme Court stay the district court's order. *See Trump v. Miot*, No. 25A999 (filed Mar. 11, 2026). Additionally, Plaintiffs have filed a conditional petition for a writ of certiorari with the Supreme Court. *See Miot v. Trump*, No. 25-1077 (U.S.).

The parties have agreed to Defendants filing their answer within twenty-one (21) days of the Supreme Court ruling on Defendants' stay application and the parties' petitions for a writ of certiorari before judgment. After the Supreme Court has ruled on the pending petitions and application, the parties will confer and decide how best to proceed in the district court litigation.

\*     \*     \*

Dated: March 13, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _____ */s/ Dhruman Y. Sampat* _____
    DHRUMAN Y. SAMPAT
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2525
    dhruman.sampat@usdoj.gov

*Attorneys for the United States of America*

By: _____ */s/ Geoffrey M. Pipoly* _____
    Geoffrey M. Pipoly
    BRYAN CAVE LEIGHTON PAISNER, LLP
    161 N. Clark Street, Ste. 4300
    Chicago, IL 60601
    Phone: (312) 602-5000
    geoff.pipoly@bclplaw.com

*Attorney for Plaintiffs*