UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FRITZ EMMANUEL LESLY MIOT, et al.,

      Plaintiff,

    v.

DONALD J. TRUMP,
President of the United States, et al.,

      Defendants.

Civil Action No. 25-2471 (ACR)

## JOINT MOTION FOR A STIPULATED PROTECTIVE ORDER

The parties to this case jointly and respectfully request entry of the enclosed Stipulated Protective Order to govern the production of documents and information during discovery in this action and protect from public disclosure information giving rise to confidentiality concerns. The parties have reason to believe that the limited discovery this Court has ordered in this case will encompass information, the public release of which would infringe upon the privacy interests of the parties or might otherwise compromise recognized confidentiality interests, and productions made to date have been subject to an agreement between the parties to limit use and access while the parties negotiated the terms of a protective order. Accordingly, a stipulated protective order will facilitate the current discovery effort without violating the privacy or proprietary interests of the parties or other individuals mentioned in the covered materials.

A Stipulated Protective Order is enclosed herewith and sets forth the procedures to be followed by the parties when exchanging covered material and filing such material with the Court.

\*    \*    \*

Respectfully submitted,

/s/ Geoffrey M. Pipoly
Geoffrey M. Pipoly
BRYAN CAVE LEIGHTON PAISNER, LLP
161 N. Clark Street, Ste. 4300
Chicago, IL 60601
Phone: (312) 602-5000
geoff.pipoly@bclplaw.com

*Attorneys for Plaintiffs*

JEANINE FERRIS PIRRO
United States Attorney


By:/s/ Amanda Torres
    DHRUMAN Y. SAMPAT
    AMANDA TORRES
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    202-252-2500

*Attorneys for the United States of America*

Dated:  April 3, 2026