**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| FRITZ EMMANUEL LESLY MIOT, et al., <br><br>     *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, et al., <br><br>     *Defendants*. | Case No. 25-cv-02471 (ACR) |

## ORDER

The Court is in receipt of the Mandate of the D.C. Circuit dated August 4, 2026.  *See* Dkt. 143.  The D.C. Circuit Order underlying the Mandate grants the Government's Motion to Remand this case to this Court, for proceedings consistent with the Supreme Court's decision in *Mullin v. Doe*, 609 U.S. ---, 146 S. Ct. 2121 (2026).  The Supreme Court's judgment reversed the judgment of this Court in this Court's Order dated February 2, 2026, Dkt. 123.  *See* Judgment Issued, No. 25-1084 (U.S. July 27, 2026).

Therefore, the Court's Order, which had stayed the effective date of Department of Homeland Security Secretary Kristi Noem's Termination of the Designation of Haiti for Temporary Protected Status, 90 Fed. Reg. 54733 (Nov. 28, 2025) (Termination), pending judicial review, is no longer in effect.  Given the lifting of the stay of the Termination, and in light of the parties' most recent Joint Status Report, Dkt. 141, the Court ORDERS as follows:

1. The Court **DENIES** the Government's request for a stay of discovery in the underlying case.

2. The Court received correspondence on July 31, 2026, from the parties indicating Plaintiffs do not intend to file an amended complaint.  It now **ORDERS** that the parties shall propose a schedule concerning further proceedings in this case.  The parties shall submit *one unified proposal* regarding deadlines, rather than two separate sets of dates.

**SO ORDERED.**

Date: August 5, 2026

_____
ANA C. REYES
United States District Judge