UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FRITZ EMMANUEL LESLY MIOT, et al.,

Plaintiff,

v.

DONALD J. TRUMP, President of the United States, *et al.*,

Defendants.

Civil Action No. 25-2471 (ACR)

**JOINT STATUS REPORT**

By and through undersigned counsel, the parties respectfully respond to the Court's August 5, 2026 Order, requiring the parties to file one unified proposal regarding deadlines. The parties have conferred and propose the following schedule for merits briefing:

- Defendants file their answer to Plaintiffs' second amended complaint no later than September 16, 2026;
- Defendants file their motion for judgment on the pleadings no later than September 16, 2026;
- Plaintiffs file their opposition to the motion for judgment on the pleadings no later than October 16, 2026;
- Defendants file their reply in further support of the motion for judgment on the pleadings no later than November 6, 2026.

Concerning this Court's order that discovery will proceed: The parties have conferred, and have agreed that discovery disputes may, subject to this Court's approval, proceed before a magistrate judge or special master. Defendants have not yet completed document production for

the six custodians that the Court ordered in January 2026. However, Defendants can represent that they intend to substantially complete production on the remaining two custodians by the end of September and will work with Plaintiffs on any outstanding disputes that may be able to be resolved without Court intervention. Defendants also currently anticipate being able to produce privilege logs for the productions made as of the end of September by the middle of October.

Further, Plaintiffs intend on filing a motion to compel related to Defendants' completed productions thus far and asserted privileges related to those productions.

The parties propose the following schedule for discovery briefing:

- Plaintiffs file their motion to compel no later than October 16, 2026;
- Defendants file their opposition to Plaintiffs' motion to compel no later than 21 days after Plaintiffs file their motion to compel.
- Plaintiffs file their reply, if any, no later than 14 days after Defendants file their opposition.

* * *

Dated: September 4, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *<u>/s/ Dhruman Y. Sampat</u>*
DHRUMAN Y. SAMPAT
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2525
dhruman.sampat@usdoj.gov

*Attorney for the United States of America*

By: *<u>Geoffrey M. Pipoly</u>*
Geoffrey M. Pipoly
BRYAN CAVE LEIGHTON PAISNER, LLP
161 N. Clark Street, Ste. 4300
Chicago, IL 60601
Phone: (312) 602-5000
geoff.pipoly@bclplaw.com

*Attorney for Plaintiffs*