UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRITZ EMMANUEL LESLY MIOT, et al.,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, *et al*.,<br><br>Defendants. | Civil Action No. 25-2471 (ACR) |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO THE SECOND AMENDED COMPLAINT AND FILE MOTION FOR JUDGMENT ON THE PLEADINGS**

Pursuant to Rule 6(b), Defendants Donald J. Trump, United States of America, Department of Homeland Security, and Markwayne Mullin, in their official capacities, (collectively "the Government") respectfully move the Court to extend their deadline to respond to Plaintiffs' second amended complaint and motion for judgment on the pleadings by four (4) days, with a new deadline of October 20, 2026. The Government apologizes to the Court that it could not file this extension motion at least four days prior to the deadline as contemplated by the Court's standing order, *see* Standing Order ¶ 9.b, but the need for the extension arose on the day of filing. Undersigned counsel moved quickly and diligently to ascertain the need for the extension and the appropriate length required. Given the coordination and review required along with undersigned counsel's availability in the coming weeks, the Government believes an extension by four days is warranted and supported by the good cause articulated herein. Consistent with Local Civil Rule 7(m), counsel for the parties engaged in good faith discussions on the requested relief and Plaintiffs do not oppose this motion. They request that the Court also extend by two days the deadline to

file an opposition to the motion for judgment on the pleadings to November 25, 2026. Defendants do not oppose this relief, and the proposed order reflects this agreed-upon schedule.

Good cause supports granting the requested relief. The Government has been working extensively and diligently on drafting an answer to Plaintiffs' 284-paragraph complaint, *see* 2d Am. Compl, and prepared its motion for judgment on the pleadings. Both documents are undergoing internal and agency review pursuant to Department of Justice policies and procedures. The short four-day extension is necessary just to finalize that review. To ensure that the Government can properly defend this lawsuit, advance the appropriate arguments, raise the appropriate responses to Plaintiffs' 284 allegations, build their record for potential further review, and so the Court can also benefit from having before it the appropriate facts and argument before rendering its decision, the Government respectfully requests this short extension.

The relief requested in this motion will not prejudice either party. The parties continue to work through their ongoing discovery obligations, *see* Jt. Status Rep. (ECF No. 146), and will be preparing any issues for presentation should the parties not be able to resolve disputes. Therefore, any delay in moving to the merits by extending the deadline to respond to the second amended complaint will not impact these ongoing efforts.

Accordingly, the Government requests that the Court grant this motion, extend the government's deadline to answer and for motion for judgment on the pleadings until October 20, 2026.

Dated: October 16, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Dhruman Y. Sampat*
DHRUMAN Y. SAMPAT
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2525
dhruman.sampat@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRITZ EMMANUEL LESLY MIOT, et al.,<br><br>Plaintiff,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, *et al*.,<br><br>Defendants. | Civil Action No. 25-2471 (ACR) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion for to an extension of the answer deadline, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED;

ORDERED that Defendants' deadline to respond to the Plaintiffs' second amended complaint and to file the motion for judgment on the pleadings is extended to October 20, 2026;

ORDERED that Plaintiffs' opposition to Defendants' motion for judgment on the pleadings is extended to November 25, 2026.

SO ORDERED.

__________________________
Dated

__________________________
ANA C. REYES
United States District Judge