# Exhibit A

**From:** Geoff Pipoly
**To:** Katherine Fang
**Cc:** Sampat, Dhruman (USADC); Alexa Thein; Katelyn Harrell; Ira Kurzban; Kevin A. Gregg; Madisen Hursey; Raymond Audain; Sejal Zota Just Futures Law; Andrew Tauber; Simon, Jeremy (USADC); Simon, Jeremy (USADC); Brooke Ingoglia; Torres, Amanda (USADC)
**Subject:** [EXTERNAL] Miot v. Trump (25-cv-2471)
**Date:** Friday, July 31, 2026 4:29:07 PM
**Attachments:** image001.png

Dear Ms. Fang:

Per Plaintiffs' position in the July 10, 2026 Joint Status Report, I write to inform the Court of the following:

- Plaintiffs do not intend to file an amended complaint. Plaintiffs still have a live equal protection claim, even following the Supreme Court's decision in *Doe*.
- Plaintiffs intend to continue litigating their live equal protection claim; that includes first litigating whether the government's discovery to date was adequate (as Plaintiffs noted in the July 10 JSR, it was not).
- Plaintiffs intend to withdraw their motion for class certification.

Warm regards,

BCLP.

Geoffrey Pipoly
Partner
Bryan Cave Leighton Paisner LLP - Chicago, IL USA
Geoff.Pipoly@bclplaw.com
T: +1 312 602 5078

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

We may monitor and record electronic communications in accordance with applicable laws and regulations. Where appropriate we may also share certain information you give us with our other offices (including in other countries) and select third parties. For further information (including details of your privacy rights and how to exercise them), see our updated Privacy Notice at www.bclplaw.com.