UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRITZ EMMANUEL LESLY MIOT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States, *et al.*,<br><br>Defendants. | Civil Action No. 25-2471 (ACR) |

**DEFENDANTS' PARTIAL CONSENT MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL AND RELATED DEADLINES, AND FOR REFERRAL OF DISCOVERY DISPUTES TO A MAGISTRATE**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Defendants Donald J. Trump, United States of America, Department of Homeland Security (DHS), and Markwayne Mullin ("Defendants"), through undersigned counsel, hereby move for an extension of their opposition to Plaintiffs' Motion to Compel (ECF No. 150) by thirty-five days to December 11, 2026. Defendants also move for a referral of this discovery dispute to a Magistrate. Pursuant to Local Civil Rule 7(m), as regards the extension request, Plaintiffs consent only to a seven-day extension, but for the good cause stated herein, the Court should grant this motion and extend Defendants' time accordingly. With respect to the referral issue, Plaintiffs consent to that aspect of this motion.

## BACKGROUND

On September 21, 2026, the Court adopted and entered the parties' proposed briefing schedule for Plaintiffs' motion to compel pursuant to the parties' September 4, 2026 Joint Status Report (ECF No. 146).

Plaintiffs filed their Motion to Compel on October 16, 2026. (ECF No. 150). Defendants' response is currently due on November 6, 2026. Defendants seek a thirty-five-day extension of that deadline, to December 11, 2026, and an extension of Plaintiffs' reply as set forth in the accompanying order, which extends the reply date to avoid disruption to holiday leave or vacation plans.

Plaintiffs consent to a seven-day extension, to November 13, 2026. Plaintiffs do not consent to additional time, therefore this motion is partially consented to.

Defendants also move for a magistrate referral on the pending discovery issues. Plaintiffs consent to referral to a magistrate for this purpose.

## ARGUMENT

### I. Motion for Extension of Briefing Schedule.

Good cause exists for this extension request and no prejudice results to either side.

*First*, to address these issues raised in Plaintiffs' Motion to Compel, which include challenges to Defendants' assertion of the deliberative process privilege and presidential communications privilege, may require the preparation of supporting declarations. That process requires coordination within DHS and potentially other government entities and thus is expected to be time consuming.

*Second*, due to Defense counsel's other pending matters and competing obligations, including motions for summary judgment and trial preparation, Defendants require additional time to prepare their response to the motion, which thus far has involved review of approximately 470 pages and 60 privilege log descriptions that Plaintiffs appear to challenge in their motion.

*Third*, this extension request is modest and will not delay proceedings. Indeed, on October 20, 2026, Defendants filed their answer and motion for judgment on the pleadings. ECF Nos. 151,

152. Further, Defendants continue to process productions in this matter, most recently issuing a document production on September 30, 2026. Defendants are currently preparing another production and additional privilege logs. This extension will also provide the Cout time to refer the discovery issues to a magistrate as requested herein and in the parties' September 4, 2026 joint status report.

**II. <u>Motion for Referral to Magistrate</u>.**

Consistent with the parties' September 4, 2026 joint status report, Defendants request the Court to refer the parties' discovery disputes, including Plaintiffs' Motion to Compel, to a magistrate for resolution. *See* 28 U.S.C. § 636(b)(1)(A); Fed. Civ. R. P. 72(a); LCvR 72.2 (a district judge may designate a Magistrate Judge to hear and determine non-dispositive pretrial matters, including discovery disputes).

Referral would promote efficiency and conserve judicial resources by allowing a single judicial officer to manage ongoing and future discovery issues as they arise. Plaintiffs' consent to this request.

## CONCLUSION

For these reasons, Defendants respectfully request that the Court (1) extend Defendants' deadline to respond to the Motion to Compel to December 11, 2026, and make corresponding extensions to the related deadlines set out in the attached proposed order; and (2) refer the parties' discovery disputes to a Magistrate Judge.

Dated: November 3, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Amanda Torres*
DHRUMAN Y. SAMPAT
AMANDA L. TORRES
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2507
Amanda.torres@usdoj.gov

*Attorneys for the United States of America*